# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93  Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number CV-06-1618<br>Date of Filing: Month Day Year<br>Judge Code: DA |

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF __Montgomery__ (Name of County), ALABAMA

__IPF America Inc__ Plaintiff   v.   __Eisenmann Corp & Almat LLC__ Defendant

First Plaintiff: ☒ Business  ☐ Individual  ☐ Government  ☐ Other
First Defendant: ☒ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☒ CVXX - Miscellanous Circuit Civil Case

**ORIGIN** (check one):
F ☒ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES  ☒ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: HEN037   Date: 6·8·2006   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☒ UNDECIDED

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>- CIVIL - | Case Number<br>CV-06-1618 |
|---|---|---|

IN THE  CIRCUIT  COURT OF  MONTGOMERY  COUNTY

Plaintiff IPF America, Inc.              v. Defendant Eisenmann Corporation

NOTICE TO  Charles Dunlap Esq Agent for Eisenmann Corporation
150 East Dartmoor Drive Crystal Lake, Illinois 60014     D1

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY  Jeulia E. Hendrick  WHOSE ADDRESS IS  P.O. Box 877 Wetumpka, Alabama 36092 or 7114 University Court Montgomery, Al 36117.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request _____ pursuant to the Alabama Rules of Civil Procedure.

Date  06/19/06                          Melissa Pittman
                                         Clerk/Register

☑ Certified Mail is hereby requested.           Jeulia E. Hendrick
                                         Plaintiff's Attorney's Signature

RETURN ON SERVICE:
____ his office on _____ (Date)
____ f the Summons and Complaint to _____
in _____ County.

Server's Signature

Type of Process Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Charles Dunlap Esq
Street, Apt. No.; or PO Box No.  150 East Dartmoor Drive
City, State, ZIP+4  Crystal Lake, Illinois 60014

7003 2260 0000 9424 5981

PS Form 3800, June 2002           See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br>CV-06-168 |
|---|---|---|

IN THE <u>CIRCUIT</u> COURT OF <u>MONTGOMERY</u> COUNTY

**Plaintiff** IPF America, Inc.    v. **Defendant** HMMA

NOTICE TO <u>Richard Neal Esq Agent for HMMA</u> D2
<u>700 Hyundai Blvd, Montgomery, Montgomery County, Alabama, 36105</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY <u>Jeulia E. Hendrick</u> WHOSE ADDRESS IS <u>P.O.Box 877 Wetumpka, Alabama 36092 or 7114 University Court Montgomery, Al 36117.</u>

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date <u>06/19/06</u>    _Melissa Rittenaus_
                       Clerk/Register                                    By: _____

☒ Certified Mail is hereby requested.

_signature_
Plaintiff's/Attorney's Signature

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: <u>Richard Neal Esq</u>
Street, Apt. No.; or PO Box No. <u>700 Hyundai Blvd</u>
City, State, ZIP+4 <u>Montgomery Alabama 36105</u>

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0000 9424 5974

his office on _____
                (Date)
the Summons and Complaint to _____
in _____ County,

Server's Signature

Type of Process Server

IN THE CIRCUIT COURT
OF MONTGOMERY, COUNTY, ALABAMA

| | |
|---|---|
| IPF AMERICA, INC. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No Cv-06-1618 |
| EISENMANN CORPORATION | ) |
| HMMA (Hyundai Motor Manufacturing, Alabama LLC) | |
| Defendants | ) |

## COMPLAINT

1. The Plaintiff is a corporation operating in Montgomery County, Alabama for at least six months prior to the filing of this action and brings this action in its own name pursuant to the provisions of the Alabama Rules of Civil Procedure.

2. The Defendants are corporations operating in Montgomery County, Alabama for at least six months prior to the filing of this action.

3. On or about the 6th of January 2004 Plaintiff and Defendant Eisenmann entered into a written agreement for equipment, goods, and services to be provided for Defendant HMMA.

4. After completion of contract with full and substantial performance said Defendant Eisenmann breached said agreement by failing and/or refusing to pay the balance due for said equipment, goods, and services according to the terms of the agreement, attached hereto as *Exhibit A*.

5. Statement of Lien, attached hereto as *Exhibit B*, was recorded in the Office of the Judge of Probate for Montgomery County, Alabama in RLPY Book No 03319, at Page No 0245, as required by law.

*FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2006 JUN -8 PM 2:27*

6. Said equipment, goods, and services, as outlined in the *Exhibit B* Statement of Lien, were furnished for the building and improvements on the HMMA Plant situated at 700 Hyundai Blvd, in Montgomery County, Alabama 36105.

7. Plaintiff claims a lien on said property as provided by the Code of Alabama, 1975, section 35-11-210 et seq.

8. All work, goods and services have been invoiced and are more than thirty days (30) past due. Efforts to obtain payment of these invoices include numerous phone calls, emails meetings with defendants, and written letters. These efforts have been unsuccessful to date.

