RLPY 03319 PAGE 0245

PLAINTIFF'S EXHIBIT
B

STATE OF ALABAMA         )
                         )   STATEMENT OF LIEN
MONTGOMERY COUNTY        )

IPF America, Inc., claimant, files this statement in writing, verified by the oath of Ronald Grosse, IPF America, Inc. Project Manager, who has personal knowledge of the facts set forth herein:

That the said IPF America, Inc claims a lien upon the following property, Hyundai Motor Manufacturing Alabama property, 700 Hyundai Blvd, Montgomery, Montgomery County, Alabama, 36105 to-wit:
  a. Filing Equipment
  b. Assist Devices
  c. Process Ventilation System
  d. Compressed Air/Sprinkler System

This lien is claimed, separately and severally, as to both the buildings and improvements thereon, and as to the said land.

1. That the said lien is claimed to secure an indebtedness of $2,109,091.00 contract work plus $2,140,000.00 change orders performed for a total of about $4.3 million, with interest from, to-wit, the 31st day of March 2006.

2. That said indebtedness is for equipment and services for the General Assembly Line at the Hyundai Motor Manufacturing Alabama property, 700 Hyundai Blvd, Montgomery, Montgomery County, Alabama, 36105

3. That the name of the owner or proprietor of said property is Hyundai Motor Manufacturing Alabama (HMMA) with Richard E. Neal as registered Agent.

Dated this 15th day of May 2006.

_____
Ronald Grosse, President and Project Manager
Authorized Agent for Claimant IPF America, Inc

STATE OF ALABAMA     )
MONTGOMERY COUNTY    )

I, a Notary Public for the State at Large, do hereby certify that on the 15 day of May 2006, Ronald Grosse for IPF America, Inc the above signed, being by me first duly sworn deposed on oath and said that states on oath that he has read the foregoing document and that the facts and documents he provided for the foregoing Statement of Lien therein are true and correct to the best of his knowledge, information, and belief. That pursuant to Rule 29, Alabama Rules of Civil Procedure, the individual hereby stipulates and agrees that testimony in this cause may be taken before any person, at any time and place, upon any notice and in any manner. Specifically, any disqualification of a Notary Public pursuant to Rule 28(d), Alabama Rules of Civil Procedure, is hereby waived by the individual.

SWORN TO AND SUBSCRIBED BEFORE ME on this 15th day of May, 2006.

_____
Notary Public       NOTARY PUBLIC STATE OF ALABAMA AT LARGE
My Commission Expires   MY COMMISSION EXPIRES: Mar 8, 2010
                    BONDED THRU NOTARY PUBLIC UNDERWRITERS

SEAL

RLPY 03319 PAGE 0246

## CERTIFICATE OF SERVICES

I hereby certify that I have served the foregoing document upon the following by placing a copy thereof addressed as indicated below in the U.S. Mail, postage prepaid, on this the 15ve day of May 2006.

Hon. Richard E. Neal
Attorney for Hyundai
700 Hyundai Blvd
Montgomery, Alabama 36105

Hon. Charles Dunlap.
Attorney for Eisenmann Corp.
150 East Dartmoor Drive
Crystal Lake, Illinois 60014

Julia E. Hendrick (HEN037)
Hendrick and Hendrick
P. O. Box 877
Wetumpka, Alabama 36092
Tel:   334-263-0014
Fax:   334-215-0446

STATE OF ALA
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
RLPY 03319 PG 0245-0246 2006 May 17
08:30 AM
REESE MCKINNEY JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $5.00 |
| CERT | $1.00 |
| CHECK TOTAL | $11.00 |
| 22323 | Clerk: RITA 08:31 AM |