IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IPF AMERICA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO: 06-cv-00616-MHT-SRW<br>) |
| EISENMANN CORPORATION<br>AND<br>HYUNDAI MOTOR MANUFACTURING<br>OF ALABAMA, L.L.C., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now, Robert W. Hendrick, hereby serving notice that he is entering a Notice of Appearance on behalf of the Plaintiff, IPF America, Inc. The undersigned respectfully requests that he be included on the list of attorneys of record and that a copy of all official notices, orders, and other pleadings be submitted to the Attorney for the Plaintiff at his address of Post Office Box 877, Wetumpka, Alabama 36092 and/or via electronic notice through the Pacer system.

The undersigned further certifies to this Honorable Court that he is licensed to practice law in the State of Alabama and that he is registered to practice before the United States District Court for the Middle District of Alabama.

Respectfully submitted on this the 27th day of July, 2006.

_____
Robert W. Hendrick   (HEN056)
Post Office Box 877
Wetumpka, Alabama 36092
(334) 263-0014

## CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the Notice of Appearance to counsel for the parties by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, to the addresses listed below on this the 27th day of July, 2006.

Alvin Latham (Peck) Fox, Jr.
Maynard Cooper & Gale, PC
201 Monroe Street, Suite 1650
Montgomery, Alabama  36104


Thomas Louis Coppedge
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama  35203-2618


Richard Neal, Esq.
700 Hyundai Blvd.
Montgomery, Alabama  36105

_____
Robert W. Hendrick (HEN056)