IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IPF AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 06-cv-00616-MHT-SRW |
| | ) | |
| EISENMANN CORPORATION | ) | |
| AND | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| OF ALABAMA, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REMAND

Plaintiff, IPF America, Inc (hereinafter referred to as IPF), hereby files this Motion to Remand the proceedings in the above-styled case to the Circuit Court of Montgomery County, Alabama and states as reason therefore:

1. Defendants filed a notice of removal in this matter and seek to establish subject matter jurisdiction pursuant to 28 U.S.C. 1332.

2. Defendants assert that there exists an amount in controversy in excess of $75,000.00 and that there exists a complete diversity of citizenship.

3. Defendants specifically state in paragraph 9 of their Notice of Removal that Defendant Eisenmann is a resident of the State of Illinois and that HMMA is a resident of the State of Alabama. They also state in paragraph 14 that the prerequisites for removal under 28 U.S.C. 1441 have been met.

4. Plaintiff contends that section 28 U.S.C. 1441(b) clearly states that *"(b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be*

removable without regard to the citizenship or residence of the parties. *Any other such*

*action shall be removable only if none of the parties in interest properly joined and*

*served as defendants is a citizen of the State in which such action is brought."*

5. Plaintiff contends that this action is not one that brings to the Court a question

arising under federal law but is one that is solely seeking to invoke diversity jurisdiction

of the Court in this matter. As such, the fact that HMMA is a citizen of Alabama bars

removal on the basis of diversity under the provisions of section 1441(b) since this

Defendant is a citizen of the state in which the action was brought.

6. Plaintiff further contends that diversity jurisdiction would not apply in this

case because the Plaintiff as a corporation is deemed to be a resident of both states of

Georgia where it was incorporated and Alabama where it has its principal place of

business. Since both IPF and HMMA are deemed residents of the State of Alabama, the

requirement of complete diversity between all plaintiffs and all defendants is lacking and

the action is therefore not removable on grounds of diversity of citizenship.

7. Plaintiff contends that there is no question as to the lack of diversity of

citizenship in this matter and that the Court should enter a order remanding this matter to

the Circuit Court in and for the County of Montgomery, Alabama based on the pleadings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff IPF America, Inc, by and

through its counsel, respectfully requests that this Honorable Court enter an Order finding

that there is no jurisdictional basis to hear this case and to remand it to the Circuit Courts

of Alabama for further actions. Furthermore, Plaintiff request that if the Court assesses

any costs associated with this Removal action that said costs be assessed to the

Respectfully submitted on this the _____ day of _____ 2006

Robert W. Hendrick   (HEN056)
Post Office Box 877
Wetumpka, Alabama  36092
(334) 263-0014

## CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the Motion to Remand to counsel for the parties by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, to the addresses listed below on this the _____ day of July_____, 2006.

Alvin Latham (Peck) Fox, Jr.
Maynard Cooper & Gale, PC
201 Monroe Street, Suite 1650
Montgomery, Alabama  36104

Thomas Louis Coppedge
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama  35203-2618

Richard Neal, Esq.
700 Hyundai Blvd.
Montgomery, Alabama  36105

Robert W. Hendrick   (HEN056)