IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IPF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:06-cv-616-T |
| | ) | |
| EISENMANN CORPORATION and | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING OF ALABAMA, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINDER IN NOTICE OF REMOVAL

Hyundai Motor Manufacturing of Alabama, LLC ("HMMA") herby joins in the Notice of Removal filed by Eisenmann Corporation. By filing this joinder, HMMA is not waiving, and hereby expressly reserves its right to assert any defense or affirmative defense, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) failure to join an indispensable party(ies); (8) waiver; or (9) any other pertinent defense available under Alabama or Federal Rule of Civil Procedure 12, any state or federal statute or otherwise.

Hyundai Motor Manufacturing of Alabama, LLC

/s/ T. Louis Coppedge
T. Louis Coppedge
Attorney for Hyundai Motor Manufacturing of Alabama, LLC

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

**CERTIFICATE OF SERVICE**

I hereby certify  I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 31st day of July, 2006.

Jeulia E. Hendrick
P.O. Box 877
Wetumpka, Alabama 36092

William S. Fishburne
Burr & Forman, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

/s/ T. Louis Coppedge
OF COUNSEL

01366056.1