IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IPF AMERICA, INC.,              )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )   2:06cv616-MHT
                                )
EISENMANN CORPORATION and       )
HYUNDAI MOTOR MANUFACTURING     )
OF ALABAMA, L.L.C.,             )
                                )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion to remand (doc. no. 3) is set for submission, without oral argument, on August 17, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 1st day of August, 2006.

                                                 /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE