IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IPF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-cv-616-T |
| ) | |
| EISENMANN CORPORATION and ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING OF ALABAMA, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

### PETITION TO TRANSFER LIEN

COMES NOW Eisenmann Corporation ("Eisenmann"), Defendant in the above-styled action and, pursuant to *Ala. Code* § 35-11-233 (1975), moves this Court to transfer a claim of lien on real property to other security and, in support thereof, shows unto the Court the following:

1. IPF has filed and recorded a Verified Statement of Lien in the amount of $4,300,000, plus interest and costs, at RLPY 03319 PAGE 0245 in the office of the Judge of Probate of Montgomery County, Alabama, a copy of which is attached hereto as Exhibit A.

2. Eisenmann is the general contractor for the project referred to in said Claim of Lien, it being the claim of IPF that it furnished work, labor, and building materials to and for the project known as the material handlings system at the Hyundai Motor Manufacturing Alabama, LLC's automobile plant located in Montgomery, Alabama (as the "Project"), a legal description being set forth in Exhibit A attached hereto. IPF alleges in its Claim of Lien that Eisenmann owes IPF the amount claimed.

3. Eisenmann files with this Court by Exhibit B attached hereto, a copy of the bond conditioned to pay any judgment against Eisenmann which may be satisfied by the lien for which such Claim of Lien was recorded, plus interest as required by statute and costs not to exceed $100.00. Said bond is executed by Eisenmann as principal and Travelers Casualty and Surety Company of America, a surety licensed to do business in the State of Alabama, as surety. Said bond is in an amount equal to the amount demanded in said Claim of Lien, plus interest thereon plus $100.00 to apply on any court costs which may be taxed in any proceeding to enforce said lien, not to exceed the sum of $5,268,973.00.

WHEREFORE, the above premises considered, Eisenmann respectfully requests this Court to make and record a certificate (a proposed Certificate Transferring Lien From Real Property to Bond is attached hereto as Exhibit C) showing the transfer of the Claim of Lien from the real property to the attached security and to cause a copy thereof to be mailed by registered or certified mail to the lienor, IPF, care of its attorneys, Jeulia E. Hendrick and Robert W. Hendrick, P.O. Box 877, Wetumpka, Alabama 36092, all as mandated by *Ala. Code* § 35-11-233 (1975), as amended.

Oral argument is not requested on this petition as the Court is required pursuant to law to forthwith make and record the certificate requested subject to the notice requirements of *Ala. Code* § 35-11-233 (1975), as amended.

RESPECTFULLY SUBMITTED this the 14th day of August, 2006.

/s/ *T. Louis Coppedge*
Peck Fox
T. Louis Coppedge
Attorneys for Defendant
Eisenmann Corporation

01367924.1

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

01367924.1

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 14th day of August, 2006.

Robert W. Hendrick
Jeulia E. Hendrick
P.O. Box 877
Wetumpka, Alabama 36092

William S. Fishburne
Burr & Forman, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

                                                        /s/ T. Louis Coppedge
                                                        OF COUNSEL