IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IPF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-616-T |
| | ) |
| EISENMANN CORPORATION and | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING OF ALABAMA, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE TRANSFERRING LIEN FROM REAL PROPERTY TO BOND**

THIS DAY came Eisenmann Corporation ("Eisenmann"), Defendant in the above-styled action and, pursuant to the provisions of *Ala. Code* § 35-11-233 (1975), requested the transfer of a lien. The Court, having read and considered same, is of the opinion that the lien should be transferred from the real property set out in the lien statement to the Bond Security as filed with the Petition of Eisenmann.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to *Ala. Code* § 35-11-233 (1975), as amended, the lien of IPF America, Inc. ("IPF"), upon the property situated in Montgomery County, Alabama, described in the Statement of Lien recorded in the office of the Judge of Probate of Montgomery County, Alabama, RLPY 03319 PAGE 0245, is hereby transferred from the property to the Bond for Transfer of Lien dated May 15, 2006, executed by Eisenmann as principal, and Travelers Casualty and Surety Company of America, as surety, said bond having been filed in this action and a duplicate copy of same being attached hereto as Exhibit A.



01375465.1

    2.    That a copy of this Certificate be mailed to IPF, claimant in the Statement of Lien, by certified mail, addressed to its attorneys, Robert W. Hendrick and Jeulia E. Hendrick, P.O. Box 877, Wetumpka, Alabama 36092.

    3.    That this Certificate be recorded in the office of the Judge of Probate of Montgomery County, Alabama.

DONE AND ORDERED this the _____ day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

01375465.1

## CERTIFICATE OF NOTICE

Pursuant to *Ala. Code* § 35-11-233 (1975), as amended, notice of the making and recording of this Certificate is issued this the 14th day of August, 2006, by mailing a copy of this Certificate to:

Robert W. Hendrick
Jeulia E. Hendrick
P.O. Box 877
Wetumpka, Alabama 36092

William S. Fishburne
Burr & Forman, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

/s/ T. Louis Coppedge
OF COUNSEL

01375465.1