IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IPF AMERICA, INC.,              ) <br> ) <br>    Plaintiff,                 ) <br>                                 ) <br> v.                              ) <br>                                 ) <br> EISENMANN CORPORATION and       ) <br> HYUNDAI MOTOR MANUFACTURING     ) <br> OF ALABAMA, L.L.C.,             ) <br>                                 ) <br>    Defendants.                  ) | CIVIL ACTION NO. <br> 2:06cv616-MHT |

ORDER

It is ORDERED that the petition to transfer lien (doc. no. 6) is set for submission, without oral argument, on August 17, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 15th day of August, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE