IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IPF AMERICA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 06-cv-00616-MHT-SRW |
| | ) |
| EISENMANN CORPORATION | ) |
| AND | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| OF ALABAMA, L.L.C., | ) |
| | ) |
| Defendants. | ) |

OBJECTION TO PETITION TO TRANSFER LIEN

COMES NOW the Petitioner, IPF America, Inc., by and through its counsel of record, and files this Objection to Petition to Transfer Lien in the above-styled case and states as reasons therefore:

1. Defendant's Eisenmann's Petition to Transfer Lien does not state a claim for which this Court can grant relief insomuch as Petitioner maintains that this Court does not have subject matter jurisdiction over these proceedings as raised in our earlier motion to remand this matter to the Circuit Court of Montgomery County, Alabama.

2. Petitioner maintains that the proceedings to transfer the lien is not a "civil action arising under the constitution, laws, or treaties of the United States, 28 U.S.C. § 1331" nor is it properly before the Court as a diversity of citizenship action subject to 28 U.S.C. § 1332.

3. Defendant Eisenmann does not state in their Petition to transfer the lien any grounds for invoking federal jurisdiction in this matter and relies solely on the provisions

of section 35-11-233 of the Code of Alabama (1975) as justification for seeking relief before this Court.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court find that this matter does not properly invoke federal subject matter jurisdiction and remand all proceedings in this case to the Circuit Court for Montgomery County, Alabama.

Submitted on this the 16th day of August, 2006.

   /s/ Robert W. Hendrick
Robert W. Hendrick   (HEN056)
Post Office Box 877
Wetumpka, Alabama  36092
(334) 263-0014

CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of this Objection to Petition to Transfer Lien to counsel for the Defendants by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, to the addresses listed below on this the 16th day of August, 2006.

Alvin Latham (Peck) Fox, Jr.
Maynard Cooper & Gale, PC
201 Monroe Street, Suite 1650
Montgomery, Alabama  36104

Thomas Louis Coppedge
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama  35203-2618

Richard Neal, Esq.
700 Hyundai Blvd.
Montgomery, Alabama  36105

                                                    /s/ Robert W. Hendrick
                                                Robert W. Hendrick  (HEN056)