

**IPF America Inc.**
Turning your visions into reality

IPF America Inc., based in Norcross, Georgia was founded in 2003 as a subsidiary of the international engineering company IndustriePlanung Fischer AG.

With its dedicated and highly qualified engineers in project management services, manufacturing and logistics engineering, as well as factory design, IPF has performed in over 700 projects in 30 years and 20 countries including a large number of turnkey projects.

The planning of assembly lines is one of our core competences. In fact, companies require modern manufacturing facilities, optimized logistic systems and suitable buildings.

IPF America, Inc. plans and implements plant systems in a very innovative way: first virtual, then concrete.

**References**

**IPF America Inc.**
6611 Bay Circle, Suite 100
Norcross, GA 30071
Phone: +1 (770) 446 2401
Fax: +1 (770) 409 0002

**Montgomery Site Office**
Hyundai Boulevard
Montgomery, AL 36125
Phone: +1 (334) 387 8885
Fax: +1 (334) 387 8885

**Member of:**
GACC South
German American Chamber of Commerce
of the Southern United States

Print   Recommend                         top of page ▲

Imprint   Privacy                          © 2006 IndustriePlanung Fischer
                                            WebSite by Web Arts