# IPF America, Inc.



In 2002, IndustriePlanung Fischer AG was selected as the engineering partner by Hyundai Motor Manufacturing Alabama for the complete system planning, process engineering and program management of its first U.S. manufacturing plant in Montgomery, AL. In 2003, a team of dedicated, highly qualified engineers recruited from the headquarters in Germany with a long tradition and experience of more than 750 world wide projects, joined by a staff of specialized individuals from the local area, founded IPF America Inc. in Norcross. GA

The core competences of our company include project management services, manufacturing and logistics engineering as well as factory design. A large number of turnkey projects all over the world completes our wealth of experience. The planning and realization of modern manufacturing facilities, optimized logistic systems and sustainable buildings is our business. Our strategy is to focus on delivering engineering excellence through manufacturing systems design, research and global best practice. We deliver these programs through structured project management disciplines and a highly developed tool kit of engineering and management processes.

Our rapidly expanding company has just recently installed projects for DaimlerChrysler/SC, Stihl/VA, and Hyundai/AL in the Southern United States and is facing more turnkey projects for the years to come. IPF America Inc. will invest a good deal of its profits in the acquisition, realization and engineering in order to stay ready for the task and projects of tomorrow, especially in the southeast of USA.
Thereby we focus on other fields of industry such as alternative resources and renewable energies in the same as we continue to keep the focus on the manufacturer industry.

IPF America. Inc.
6611 Bay Circle, Suite 100
Norcross, GA 30071
Phone: (334) 387 8885
Fax: (334) 387 8887

Return to newsletter

Copyright © AHK Atlanta | Feedback | Imprint | CPS-IT