June 30, 2006

## Local Court (*Amtsgericht*) of Bad Homburg v.d.Höhe
Bankruptcy Court
Reference Number: 61 IN 81/06
(Please indicate at all times)

## Adjudication Order

In re the bankruptcy proceedings concerning

IndustriePlanung Fischer Aktiengesellschaft (*German stock corporation*), Hugenottenstrasse 123 b, 61381 Friedrichsdorf/Taunus, Germany, (registered in the commercial register of the local court of Bad Homburg under HRB 6944), represented by:
1. Holger Erker, Frankfurt/Main, Germany, (board member)
2. Axel Glaeser, Schmitten, Germany, (board member),
3. Gert Fischer, Friedrichsdorf/Taunus, Germany, (board member),
4. Kerstin Becker, Wingertsgrund 73, Steinbach/Taunus, Germany, (board member)

today at 9 a.m. the bankruptcy proceedings are hereby initiated according to Sec. 2, 3, 11 and 16 et. seq. of the German Bankruptcy Act (*Insolvenzordnung*).

As a bankruptcy trustee the court appoints:

Angelika Amend, attorney at law, Minnholzweg 2b, 61476 Kronberg/Taunus, Germany, tel. 06173-78340, fax 06173-783422.

The debtor is no longer entitled to dispose of any of its current or future assets and such right of disposition will be assigned to the bankruptcy trustee. Performances done for the benefit of the debtor after the initiation of the bankruptcy proceedings will not have the effect of relieving the performer of its obligations. If a performance is made for the benefit of the debtor and is not made part of the bankruptcy estate, another performance to the bankruptcy trustee may be required.


Schmidt
Judge of local court (Amtsgericht)

CHIDMS1/2455871.1

## Amtsgericht Bad Homburg v.d.Höhe
Insolvenzgericht
Geschäfts-Nr.: 61 IN 81/06
(Bitte stets angeben)

30.06.2006

### Beschluss

In dem Insolvenzverfahren über das Vermögen der

IndustriePlanung Fischer Aktiengesellschaft, Hugenottenstraße 123 b, 61381 Friedrichsdorf/Ts., (AG Bad Homburg HRB 6944),
vertreten durch:
1. Holger Erker, Frankfurt am Main, (Vorstand),
2. Axel Gläser, Schmitten, (Vorstand),
3. Gert Fischer, Friedrichsdorf/Ts., (Vorstand),
4. Kerstin Becker, Wingertsgrund 73, Steinbach/Ts., (Vorstand),

wird heute um 09:00 Uhr das Insolvenzverfahren gemäß §§ 2, 3, 11, 16ff InsO wegen Zahlungsunfähigkeit und Überschuldung eröffnet.

Zur Insolvenzverwalterin wird bestellt:

Rechtsanwältin Angelika Amend, Minnholzweg 2b, D 61476 Kronberg/Ts., Tel.: 06173/78340, Fax: 06173/783422.

Der Schuldnerin wird die Verfügung über ihr gegenwärtiges und zukünftiges Vermögen für die Dauer des Insolvenzverfahrens verboten und der Insolvenzverwalterin übertragen. Schuldbefreiende Leistungen an die Schuldnerin können nach dem Eröffnungszeitpunkt nicht mehr erfolgen, wird gleichwohl an die Schuldnerin geleistet und gelangen die Mittel nicht zur Masse, besteht die Gefahr der nochmaligen Leistungsverpflichtung gegenüber der Insolvenzverwalterin.

Schmidt
Richter am Amtsgericht

IN-Ve-003_EO-beschluß_Richter_Hessen