9. Defendants are in violation of the Alabama Prompt Pay Act, Code of Alabama 1975 sections 8-29-2, -3(a)-(g), -4(c), - 6, and have caused harm to Petitioner who has had to compensate for Defendants' violation, which has resulted in some delinquent obligations, additional expenditures, and other damages.

***WHEREFORE, PREMISES CONSIDERED,***

1. The Court is asked to grant Petitioner a judgment in the amount of $4.3 million dollars plus interest and costs against the Defendant for the balance due.

2. Plaintiff seeks a judgment granting a lien to Plaintiff upon said land and buildings and improvements situated thereon, and directing the Sheriff to sell same at auction for the satisfaction of such judgment and lien.

3. Plaintiff also seeks a judgment for attorney fees, court costs, and other damages incurred as afforded under the Alabama Prompt Pay Act.

*RESPECTFULLY SUBMITTED* this ___ day of June 2006.

Attorney for the Plaintiff
Jeulia E. Hendrick, (HEN 037)
P. O. Box 877
Wetumpka, Alabama 36092
Tel (334) 263-0014

STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

The Plaintiff, being first duly sworn, deposes and says on oath that the averments of the foregoing document are true and correct to the best of Plaintiff's knowledge, information, and belief. That pursuant to Rule 29, Alabama Rules of Civil Procedure, the Party hereby stipulates and agrees that testimony in this cause may be taken before any person, at any time and place, upon any notice and in any manner. Specifically, any disqualification of a Notary Public pursuant to Rule 28(d), Alabama Rules of Civil Procedure, is hereby waived by the Parties.

_____
Plaintiff

SWORN TO AND SUBSCRIBED before me on this ___ day of June 2006 at Montgomery, Alabama, witness my hand and official seal of office.

_____
Notary Public
State at Large
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 27, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Status: March 1st, 2006

PLAINTIFF'S EXHIBIT A

## HMMA General Assembly Project
Status Final Acceptance Certificates (by individual specifications and system)

| Spec | Individual Specification - Name of System | Responsible | FAC Date NF+CM |
|---|---|---|---|
| 032-02 | Wheel Balance Check | IPF | 10/ Dec/ 05 |
| 032-03 | Wheel Mounting Device - Adjustable Height Table | IPF | 18/ Dec/ 06 |
| 040A | Rattle Test Machines | IPF | 12/ Sep/ 05 |
| 050A | Wheel Alignment and Headlamp Aimer Machines | IPF | 25/ Jan/ 06 |
| 060A | Roll / Brake Test Machines | IPF | 25/ Jan/ 06 |
| 070A | Vehicle Fluid Filling Equipment | IPF | 9-20. Feb. 06 |
| 080A-01 | VIN Label Printer | IPF | 8/ Dec/ 05 |
| 080A-02 | VIN Marking Machine - in Engine shop | IPF | 7/ Jun/ 05 |
| 090A | Direct Glazing System - Glazing system | IPF | 14. Mar. 06 |
| 095A-01 | Glass Sub Assembly System - except Glas EMS | IPF | 21.03.06 |
| 100A | Cockpit Loading System - Cockpit Robot System | IPF | 24/ Jan/ 06 |
| 110A-02 | AGV Marriage Buck System - FR&T and RR Marriage pallets and AGV sliding table | IPF | 30/ Jun/ 05 |
| 120A | Tightening System | IPF | 25/ May/ 05 |
| 130A | Spare Tire Loading System - Spare Tire Robot System | IPF | 31/ Aug/ 05 |
| 140A | Front Seat Loading System - Front Seat Robot System | IPF | 24/ Jan/ 06 |
| 160A | Battery Loading System - Battery Robot System | IPF | 9. Mar. 06 |
| 170A | Assist Devices | IPF | 9/ May/ 05 |
| * 210A | Repair Area Equipment | IPF | several |
| 220A-02 | Function Crib Equipment - hoist, training tool, etc | IPF | several |
| 246A | 12VDC Power Supply | IPF | 19/ Jan/ 06 |
| 250-03/07 | Compressed Air/Sprinkler | IPF | 26/ Sep/ 05 |
| 250-08 | Toolrails | IPF | 10/ Sep/ 05 |
| 260A | Task Lighting | IPF | 19/ Jan/ 06 |
| 290A | Special Tools & Sub Assembly Jigs | IPF | several |
| ↑ 320A | Process Ventilation Systems | IPF | 6. Mar. 06 |
| 340A | Heating Box | IPF | 14/ Jun/ 05 |
| 380A | Catalog Items | IPF | 1/ Jan/ 05 |
| 410A | Rear Suspension Repair Lifter - except lifter | IPF | 1/ Jan/ 05 |
| * 3900 | Engine / Transmission Mounting Lift Device incl. 210A | IPF | N/A |
| N/A | R/O water supply system | IPF | 1/ Jul/ 05 |

Filename: 060317_PAC_FAC_Status_EN_IPF_L_BE_MW    Page 1 of 1    Print date: 5/11/2006-10:19 AM