CONTRACT No. TR20035001

# HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC MONTGOMERY, ALABAMA

## General Assembly Line Turn-Key Project

## Part I - Contract Signature Document

THIS AGREEMENT, is made and entered into as of _May 22, 2003_ by and between **Hyundai Motor Manufacturing Alabama, LLC**, a Delaware limited liability company, with a place of business at 7515 Halcyon Summit Drive, Montgomery, Alabama 36117, U.S.A. (hereinafter "Owner," or "HMMA"), and **EISENMANN CORPORATION**, (hereinafter referred to as "Contractor"), whose address is at 150 E. Dartmoor Drive, Crystal Lake, IL 60014, U.S.A.

In consideration of the agreements herein contained, the parties hereto contract and agree as follows:

### Section 1.0 Contract Documents

This Contract shall consist of the Confidentiality Agreement between HMMA and Contractor, and the following documents, and the exhibits, attachments, drawings, specifications and documents referred to therein, all of which by this reference are incorporated herein and made a part of this Contract:

| | |
|---|---|
| PART I | Contract Signature Document (this document) |
| PART II | General Terms and Conditions of the Contract |
| PART III | Special Conditions of the Contract (if any) |
| PART IV | Request for Proposal and Contractor's Proposal |

This Contract, as so defined, constitutes and contains the entire and only agreement between the parties, and supersedes and cancels any and all pre-existing agreements and understandings between the parties, relating to the subject matter hereof. Any and all prior and contemporaneous negotiations, requests for proposals, purchase orders and preliminary summaries, drafts and prior versions of this Contract, whether signed or unsigned, between the parties leading up to the execution hereof shall not be used by either party to construe, alter or amend the terms or affect the validity of this Contract. No representation, inducement, promise, understanding, condition, warranty or guarantee not set forth in this Contract has been made or relied upon by either party. No agreement or understanding modifying the terms of this Contract shall be binding on Owner or Contractor unless made in writing and signed on behalf of Owner and Contractor. Trade custom and trade usage are superseded by this Contract and shall not be applicable in the interpretation or performance of this Contract. All capitalized terms used but not defined herein shall have the definitions assigned to them in Part II, General Terms and Conditions of the Contract.

### Section 2.0 Contract Price

Contractor's full compensation for full and complete performance by Contractor of all the Work and compliance with all terms and conditions of this Contract shall be $ 71,630,982.00 (the "Contract Price).

**Terms of Payment:**

22.5.2003    1)    30% down payment upon signed Contract Signature Document and signed General Terms and Conditions.

2)    40% shipment

30. Nov 03    —    15% completion of shipping    40% of total amount
15 Jan 04    —    15% completion of shipping    80% of total amount
28 Feb 04    —    10% completion of shipping    100% of total amount

31.5.2004    3)    20% completion of Installation and try out

31.3.2005    4)    10% completion of Final Acceptance of NF model

hereinafter called the "Work"

## Section 4.0 Liability for Delays

In the event that Contractor does not achieve successful completion of the trial run of Work by the agreed upon date as set forth in the Schedule, or as may be modified by a Change Order, Owner, as its sole monetary remedy for Contractor's failure to meet such date shall be entitled to retain, as liquidated damages, up to 0.1% of contract price for each day that successful completion of trial run is delayed, up to a maximum of 5% of contract price. The parties agree that the liquidated damages stated herein are a good faith estimate on the part of the parties at the time of entering into this Contract of the amount of damages that Owner will actually incur in the event that the Schedule is not met and further agree that such liquidated damages are not a penalty

IN WITNESS WHEREOF, the parties hereto have executed this Contract under seal on the day and year below written, but effective as of the day and year first set forth above (the "Effective Date").

| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC (Owner) | EISENMANN CORPORATION (Contractor) |
|---|---|
| By: _Minho Lee_ | By: _Herbert J. Buder_ |
| Printed Name: | Printed Name: Herbert J. Buder |
| Title: VP, Purchasing | Title: Vice President, Finance & Admin. |
| Witnessed | Witnessed |
| By: _J. K. S. U_ | By: _Doerthe Koeng_ |
| Printed Name: KEUN SOO JU | Printed Name: Doerthe Koeng |
| Title: Senior Director Production Engineering | Title: Executive Secretary |
|  | U.S. Taxpayer Identification No. 38-2166245 Alabama General Contractor's License No. 026084 |

### Part I - Contract Signature Document

THIS AGREEMENT, is made and entered into as of { contract date } by and between **Hyundai Motor Manufacturing Alabama, LLC**, a Delaware limited liability company, with a place of business at 7515 Halcyon Summit Drive, Montgomery, Alabama 36117, U.S.A. (hereinafter "Owner," or "HMMA"), and {contractor name}, (hereinafter referred to as "Contractor"), whose address is at { contractor's address}.

In consideration of the agreements herein contained, the parties hereto contract and agree as follows:

### Section 1.0 Contract Documents

This Contract shall consist of the Confidentiality Agreement between HMMA and Contractor, and the following documents, and the exhibits, attachments, drawings, specifications and documents referred to therein, all of which by this reference are incorporated herein and made a part of this Contract:

| | | | |
|---|---|---|---|
| 1 | PART I | Contract Signature Document (this document) | + 2 OZ |
| 2 | PART II | General Terms and Conditions of the Contract | |
| 3 | PART III | Special Conditions of the Contract (if any) | |
| | PART IV | Request for Proposal and Contractor's Proposal | |

↳ *technical specification*

This Contract, as so defined, constitutes and contains the entire and only agreement between the parties, and supersedes and cancels any and all pre-existing agreements and understandings between the parties, relating to the subject matter hereof. Any and all prior and contemporaneous negotiations, requests for proposals, purchase orders and preliminary summaries, drafts and prior versions of this Contract, whether signed or unsigned, between the parties leading up to the execution hereof shall not be used by either party to construe, alter or amend the terms or affect the validity of this Contract. No representation, inducement, promise, understanding, condition, warranty or guarantee not set forth in this Contract has been made or relied upon by either party. No agreement or understanding modifying the terms of this Contract shall be binding on Owner or Contractor unless made in writing and signed on behalf of Owner and Contractor. Trade custom and trade usage are superseded by this Contract and shall not be applicable in the interpretation or performance of this Contract. All capitalized terms used but not defined herein shall have the definitions assigned to them in Part II, General Terms and Conditions of the Contract.

### Section 2.0 Contract Price

Contractor's full compensation for full and complete performance by Contractor of all the Work and compliance with all terms and conditions of this Contract shall be $_____ (the "Contract Price").

1. *Minutes of Meetings from 13 March 2003 on*
2. *Basic Requirements*
3. *Individual Specification*
4. *Contractor's Proposal of 05 March 2003*
5. *All other technical documents*

### Section 3.0 Scope Of Work

Contractor shall supply all labor, supervision, tools, equipment, installed and consumable materials, services, testing devices and warehousing and each and every item of expense necessary for the design, engineering, supply, fabrication, field erection, application, handling, hauling, unloading, receiving and storage, installation, assembly, testing (excluding soils and concrete testing), checkout, startup, evaluation, performance and quality assurance of the Equipment as described more fully in the Specifications and Drawings attached hereto, hereinafter called the "Work".

### Section 4.0  Liability for Delays

In the event that Contractor does not achieve successful completion of the trial run of Work by the agreed upon date as set forth in the Schedule, or as may be modified by a Change Order, Owner, as its sole monetary remedy for Contractor's failure to meet such date shall be entitled to retain, as liquidated damages, up to $ 3,565,000 accruing per day in the amount of $_____ for each day that successful completion of trial run is delayed.  The parties agree that the liquidated damages stated herein are a good faith estimate on the part of the parties at the time of entering into this Contract of the amount of damages that Owner will actually incur in the event that the Schedule is not met and further agree that such liquidated damages are not a penalty.

IN WITNESS WHEREOF, the parties hereto have executed this Contract under seal on the day and year below written, but effective as of the day and year first set forth above (the "Effective Date").

| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC (Owner) | {contractor name}  (Contractor) |
|---|---|
|  |  |
| By:_____ | By:_____ |
| Printed Name:_____ | Printed Name:_____ |
| Title:_____ | Title:_____ |
| Witnessed | Witnessed |
| By:_____ | By:_____ |
| Printed Name:_____ | Printed Name:_____ |
| Title:_____ | Title:_____ |
|  | U.S. Taxpayer Identification No._____ Alabama General Contractor's License No._____ |

**HYUNDAI MOTOR
MANUFACTURING ALABAMA, LLC
MONTGOMERY, ALABAMA**

**EQUIPMENT CONTRACT**

**PART II**

**GENERAL TERMS AND CONDITIONS OF THE CONTRACT**

**Hyundai Motor Manufacturing Alabama, LLC**
**Montgomery, Alabama**

### TABLE OF CONTENTS

1.  GENERAL PROVISIONS ................................................................................1
    1.1   This Agreement. ................................................................................1
    1.2   Precedence. .......................................................................................1
    1.3   Definitions. .......................................................................................1
2.  SCOPE OF WORK ........................................................................................1
    2.1   Description of Work - General. ........................................................4
    2.2   Specifications, Drawings, Attachments. ..........................................4
    2.3   Conditions and Risks of Work; Omissions. ....................................4
    2.4   Use of Drawings and Specifications. ...............................................5
    2.5   Intent of Specifications and Drawings. ............................................6
    2.6   Samples. ............................................................................................6
    2.7   Procurement. .....................................................................................6
3.  DELIVERY, TITLE AND RISK OF LOSS ...................................................6
    3.1   Delivery. ............................................................................................7
    3.2   Evidence of Insurance. .....................................................................7
    3.3   Notice to Owner. ...............................................................................7
    3.4   Schedule. ...........................................................................................7
    3.5   Storage. ..............................................................................................8
    3.6   Title and Risk of Loss. ......................................................................8
4.  TIME OF PERFORMANCE AND SCHEDULES ........................................9
    4.1   Time of Performance. ........................................................................9
    4.2   Delays. ...............................................................................................11
    4.3   Directed Rate of Progress. ...............................................................11
5.  MATERIAL, EQUIPMENT, PERMITS OR SERVICES FURNISHED BY OWNER ......11
    5.1   Utilities for Contractor's On-Site Office. ......................................12
    5.2   Owner Furnished Material and Equipment. ....................................12
6.  TEMPORARY FACILITIES AND UTILITIES ..........................................12
    6.1   Furnished by Contractor. ................................................................12
    6.2   Furnished by Owner. .......................................................................12
7.  CONTRACTOR'S PERSONNEL, EQUIPMENT AND PRACTICES ..........13
8.  REPORTING REQUIREMENTS & COORDINATION MEETINGS ..........14
    8.1   Reports. ............................................................................................17
    8.2   Coordination Meetings. ...................................................................17
    8.3   Other Meetings. ...............................................................................17
9.  DATA REQUIREMENTS .............................................................................17
10. INSTALLATION ...........................................................................................17
    10.1   Security Program. ...........................................................................18
    10.2   Joint Occupancy. ............................................................................18
    10.3   Construction Area Limits. ..............................................................19
    10.4   Restricted Roads Next to Contractor's Area. ................................19
    10.5   Contractor's Office at Site of Work. ..............................................19
    10.6   Radios On Site. ...............................................................................19
    10.7   Personnel Identification. ................................................................19
    10.8   No Smoking. ....................................................................................19
    10.9   Personnel Clothing and Equipment. ...............................................19
    10.10  Dust Control. ..................................................................................19
    10.11  Water Pollution. .............................................................................19
    10.12  Air Pollution. ..................................................................................19
    10.13  Ventilating. .....................................................................................19

|       |       |                                                            |     |
|-------|-------|------------------------------------------------------------|-----|
|       | 10.14 | Site Signs. | 20 |
|       | 10.15 | Drainage. | 20 |
|       | 10.16 | Lunch Facilities. | 20 |
|       | 10.17 | Construction Entrance. | 20 |
|       | 10.18 | Time Alleys and Timekeepers. | 20 |
|       | 10.19 | Removal of Equipment, Materials etc. from Jobsite. | 20 |
|       | 10.20 | Oil Clean-Up. | 20 |
|       | 10.21 | Review by Owner. | 20 |
|       | 10.22 | Existing Services. | 20 |
|       | 10.23 | Quality Control. | 21 |
| 11.   |       | PREPARATION FOR SHIPMENT | 21 |
| 12.   |       | WARRANTIES, GUARANTEES AND BONDS | 22 |
| 13.   |       | INSPECTION, TESTS AND ACCEPTANCE | 23 |
| 14.   |       | INSURANCE | 24 |
|       | 14.1  | Insurance to be Provided by Contractor. | 24 |
|       | 14.2  | Owner-Controlled Insurance Program. | 26 |
|       | 14.3  | Insurance provided by Owner. | 27 |
| 15.   |       | INDEMNITIES AND LIMITATIONS OF LIABILITY | 27 |
| 16.   |       | SAFETY WORK RULES AND REGULATIONS | 28 |
| 17.   |       | TERMINATION | 30 |
|       | 17.1  | Termination and Default. | 30 |
|       | 17.2  | Termination at Owner's Option | 31 |
| 18.   |       | DISPUTE RESOLUTION | 32 |
|       | 18.1  | Arbitration. | 32 |
|       | 18.2  | Notice. | 32 |
|       | 18.3  | Continuance of Work. | 32 |
|       | 18.4  | Waiver of Trial by Jury. | 32 |
| 19.   |       | CONTRACT PRICE | 32 |
|       | 19.1  | Payment Terms. | 33 |
|       | 19.2  | Pricing Basis. | 33 |
|       | 19.3  | Pricing for Changes. | 33 |
|       | 19.4  | Taxes. | 33 |
|       | 19.5  | Final Payment. | 34 |
|       | 19.6  | Release. | 35 |
|       | 19.7  | Grounds for Withholding Payment. | 35 |
|       | 19.8  | Certain Indemnity. | 35 |
|       | 19.9  | No Liens. | 35 |
|       | 19.10 | Invoices. | 36 |
|       | 19.11 | Right to Offset. | 36 |
|       | 19.12 | Claims. | 36 |
|       | 19.13 | Backcharges. | 37 |
| 20.   |       | DOCUMENTATION AND RIGHT OF AUDIT | 37 |
| 21.   |       | CHANGES | 38 |
| 22.   |       | SUBCONTRACTORS, SUPPLIERS AND PURCHASE ORDERS | 39 |
| 23.   |       | OWNER'S OTHER CONTRACTORS | 40 |
|       | 23.1  | The Site. | 40 |
|       | 23.2  | The Project. | 40 |
| 24.   |       | INDUSTRIAL AND INTELLECTUAL PROPERTY | 40 |
|       | 24.1  | No Infringement. | 40 |
|       | 24.2  | Ownership of Materials. | 40 |
| 25.   |       | COMMUNICATIONS | 40 |
| 26.   |       | MISCELLANEOUS | 41 |
|       | 26.1  | Verbal Agreements. | 41 |
|       | 26.2  | Third Party Beneficiaries. | 41 |
|       | 26.3  | Assignment. | 41 |
|       | 26.4  | Laws, Regulations and Jurisdiction. | 41 |

26.5    Confidential Information. ......................................................................42
26.6    Signs. .......................................................................................................42
26.7    Publicity. .................................................................................................42
26.8    Gratuities. ...............................................................................................42
26.9    Survival of Obligations. .........................................................................42
26.10   Headings. ................................................................................................42
26.11   Execution in Counterparts. ...................................................................42
26.12   No Recourse to Owner. ...........................................................................42
26.13   Waiver. ....................................................................................................42
26.14   Contract Under Seal. ..............................................................................43
26.15   Severability. ............................................................................................43
26.16   Limitation of Liability. ...........................................................................43

Attachments to these General Terms and Conditions of the Contract:

| | |
|---|---|
| Attachment 2.2.1 | Specifications |
| Attachment 2.2.2 | Drawings |
| Attachment 2.7.2 | List of Subcontractors |
| Attachment 2.7.4 | Spare Parts Management Program |
| Attachment 4.1.7.1 | Schedule |
| Attachment 5.1 | Utility Responsibilities for On-site Office |
| Attachment 8.1.2 | Contract Daily Report |
| Attachment 10.23 | Quality Assurance Procedures |
| Attachment 12.2 | Silicone Contamination Avoidance Agreement |
| Attachment 12.6 | Bonds and Guarantees |
| Attachment 14.1.5 | Certificate of Insurance |
| Attachment 14.2.1 | Owner Controlled Insurance Program Manual |
| Attachment 16.7 | Site Environmental Safety and Health Program Requirements |
| Attachment 16.7(2) | Owner's Drug and Alcohol Policy |
| Attachment 16.8(1) | Hazardous and Toxic Substances Disclosure Requirements |
| Attachment 16.8(2) | Material Safety Data Sheet/OSHA Form - 174 |
| Attachment 19 | Lump Sum Contract Price Breakdown and Schedule of Values |
| Attachment 19.4.2 | Alabama Department of Revenue Sales Tax Exemption Procedures |
| Attachment 19.5 | Final Acceptance Procedures and Requirements |
| Attachment 19.5.1.1 | Final Release and Waiver of Contractor |

| Attachment 19.5.1.2 | Final Release and Waiver of Subcontractor/Supplier |
| Attachment 19.10.3(1) | Partial Release and Waiver of Contractor |
| Attachment 19.10.3(2) | Partial Release and Waiver of Subcontractor/Supplier |
| Attachment 21.1 | Change Notification |
| Attachment 21.3 | Change Order |
| Attachment 26.4.1 | Foreign Trade Zone Program Requirements |
| Attachment 26.4.2 | Environmental Protection Plan for the Work |
| Attachment 26.5 | Confidentiality Agreement |

**PART II**

**GENERAL TERMS AND CONDITIONS OF THE CONTRACT**

1.    **GENERAL PROVISIONS**

1.1    **This Agreement.** This Agreement (hereinafter sometimes referred to as "the Contract" or "the Contract Documents") consists of the Confidentiality Agreement between Owner and Contractor, and the Contract Signature Document, the Special Conditions, these General Terms and Conditions of the Contract including all attachments thereto, the Request for Proposal and Contractor's Proposal and all attachments to each, as may be modified, amended, supplemented or restated from time to time in the manner permitted herein. The attachments and exhibits are incorporated by reference as if fully restated herein.

1.2    **Precedence.** In the event of a conflict between sections of the Contract, including, without limitation, the attachments reflecting the Specifications and the Drawings, the order of precedence shall be as follows:

(1)    Contract Signature Document
(2)    Special Conditions (if any)
(3)    Specifications (as agreed between Owner and Contractor , Final Specifications)
(4)    Drawings (after Owner approval, Final Drawings)
(5)    General Terms and Conditions of the Contract
(6)    All other Attachments to the General Terms and Conditions of the Contract (including the Confidentiality Agreement)
(7)    Request for Proposal
(8)    Contractor's Proposal

In the event of an express conflict between the documents listed above, or between any other documents which are a part of the Contract, Contractor shall notify Owner immediately and shall comply with Owner's resolution of the conflict.

Anything shown in the Specifications or thereafter furnished by Owner and not shown in the Drawings, or shown in the Drawings and not shown in the Specifications, shall be of like effect as if shown or mentioned in both and shall not be considered to be a conflict.

1.3    **Definitions.** Capitalized terms used in the Contract shall have the meanings set forth below unless otherwise expressly provided in the Contract:

"Change" means a change by addition, deletion or revision to the Work notified to Contractor by Owner pursuant to Section 21.

"Change Order" has the meaning set forth in Section 21.

"Claim" or "Claims" means any claim or claims submitted by Contractor to Owner in strict compliance with the provisions of Section 19.12.

"Contract" or "Contract Documents" has the meaning set forth in Section 1.1.

"Construction Manager" means the entity who has entered into a construction management agreement with Owner to provide construction management services for the Project.

"Contract Price" has the meaning set forth in the Contract Signature Document.

Owner's Initials: _____
Contractor's Initials: _____

"Contractor" means the entity identified in the preamble of the Contract Signature Document and who is contracting to perform the Work set forth in this Contract with the Owner.

"Design Professional" means any person (other than Contractor, a Project Contractor or Construction Manager) retained by or on behalf of Owner to perform any design and/or engineering services with respect to the Project.

"Directed Rate of Progress" has the meaning set forth in Section 4.3.1.

"Drawings" are the graphic and pictorial portions of the Contract Documents, wherever located and whenever issued, showing the design, location and dimensions of the Work, generally including plans, elevations, sections, details, schedules and diagrams, and as may be amended from time to time.

"Effective Date" has the meaning set forth in the Contract Signature Document.

"Environmental Requirements" means all applicable present and future (up to completion of engineering) federal, state and local laws, statutes, regulations, rules, ordinances, codes, orders, licenses, permits approvals, plans authorizations, concessions, or the like, and all applicable judicial, administrative, and regulatory decrees, judgments, and orders, relating to the protection of human health or the environment, including without limitation: (i) all requirements pertaining to reporting, licensing, authorizing, approving, permitting, investigation, and remediation of emissions, discharges, releases, or threatened releases of any Hazardous Materials into the indoor or outdoor air, surface water, groundwater, or land, or otherwise into the environment, or relating to the manufacture, operation, processing, distribution, use, treatment, storage, disposal, transport, handling or management of any Hazardous Material; and (ii) all requirements pertaining to the protection of the health and safety of employees or the public and/or the environment.

"Equipment" means the machinery, equipment, systems, technology, processes, supplies and parts described in the Specifications and Drawings, or any part or portion thereof, which are to be supplied by the Contractor to the Owner.

"Event of Default" has the meaning set forth in Section 17.1.

"Final Acceptance" means the issuance of a written notice by Owner that the conditions and criteria for the Work have been achieved such that the Equipment has been delivered, installed (if required of Contractor in the Specifications, Final Specifications, Drawings or Final Drawings), performs in accordance with the Contract Documents, has been fully commissioned and is ready for startup and initial operation.

"Final Completion" shall have occurred when, to Owner's satisfaction, "Final Acceptance," or its equivalent, as defined under all applicable Contract Documents has been achieved, such that the Work is completed in accordance with the Contract Documents and Contractor has met all of its requirements under the Contract Documents including, without limitation, having provided warranties, operations manuals, all training (if any) and documentation required under the Contract Documents.

"Final Drawings" has the meaning set forth in Section 2.2.4.

"Final Payment" has the meaning set forth in Section 19.5.

"Final Specifications" has the meaning set forth in Section 2.2.4.

"Force Majeure Occurrence" has the meaning set forth in Section 4.2.3.

"Hazardous Material" means any substance or material: (i) the presence of which requires investigation or remediation under any federal, state or local law, statute, rule, regulation, ordinance, order, action, policy or common law; (ii) which is or becomes regulated by any federal, state or local governmental authority, including

Owner's Initials: _____
Contractor's Initials: _____

without limitation, any substance or waste materials which are defined or listed as a "hazardous waste," "extremely hazardous waste," "restricted hazardous waste," "industrial waste," "hazardous substance," "hazardous material," "Pollutant" or "contaminant" under any law, including without limitation, the federal Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. §§ 9601 et seq., the federal Resource Conservation and Recovery Act, 42 U.S.C. §§ 6901 et seq., the federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq., the federal Clean Air Act, 42 U.S.C. §§ 7401 et seq., the Toxic Substances Control Act, 7 U.S.C. §§ 136 et seq., the Safe Drinking Water Act, 42 U.S.C. §§ 300f et seq., the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651 et seq., and similar Alabama state and local laws, including without limitation, the Alabama Hazardous Wastes Management and Minimization Act, Ala. Code §§ 22-30-1 et seq., the Alabama Water Pollution Control Act, Ala. Code §§ 22-22-1, et seq., and the Alabama Air Pollution Control Act, Ala. Code §§ 22-28-1, et seq., or any other federal or Alabama state or local law regulating or otherwise affecting the handling, use, control, management, treatment, storage or disposal of hazardous, explosive corrosive, flammable, infectious, radioactive or toxic materials or wastes; (iii) which contains gasoline, diesel fuel or other petroleum hydrocarbons or a petroleum derivative; (iv) which contains polychlorinated biphenyls ("PCBs"), asbestos or urea formaldehyde; or (v) which poses an unreasonable risk of injury to human health or the environment.

"Jobsite" means that portion of the Site on which Contractor will perform a portion of the Work under this Contract as designated by Owner herein, if required by the Specifications, Final Specifications, Drawings or Final Drawings.

"Materials" has the meaning set forth in Section 2.7.1.

"Owner" means Hyundai Motor Manufacturing Alabama, LLC, the owner of the Project.

"Owner Controlled Insurance Program" or "OCIP" has the meaning set forth in Section 14.2.

"Project" means the development and construction by Owner of a state-of-the-art motor vehicle manufacturing facility.

"Project Contractor" means any person or entity (other than Contractor, a Design Professional or Construction Manager) retained by or on behalf of Owner to perform any work or services in connection with the Project, including without limitation, the supply of materials, equipment, labor, installation, or other services.

"Schedule" means the schedule for the completion of the Work as set forth in Attachment 4.1.7.1, as the same may be revised or updated always subject to Owner's approval.

"Site" means the approximately 1744 acre parcel of land in Montgomery, Alabama, on which the Project will be located.

"Specifications" are that portion of the Contract Documents consisting of the written requirements for materials, equipment, installation, standards and workmanship for the Work, and performance of related services, and any amendments thereto, and shall include the Drawings.

"State" means the State of Alabama and its agencies or departments.

"Subcontractor" means any properly qualified individual, firm, association, corporation or other entity undertaking the performance of any part of the Work by virtue of an agreement between itself and Contractor or by virtue of an agreement between itself and a subtier contractor of Contractor; and shall also include Suppliers.

"Supplier" means a supplier of goods, materials, equipment or services for any part of the Work, and is included in the definition of "Subcontractor" above. All Suppliers are subject to Owner's written approval.

"Work" has the meaning set forth in Section 2.1.

Owner's Initials: _____
Contractor's Initials: _____

## 2.    SCOPE OF WORK

2.1    Description of Work - General.  Except as otherwise expressly provided in the Contract Documents, Contractor shall supply all labor, supervision, tools, equipment, installed and consumable materials, services, testing devices and warehousing and each and every item of expense necessary for the design, engineering, supply, fabrication, field erection, application, handling, hauling, unloading, receiving and storage, installation, assembly, testing (excluding soils and concrete testing), checkout, startup, evaluation, performance and quality assurance of the Equipment as called for and described more fully in the Specifications and the Drawings attached thereto, hereinafter called the "Work."

2.2    Specifications, Drawings, Attachments.  All Work shall be performed in strict accordance with the Specifications, Drawings, Final Specifications and Final Drawings which are made a part hereof.

2.2.1    <u>Specifications</u>.  The Specifications are attached hereto as Attachment 2.2.1.  Contractor shall:

a)    unless otherwise specified, comply with Owner's instructions in writing for materials, supply, storage, installation and trial run methods;

b)    notify Owner in writing of any conflict between the Specifications and the Owner's instructions.  Owner will designate which document is to be followed; and

c)    use the Specifications as the basis for the Work including, but not limited to, design and engineering.  In the event that Contractor finds it difficult or undesirable to perform as stipulated by the Specifications, Contractor may propose alternative(s) to Owner in writing.  Owner, in its sole discretion, shall decide whether to accept the proposed alternative(s) considering impact to Contract Price and Schedule.

2.2.2    <u>Drawings</u>.  Contractor shall use the Drawings as the basis for the Work.  In the event that Contractor finds it difficult or undesirable to perform as stipulated by the Drawings, Contractor may propose alternative(s) to Owner in writing.  Owner, in its sole discretion, shall decide whether to accept the proposed alternative(s) considering impact to Contract Price and Schedule.  The Drawings are attached hereto as Attachment 2.2.2.

2.2.3    <u>Submission of Specifications and Drawings</u>.  Drawings and Specifications submitted by Contractor to Owner for review shall include, but not necessarily be limited to, layouts; plan views; cross sections; elevations; system flows; electrical, mechanical, instrumentation, pneumatic and piping schematics; and other such detailed drawings as Owner may selectively require.  Owner requires ten (10) working days for review of Contractor's engineering data, samples, drawings and specifications required by the Contract Documents (herein called "data").  Each submittal of Contractor's data shall be signed by Contractor and accompanied by a letter of transmittal containing the date of submittal, Contract Number, and all pertinent information required for identifying and checking submittals.  Two (2) hard copies and (1) electronic file shall be submitted for all approval drawings and any other similar documents.  Contractor's data shall comply with the following:

- All catalog cuts.

- All drawings shall be made on mylar or vellum.

- All drawings and specifications will be in metric units and the English language.

Owner's Initials: _____
Contractor's Initials: _____

- All drawings shall be prepared for ultimate microfilming. Two (2) hard copies plus one (1) electronic file of Contract Documents shall, be provided..

- The original drawings or material for microfilming shall be dark lined with dark characters on a light background. Shading should not be used on portions of drawings to make them stand out as this will not microfilm satisfactorily.

Contractor's data reviewed by Owner will be returned to Contractor under the following status:

- Proceed.

- Revise and resubmit. Work may proceed subject to incorporation of changes indicated.

- Do not proceed. Change as noted and resubmit.

- Data accepted for information only.

Although Work may proceed on receipt of data noted "Revise and Resubmit," Contractor must incorporate the changes indicated, resubmit and obtain a "Proceed" notation before release for shipment can be approved by Owner. Returned copies of data with "Revise and Resubmit" and "Do Not Proceed" notations shall be resubmitted by Contractor to Owner not later than ten (10) days after the date of transmittal by Owner to Contractor.

    2.2.4   <u>Design.</u> In the event that Owner asks Contractor to design any portion of the Work or if such design is included in the Specifications, Contractor shall provide the necessary design and engineering services for the preparation of drawings and specifications which will allow the Contractor to complete the Work as called for under the Contract Documents. Contractor shall submit interim design documents to Owner for Owner's review and approval in accordance with the requirements of Section 2.2.3, the Specifications and the Schedule. In the event that Owner does not approve such design documents, Contractor shall continuously re-submit said documents in accordance with Section 2.2.3, the Specifications and the Schedule until Owner approves said documents in the manner set forth in Section 2.2.3 and the Contract Documents. Once the submissions have been approved by Owner in the manner set forth in Section 2.2.3, they, along with the Specifications and Drawings given to the Contractor by Owner, as amended, shall become collectively known as the "Final Drawings" and "Final Specifications" respectively. Contractor shall perform the Work in accordance with the Contract Documents, including the Final Drawings and Final Specifications. Owner's review and approval of the interim design submissions are for the purpose of establishing an acceptable set of drawings and specifications which are in line with the Owner's requirements. Neither Owner's review nor approval of any design submissions shall be deemed to transfer any design liability from Contractor to Owner. Contractor must ensure that the Final Drawings and Final Specifications meet all of Owner's standards and requirements.

    2.3    Conditions and Risks of Work; Omissions. Contractor represents that Contractor has carefully examined the Drawings and Specifications and has fully acquainted itself with all other conditions relevant to the

Owner's Initials:_____
Contractor's Initials:_____

Work, and Contractor assumes the risk of such conditions and will, regardless of such conditions, the expense or difficulty of performing the Work, or fully complete the Work for the stated Contract Price without further recourse to Owner. Information on the Site, the Jobsite, and local conditions at such Site furnished by or on behalf of Owner in Specifications, Drawings or otherwise is not guaranteed by Owner and is furnished only for the convenience of Contractor. Except as otherwise provided in this Contract, any omissions from this Contract, including without limitation, Attachment 2.2.1, Specifications, or Attachment 2.2.2, Drawings, of elements of Work, including design, materials, installation or equipment, shall not relieve Contractor from furnishing the same if such are required in order to furnish the Work as contemplated by this Contract in a manner that is capable of performing as required hereunder. Any such changes, additions or deletions shall not constitute a Change under Section 21 and shall not in any way increase the Contract Price.

2.4     Use of Drawings and Specifications. The Work shall be performed using only Drawings and Specifications issued in the Contract Documents and the Final Drawings and Final Specifications following approval by Owner. Such issuance shall not relieve Contractor of any obligations under this Contract, or constitute Owner's assumption of responsibility for the accuracy or adequacy of any of Contractor's information or the Work incorporated in the Drawings and Specifications.

2.5     Intent of Specifications and Drawings.

2.5.1     Contractor shall comply with the manifest intent and general purpose of the Drawings and Specifications, taken as a whole, and shall not make use of any errors or omissions therein to the detriment of the Work. Should any conflict, error, omission or discrepancy appear in the Drawings, Specifications, instructions or in work done by others, Contractor shall notify Owner in writing at once, and Owner will issue written instructions to be followed. If Contractor proceeds with any of the Work in question prior to receiving such instructions, then required corrections shall be at Contractor's expense.

2.5.2     Contractor shall not deviate from the Specifications and Drawings and Final Specifications and Final Drawings without prior written approval from Owner. Anything shown in the Specifications or thereafter furnished by Owner and not shown in the Drawings or thereafter furnished by Owner, or shown in such Drawings and not shown in such Specifications, shall be of like effect as if shown or mentioned in both and shall not be considered to be a conflict.

2.5.3     Materials shall not be substituted for those specified, nor shall "or equal" items be furnished pursuant to the Specifications, without Owner's prior written approval.

2.6     Samples. Where samples are required, they shall be submitted to Owner for approval by and at the expense of the Contractor. Such submittal shall be made not less than thirty (30) calendar days prior to the time that the materials represented by such samples are to be procured. Samples shall be subject to review by Owner and materials represented by such samples shall not be manufactured, delivered to the Site or incorporated into any Work without such review. Each sample shall bear a label showing the Contractor's name, Project name, name of the items, manufacturer's name, brand name, model number, Supplier's name and reference to the appropriate drawing, technical specification section and paragraph number, all as applicable. Samples which have been reviewed may, at Owner's option, be returned to the Contractor for incorporation into the Work.

2.7     Procurement. Except as expressly excluded in writing, Contractor shall be responsible for the purchasing, including delivery, of all materials and equipment needed for the Work, all consistent with the requirements set forth in the Drawings and Specifications, and after prepared and approved, the Final Drawings and Final Specifications.

2.7.1     Procurement List. Contractor shall develop a list of the major equipment, machinery, materials and other supplies of whatever kind or nature ("Materials") to be procured by Contractor (the "Procurement List") and submit to Owner for review to confirm that such Materials conform to the Contract requirements. Owner may reject any Materials that do not conform, provided notice of rejection is made within seven (7) business days of Owner's receipt of the Procurement List. It is not intended that consumables, bulk materials, miscellaneous structural steel, wire, or any other standard, stock or bulk material or equipment be set forth

Owner's Initials:
Contractor's Initials:

in the Procurement List; provided, however, Contractor shall also procure all such items necessary for the proper performance of the Work. Contractor shall be fully responsible for such Materials until Final Acceptance of the Work.

        2.7.2    <u>Approval of Subcontractors and Suppliers</u>. Contractor shall submit lists of all Subcontractors and Suppliers in writing to Owner. Contractor agrees that all Subcontractors and Suppliers will be qualified to perform the Work. If Owner reasonably objects to a Subcontractor or Supplier, Contractor shall at no cost engage a replacement Subcontractor or Supplier reasonably acceptable to Owner. Such List of Subcontractors shall be attached hereto as Attachment 2.7.2.

        2.7.3    <u>Expediting</u>. Expediting for Materials is Contractor's responsibility. Such items shall be purchased, expedited, shipped, received and inspected in order to meet the Schedule and not delay progress of the Work or any other part of the Project.

        2.7.4    <u>Spare Parts</u>. Contractor shall develop and submit to Owner a list of all start up and operating spare parts for the Work prior to the commencement of the operation of the Equipment, as required by Owner. Contractor's obligations under the Spare Parts Management Program shall be as set forth in Attachment 2.7.4, Spare Parts Management Program. Unless otherwise agreed to in writing by Owner and Contractor, for a period of ten (10) years after delivery of the Work, Contractor shall maintain an adequate inventory of all unique or specially manufactured parts to properly support and maintain the Work. The prices of such parts shall be adjusted in accordance with Contractor's price list. For parts that are commercially available at a comparable price, Contractor shall identify for Owner the manufacturers, vendors, or other sources of Contractor's supply of such parts, as well as parts numbers and prices, and shall maintain for a period of seven (7) years after delivery of the Work incorporating such parts, an adequate inventory of all such purchased parts to properly support and maintain the Work purchased hereunder. The prices of such parts shall be adjusted in accordance with Contractor's price list.

## 3.    DELIVERY, TITLE AND RISK OF LOSS

        3.1    Delivery. Contractor shall have Materials delivered to the Site or remote storage facility(ies) in Alabama, as may be approved by Owner. Except for damage covered by insurance provided by Owner under Section 14.3 hereof, Contractor shall be fully responsible for the Materials until Final Acceptance of NF model.

        3.2    Evidence of Insurance. To the extent Owner's insurance program does not cover Materials in transit and stored offsite, Contractor shall provide evidence acceptable to Owner that it has adequate insurance in place to cover damage or loss to such Materials.

        3.3    Notice to Owner. Contractor shall advise Owner in writing at least ten (10) days in advance of major shipments of Contractor's Materials and Equipment, including especially, but not limited to, any shipments of Materials or Equipment in excess of $10,000,000 via a single conveyance, and shall coordinate with Owner the arrival and unloading of the Equipment and Materials. Contractor shall promptly unload its Equipment shipments and promptly release carrier's equipment, and shall be responsible for the disposal of all shipping materials such as crates, boxes and other trash. In the event Contractor may be unable to promptly unload its shipments, Contractor shall notify Owner of such inability not less than ten (10) working days in advance of arrival. Owner, at its option, may unload or make arrangement for others to unload such shipments for the account and risk of Contractor. Contractor shall promptly pay Owner for such costs of unloading. Before any Equipment or Materials arrive at the Site, Contractor shall obtain from Owner the location of a lay-down area if the Jobsite is not ready for immediate installation of the Materials and Equipment.

        3.3.1    <u>Arrangement of Shipment and Related Agreements</u>. Contractor shall be responsible for arranging all shipments of Contractor supplied Materials and the Equipment to the Jobsite and, if required by Owner, shall consign such shipments to itself as consignee at the Project shipping address. Shipments shall be made with freight fully prepaid f.o.b. Jobsite, Montgomery, Alabama. Contractor shall be responsible for making demurrage agreements and settlement with carriers for its shipments, and shall be responsible for seeing all shipments through U.S. Customs (if applicable) and the payment of all duties. All purchased Materials and Equipment must be delivered to the Jobsite in order for the Project to take full advantage of the tax abatements

Owner's Initials: _____
Contractor's Initials: _____

granted to it by the local and state governments. Any sales, use or other taxes levied on Materials and Equipment not so purchased and delivered shall be the responsibility of Contractor and Contractor shall not be reimbursed for it by Owner. See Attachment 19.4.2 and Section 19.4 of this Contract for additional instructions regarding the tax abatements granted to this Project.

        3.3.2   <u>Delivery and Holding of Equipment and Materials</u>. Contractor has its own representative to receive the Equipment and Materials at Owner's designated place of delivery or destination. Owner's count of such Equipment and Materials will be final as to all shipments not accompanied by packing list. Contractor will inform Owner immediately of any occurrence which will or is expected to result in any delivery at any time or in any quantity or way not specified in this Contract and also of corrective measures which Contractor has taken to minimize the effect of such occurrence. Notwithstanding the above, should Owner determine that it does not desire to take physical delivery of the Equipment and Materials on the specific day and date stated herein, Contractor, upon receipt of such notice from Owner and at no cost or expense to Owner, agrees to hold the Equipment and Materials in a safe and responsible manner until such time as Owner gives notice to Contractor to make delivery of the Equipment and Materials; provided that should Owner desire Contractor to hold the Equipment and Materials for more than thirty (30) days after the original delivery date thereof, Owner shall pay Contractor a daily fee therefor in an amount as may be agreed upon by Owner and Contractor. If Owner requires a late delivery as originally agreed, Contractor will inform Owner about any impacts on schedule. Any delay in delivery which results in delay of schedule will not be the responsibility of the Contractor.

        3.4    Schedule. Contractor shall order, expedite, receive, off-load, inspect and store procurement items promptly so as to meet the Schedule and not delay Project progress.

        3.5    Storage. Contractor shall warehouse or otherwise provide appropriate storage (in accordance with manufacturer's recommendations) for all Equipment and for all Materials required for performance of the Work. Prior to delivery to the Site, all such Materials shall be labeled with permanently affixed durable nameplates that will include Owner's name, manufacturer's name, equipment model number, equipment tag number, and all other usual and customary information.

        3.6    Title and Risk of Loss.

        3.6.1   <u>Title</u>. Good and clear title to all Materials, Equipment and any other materials or equipment furnished by Contractor under this Contract for the Work shall, except as expressly provided elsewhere in this Contact, pass to Owner upon the earlier to occur of payment by Owner to Contractor therefor or incorporation thereof into the Project. Contractor shall ensure that Suppliers from whom Contractor obtains Materials and equipment do not retain, encumber or reserve title to any such items. Upon the making of any progress payment, title to all Work or any item acquired, produced or used in connection with the manufacture of the Work, and the Work itself whether now existing or hereafter acquired or arising, and the products and proceeds thereof shall forthwith vest in Owner to the extent properly chargeable thereto under sound accounting practice, and Contractor shall reflect in its books and records the interest of and title to Owner in the Work and that Contractor has no interest in the Work; Contractor shall furnish to Owner whenever Owner shall request same, an inventory listing or other detailed written description of the Work; Owner shall have the right at any reasonable time to inspect the Work; and Contractor shall bear all risk of loss, destruction or damage to the Work while the Work is in the care, custody and possession of Contractor, its agents, employees and representatives and in any case prior to delivery thereof. Owner's interest in the Work shall be free and clear of all liens, claims, security interests or encumbrances of Contractor and any other person or entity. In addition to Owner's rights and interests in the Work as hereinabove described, to secure Contractor's performance under this Contract and all costs and expenses of Owner in the enforcement of its rights hereunder, Contractor hereby grants to Owner a security interest in all of Contractor's right, title and interest, if any, in and to the Work to secure (i) progress payments, (ii) advances, (iii) other sums, present or future, paid by Owner to Contractor pursuant to the Contract, or (iv) any and all obligations and liabilities of Contractor to Owner, whether direct or indirect, absolute or contingent, due or to become due, whether now existing or hereafter arising, under the Contract. Nothing herein shall be construed as Owner's consent to (a) the sale or other disposition of the Work or (b) Contractor's acquisition of title to the Work. In furtherance of the above, Contractor shall sign and execute alone or with Owner any financing statement or other document, and pay all connected costs necessary to give notice of and to protect Owner's security interest in the Work.

Owner's Initials: _____
Contractor's Initials: _____

3.6.2    Risk of Loss.  Notwithstanding the provisions of Section 3.6.1 above, Contractor shall be solely and fully responsible for risk of loss of the Materials, Equipment and any other items being furnished by Contactor under this Contract whose transit origin is outside of the continental United States.  Contractor shall be responsible regardless of the method, duration, or mode of transportation.  Owner shall be solely responsible for risk of loss of any such Materials or Equipment whose transit origin is within the continental United States pursuant to the provisions of Section 3.6.  Notwithstanding Owner's responsibility for risk of loss as set forth in the preceding sentence, Contractor remains solely responsible for transporting and delivering all Materials and Equipment of whatever kind or nature constituting the Work to the Site as set forth in the Specifications.

## 4.    TIME OF PERFORMANCE AND SCHEDULES

4.1    Time of Performance.

4.1.1    Contractor hereby declares that it has taken into consideration all factors which may affect its timely performance of the Work.  Consequently, in full realization that TIME IS OF THE ESSENCE of the Contract, Contractor agrees to commence and pursue the Work diligently and to perform its Work on time in accordance with the Schedule.

4.1.2    Owner has the right to require that the Work be performed in a definite sequence.  All Work shall be done in the order of progress required by the Schedule.  No increase in the Contract Price or extension of Contractor's time of performance shall be permitted because Owner requires a particular order of progress or sequence of Contractor's Work.  Timing, planning and coordination of the Work shall be subject to the control of Owner.

4.1.3    Owner is relying upon Contractor to discontinue its Work when necessary for protection of life, property or the Work.  Owner may, but has no obligation to, require Contractor to discontinue or delay all or part of its Work in the event of bad weather, floods, or other emergencies which prevent the Work's proper execution.  If Owner requires that Contractor discontinue or delay its Work, Contractor shall be granted an extension of time without being entitled to additional compensation or expense reimbursement.

4.1.4    Suspension of Work by Owner

4.1.4.1    Owner may at any time, and from time to time, by written or telegraphic notice to Contractor suspend or slow down further performance of all or any portion of the Work by Contractor.  Said notice of suspension shall specify the date of suspension and the estimated duration of the suspension.  Such suspensions shall not exceed one hundred eighty (180) consecutive calendar days each or aggregate more than two hundred seventy (270) calendar days.  Upon receiving any such notice of suspension, Contractor shall promptly suspend further performance of the Work to the extent specified, and during the period of such suspension shall properly care for and protect all Work in progress.  Upon the request of Owner, Contractor shall promptly deliver to Owner evidence acceptable to Owner for materials, equipment and service for the Work, and shall take such action relative to such purchase orders and subcontracts as may be directed by Owner.  Contractor shall use its best efforts to utilize the materials, labor and equipment in such a manner as to mitigate costs associated with suspension.  Owner may at any time withdraw the suspension of performance of the Work as to all or part of the suspended Work by written or telegraphic notice to Contractor specifying the effective date and scope of withdrawal, and Contractor shall resume diligent performance of the Work for which the suspension is withdrawn on the specified effective date of withdrawal.

4.1.4.2    If Contractor believes that any such suspension or withdrawal of suspension justifies modification of the Contract Price or the Schedule, Contractor shall comply with the provisions of the procedure set forth in Section 19.12, CLAIMS.  Contractor shall not be entitled to any prospective profits or any damages because of such suspension or withdrawals of suspension.

4.1.5    If at any time, in Owner's opinion, Contractor's working force, supervision, material and/or equipment are inadequate to achieve and maintain scheduled progress or to maintain the required quality and quantity of Work, Contractor, if so directed by Owner, shall, within forty-eight (48) hours of receiving Owner's

Owner's Initials: _____

Contractor's Initials: _____

notice, at its own expense, take all necessary action, such as increasing or supplementing the working force, supervision, and/or equipment or working overtime, to assure compliance with the Schedule and the required quality and quantity of the Work. The failure of Owner to provide such notice shall not relieve Contractor of its obligation to secure the quantity and quality and the rate of progress required by the Contract. Contractor alone shall be and remain liable and responsible for the efficiency and adequacy of its methods, materials, working force, supervision, and equipment.

### 4.1.6    Stop Work Orders

Upon failure of Contractor or its Subcontractor(s) to comply with any of the requirements of this Contract, Owner shall have the authority to stop any operations of Contractor or its Subcontractors affected by such failure until such failure is remedied or to terminate this Contract in accordance with Section 17. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for increased costs or damages by Contractor.

### 4.1.7    Scheduling, Reporting and Coordination

4.1.7.1  The Schedule requirements are set forth in the Specifications (the "Schedule"). Contractor shall schedule and coordinate the details of the Work being performed in order to meet the Schedule. Within thirty (30) calendar days after award of this Contract, Contractor shall submit to Owner for approval, a detailed schedule showing the sequence in which Contractor proposes to perform the Work, the start and completion dates of all separable portions of the Work, manpower forecasts, materials procurement and delivery plans and any other information requested by Owner in the format specified in the Specifications which submission shall comply with the milestones, Final Acceptance and Final Completion dates set out in the Schedule. Contractor shall perform the Work in accordance with the Schedule for the Work given to Contractor by Owner in the Specifications. Upon Owner's written approval of Contractor's submitted schedule, Contractor's submitted schedule shall be attached hereto as Attachment 4.1.7.1 and shall become the "Schedule". Contractor shall abide by such Schedule unless modified in the manner provided for herein. Contractor agrees to adhere to the Schedule approved by Owner and attend and participate in scheduled progress and coordination meetings called by Owner.

4.1.7.2  During the performance of Work, Contractor shall submit to Owner periodic progress reports on the actual progress and updated schedules as may be required by this Contract or requested by Owner. In the event Contractor's performance of the Work is not in compliance with the Schedule, Owner may, in writing, require Contractor to submit its plan for schedule recovery, or specify in writing the steps to be taken to achieve compliance with the Schedule, and/or exercise any other remedies under this Contract. Contractor shall thereupon take such steps as may be necessary to improve its progress without additional cost to Owner.

4.1.7.3  Contractor recognizes that Owner, Project Contractors and subcontractors will be working concurrently at the Jobsite and that such other work may affect the delivery, installation, commissioning and start-up of the Equipment as called for under the Contract Documents. Contractor agrees to cooperate with Owner, the other Project Contractors and subcontractors so that the Project as a whole will progress without delays. Owner reserves the right to direct Contractor to schedule the order of performance of its Work in such manner as not to interfere with the performance of others.

4.1.7.4  Unless otherwise mutually agreed upon between Owner and Contractor, site work hours will be forty (40) hours per week, ten (10) hours per day, four (4) days per week (Monday through Thursday), between the hours of 7:00 AM and 5:30 PM with a thirty (30) minute lunch break, and two (2) fifteen (15) minute breaks, one (1) in the morning and one (1) in the afternoon, at times established by Owner. Friday will be utilized as a makeup day as required by Owner.

### 4.1.8    Overtime

Any Work which Contractor shall perform on the Site shall be performed within the time frames set forth in Section 4.1.7.4. In the case that unavoidable overtime work is necessary as decided by the Contractor, Contractor

1069032 v9

10

shall give written notice to Owner of the scheduled overtime work at least forty-eight (48) hours in advance. However, Owner reserves the right to reject such overtime work on the basis of security or safety reasons. The Contract Price shall not be increased due to overtime work unless Owner approves any such increase through a Change.

4.2    Delays

4.2.1    Delays in the progress of the Work directly caused by an agreed upon Change Order or a Force Majeure Occurrence shall be the only bases for an equitable extension of the Schedule and time of performance.

4.2.2    Contractor shall not be entitled to and hereby waives any and all claims for additional compensation or damages which it may suffer by reason of Owner hindering or delaying Contractor in the performance of the Work for any and all delays which are for less than three (3) days in any one occurrence. Contractor shall not be entitled to and hereby waives any and all claims for additional profit or overhead arising by reason of Owner hindering or delaying Contractor.

4.2.3    In the event Contractor is delayed by a Force Majeure Occurrence and if Contractor complies with Section 4.2.4 below, Contractor shall be entitled to an equitable extension of time to the extent the delay affects the date of Final Acceptance, but it is expressly agreed that it shall not be entitled to any increase in the Contract Price. A "Force Majeure Occurrence" is defined as an event which directly delays Contractor's performance of the Work for more than five (5) days and which was beyond the control of Contractor, was not directly caused by the Owner and was not reasonably foreseeable by Contractor in time to be prevented, avoided or mitigated. Contractor expressly agrees that in the event of a Force Majeure Occurrence, it will immediately take all reasonable steps to remedy, remove and mitigate the occurrence.

4.2.4    Contractor shall file with Owner a written request for an extension of time within forty-eight (48) hours of the beginning of a Force Majeure Occurrence which Contractor believes entitles it to an extension of time (and additional compensation) under this Section 4.2. Failure to give such written notice shall be deemed sufficient reason for denial of any such extension of time (and additional compensation).

4.2.5    Except as expressly provided in this Section 4.2, Contractor shall not be entitled to any extension of the Schedule or time of completion. No such extension shall affect a waiver of Owner's rights or remedies or release Contractor from its obligations under the Contract. It is understood that the Final Completion date may be changed only by duly executed Change Orders.

4.3    Directed Rate of Progress

4.3.1    If, in Owner's opinion, Contactor has not taken the necessary actions to achieve or maintain the required progress following Owner's notification under Section 4.1.5, or if, in Owner's opinion, Contractor is incapable of taking the actions required by Section 4.1.5 to correct these deficiencies, then Owner may set a specific rate of progress to be achieved by Contractor and notify Contractor to immediately achieve and maintain this rate of progress (hereinafter "Directed Rate of Progress"). Neither issuance of such notice and instruction by Owner nor the failure to issue such notice and instruction shall relieve Contractor of its obligation to achieve the quality of Work and the rate of progress required by this Contract.

4.3.2    Contractor agrees to take, at its own expense, whatever measures may be necessary (such as working overtime, placing additional manpower and equipment on the job or working multiple shifts) to achieve and maintain the Directed Rate of Progress until Contractor is back on schedule.

4.3.3    During the period that Contractor is under a Directed Rate of Progress, Contractor shall report its progress to Owner periodically as specified by Owner. Contractor shall also be responsible for expediting and coordinating all aspects of its Work to ensure that Drawings, material, equipment and all other goods and services are available to achieve the Directed Rate of Progress.

1069032 v9                                             11

Owner's Initials: _____
Contractor's Initials: _____

4.3.4    Owner agrees that the Directed Rate of Progress will not be invoked arbitrarily or without sufficient cause, and will be invoked only after Contractor has demonstrated its inability to perform the Work as required by the Schedule.

4.3.5    Contractor shall be relieved of its obligation to perform at a Directed Rate of Progress only by written instruction from Owner.

## 5.    MATERIAL, EQUIPMENT, PERMITS OR SERVICES FURNISHED BY OWNER

5.1    Utilities for Contractor's On-Site Office.  Utilities for Contractor's on-site office, if such an on-site office is required by the Contract Documents, will be provided by Owner in accordance with Attachment 5.1, Utility Responsibilities for On-Site Office.

5.2    Owner Furnished Material and Equipment.  Should Contractor perform any portion of the Work on-Site, materials and equipment, if any, furnished by Owner ("Owner furnished material and equipment") during this on-Site Work, shall be received by Contractor in the presence of Owner's authorized representative and quantities thereof shall be checked jointly by Contractor and Owner.  The delivery and acceptance of all such Owner furnished material and equipment shall be recorded in writing, and Contractor shall evidence receipt and acceptance of such materials and equipment by signing forms satisfactory to Owner.

5.3    If Owner furnishes any materials or equipment, Contractor shall carefully note any visible damage to Owner furnished material and equipment prior to Contractor's acceptance of delivery.  After Contractor has accepted delivery of such materials and equipment, Contractor shall assume full responsibility for any loss of or damage to such materials and equipment.  Contractor shall notify Owner of any extra Owner furnished material and equipment which Contractor will not use and Contractor, without additional compensation, shall cooperate with Owner in the disposition of such surplus as directed by Owner.

5.4    Contractor shall notify Owner of any lack of, or requirement for, Owner furnished material and equipment required under this Contract in sufficient time for Owner to furnish said materials or equipment in advance of Contractor's need.  In the event of misfit of Owner furnished material or equipment, Contractor shall promptly notify Owner of such misfit.  Contractor shall take all reasonable steps to avoid standby time due to such misfit or lack of Owner furnished material or equipment and to continue progress of other portions of Work pending correction of such misfit and/or the furnishing of materials or equipment.

## 6.    TEMPORARY FACILITIES AND UTILITIES

6.1    Furnished by Contractor.  In the event that Contractor is to perform any Work on-Site and except as expressly set forth in Section 6.2, Contractor shall, as part of the Work, supply, install, properly maintain, and remove all, temporary facilities and utilities necessary for full and complete performance of the Work.  Such items shall include, but not necessarily be limited to, those listed below, and the type of facilities, move-in and move-out dates, and locations on Jobsite shall be subject to and in accordance with the review and approval of Owner:

a)    Adequate weather tight storage, for storage of materials, tools and equipment which are subject to damage by weather.

b)    Fuels and lubricants.

c)    All necessary heating and any heating fuels.

d)    Transportation facilities on and off site. Only Contractor's company vehicles, as approved by Owner, will be allowed on Site.

e)    Communication facilities and equipment during the period of the Work.

Owner's Initials: _____
Contractor's Initials: _____

f)    Compressed air and gases.

g)    Maintenance of Contractor's lay down, storage and Work areas.

h)    Rigging, scaffolding and all equipment for erection.

i)    All cranes and other necessary equipment for handling, hauling, unloading and receiving Contractor supplied materials, tools and equipment.

j)    All radiographing and other non-destructive testing equipment.

k)    Snow removal and frost protection.

l)    All small tools, rags, gloves, coveralls.

m)    Temporary lighting.

n)    All standard expendable or consumable items and supplies.

o)    Water supply including potable water.

p)    Electrical power for small tools, etc., required in the actual work areas by Contractor.

q)    All permits except as provided by Owner.

r)    All safety items necessary to perform the Work and protect the Work area, including fire protection equipment.

s)    Temporary fencing to secure work areas, materials and equipment storage.

t)    All glycol or nitrogen as required for pressure testing.

u)    Electric panel and distribution wiring.  Connections to, and disconnections from, the power source shall be by Contractor.

v)    Pumping facilities, heaters, and piping for hydrostatic testing and water transfer.

w)    Water drain off and drain valves and all facilities for disposal of test water.

x)    All necessary dewatering.

y)    All necessary touch-up painting.

z)    First aid and safety supplies.

aa)    Contractor shall advise Owner in writing of any need for disposal of Hazardous Material or hazardous waste prior to removal of such waste from the Jobsite.

bb)    All costs and expenses for operating temporary Jobsite office including electricity, and communication.

6.2    Furnished by Owner.  Owner shall supply or cause to be supplied the following temporary facilities and utilities to Contractor, without cost to Contractor, for or in connection with performance of any on-Site Work:

1069032 v9                                                13

Owner's Initials:
Contractor's Initials:

a)      Parking facilities (no plug-ins). Owner will not be responsible for any damage or unlawful acts to any Contractor equipment or private vehicles parked in designated parking areas.

b)      Water and hydrostatic test water at points on Jobsite as designated by Owner. Connections to and disconnections from water supply shall be by Contractor.

c)      Limited roughly graded space adjacent to the construction site for performance of Work and storage of material and equipment located at Jobsite. (No storage facilities or protective coverings of any kind will be furnished by Owner).

d)      Limited first aid services.

e)      Site for office trailer at Jobsite or elsewhere on the Site.

f)      Site office(s) power source 110 Volt.

g)      Power (480 Volts, 3 Phase) at one point on Jobsite as designated by Owner and located within 500' of the immediate work area. Connections to and disconnections from power supply and transforming to lower voltage and distribution of the temporary power shall be by Contractor. The temporary power is for the joint use of all Project Contractors and subcontractors engaged at the Site. Service will not be adequate for driving temporary electric heaters for winterizing operations. Alternate methods of heating shall be provided by Contractor for winterization. No other temporary power will be provided to Contractor by Owner. Portable generators shall be provided by Contractor as required for temporary power in all other areas of the Work.

h)      Preparation of storage will be supplied around 9,000 square feet inside of building.

i)      Checking of dimension of level and center will be done with supervisor dispatched from Contractor.

j)      Utilities being connected with Equipment will be supplied on the mezzanine according to drawings to be provided by Contractor.

k)      Grounding to be installed at the point designated by Contractor and drawings to be provided by Contractor.

l)      Grounding service prior to installation.

m)      Flushing oil, grease, nitrogen gas, hydraulic oil will be supplied for machine operations.

n)      Portable toilets and cleaning of such toilets.

o)      Site perimeter security.

## 7.    CONTRACTOR'S PERSONNEL, EQUIPMENT AND PRACTICES

7.1      Contractor shall provide an adequate number of qualified and competent supervisory staff, craft persons and other personnel to perform the Work. At all times during the course of the Work, Contractor shall have a qualified, competent and responsible supervisor who shall be satisfactory to Owner who Owner may contact with regard to the progress of the Work. The supervisor shall have authority to represent Contractor and directions given to him shall be binding on Contractor. Contractor shall not transfer or remove any of its supervisory or key personnel from performance of the Work without the prior written approval of Owner. For any Work performed on-

Owner's Initials: _____

Contractor's Initials: _____

Site, Contractor shall provide such a supervisor with such authority on-Site. Contractor shall give this on-Site supervisor, in writing, complete authority to act on behalf of and to bind Contractor in all matters pertaining to the Work and this Contract. Contractor shall furnish Owner a copy of the authorization.

7.2     In the event that the Contractor or any of its Subcontractors performs any of the Work at the Site, any employee of Contractor or of the Subcontractors who is located at the Site and who is deemed by Owner, in its sole judgment, to be objectionable shall be removed from the Site immediately upon Owner's request and shall be promptly replaced by Contractor or by the Subcontractor at no extra expense to Owner.

7.3     Contractor shall provide the Owner with an organizational chart showing the names and qualifications of all supervisory field and other personnel, their respective reporting dates and the proposed length of their respective assignments upon execution of this Contract. Owner may request changes in personnel performing the Work necessary to improve the safety, quality and/or efficiency of the Work. Contractor will maintain continuity of key personnel throughout all phases of the Work. Key personnel will not be changed without Owner's prior written approval which shall not be unreasonably withheld.

7.4     Materials obtained or furnished by Contractor which are to be used by Contractor on the Jobsite shall be in first-class operating condition, safe, fit for the uses for which intended, and suitable for the safe, legal and efficient performance of the Work. Such Materials shall be subject to inspection from time to time by Owner. Any such Materials of Contractor which are rejected by Owner as not conforming with the foregoing shall be promptly removed by Contractor and replaced with Materials acceptable to Owner, without additional cost to Owner and without delaying the Schedule for performance of the Work by Contractor.

7.5     Contractor shall at all times in accordance with the best practices and at no additional cost to Owner, preserve and protect the Materials used by Contractor in the execution of the Work from damage or loss due to weather, fire, theft, unexplained disappearance or other similar casualty.

7.6     Contractor shall, when performing Work at the Site, at all times in accordance with the best practices and at no additional cost to Owner, protect from damage due to Contractor's operations, any and all equipment and materials (whether stored or installed), paving, structures and any and all other items on the Site and Jobsite belonging to Owner.

7.7     Owner shall not be responsible for any loss suffered by Contractor, or damage to the Work or to Materials of Contractor or of any other contractor or subcontractor, and Contractor assumes responsibility for any such loss or damage and for any cost of repairing, making good, or replacing any such loss or damage as may be directed by Owner.

7.8     Contractor certifies that it has an affirmative action policy ensuring equal employment opportunity without regard to race, color, national origin, sex, age, religion, disability or veteran status, that it maintains no employee facilities segregated on the basis of any protected classification and that it is not debarred or suspended from being awarded Federal or Federally assisted contracts.

7.9     If applicable to this Contract, the following laws, orders and regulations, as amended, are hereby incorporated by reference: Executive Order 11246 (Equal Employment Opportunity); Vietnam Era Veterans Readjustment Act; Rehabilitation Act of 1973; Veterans Compensation, Education and Employment Act; 41 CFR 601.7 (EEO1 Reports); 41 CFR 601.40 (Affirmative Action Plans); 41 CFR 61650 (Veterans Employment Reports).

7.10    Upon request of Owner, Contractor will furnish it with a certificate satisfactory in form to Owner that goods furnished by Contractor in performance of this Contract were produced in full compliance with the requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1938, as amended, and the regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

7.11    Contractor agrees that all labor employed by it, its agents, and/or Subcontractors for Work on the Jobsite shall be in harmony with and be compatible with all other labor used by Owner or other Project Contractors.

_1069032 v9                                    15

Owner's Initials: _____
Contractor's Initials: _____

7.12     Whenever Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of the Work, Contractor shall immediately give notice thereof including all relevant information to Owner and shall immediately take any and all actions necessary, including legal action, to restore and maintain labor peace.

7.13     Contractor represents that it is fully experienced and properly qualified to perform the Work, and that it is properly equipped, organized and financed to perform such Work.  Upon written request by Owner, Contractor shall furnish to it such evidence as Owner may require relating to the Contractor's ability to fully perform this Contract.  Nothing contained in this Contract or any subcontract or purchase order awarded by Contractor shall create any contractual relationship between any Subcontractor and Owner, or their agents.  Contractor agrees that Contractor is an independent contractor and an employer subject to all applicable unemployment compensation, occupational safety and health, or similar statutes so as to relieve Owner of any responsibility or liability for treating Contractor's employees as employees of Owner for the purpose of their safety or of keeping records, making reports or payment of any payroll taxes or contribution; and Contractor agrees to defend, indemnify and hold Owner harmless from, and reimburse it for, any expense or liability incurred under said statutes in connection with employees of Contractor, including a sum equal to any unemployment benefits paid to those who were Contractor's employees, where such benefit payments are charged to Owner under any merit plan or to Owner's reserve account pursuant to any statute. The Contractor further agrees, in regard to the items set forth below and for Work under this Contract, that it will keep and have available all necessary records and make all payments, reports, collections and deductions and otherwise do any and all things so as to fully comply with all federal, state and local laws, ordinances and regulations as they affect performance of this Contract, so as to fully relieve and protect Owner and its agents from any and all responsibility or liability therefor or in regard thereto: (1) the production, purchase and sale, furnishing and delivering, pricing, and use or consumption of materials, supplies and equipment; (2) the hire, tenure or conditions of employment of employees and their hours of work and rates of the payment of their work, and (3) the keeping of records, making of reports and the payment, collection and/or deduction of federal, state, commonwealth and local taxes, contributions, pension funds, welfare funds, or similar assessments.

7.14     Contractor shall promptly apply for and procure without additional compensation all permits, certificates and licenses required by governmental authorities having jurisdiction over the Work, the Contractor and the location of the Work.

7.15     Nothing in this Contract shall be deemed to represent that Contractor, or any of Contractor's employees or agents, are the agents, representatives or employees of Owner or its agents.  Contractor shall be an independent contractor and shall have responsibility for and control over the details, methods and means for performing the Work, providing that Contractor is in compliance with the terms of this Contract.  Anything in this Contract which may appear to give Owner the right to direct Contractor as to the details of the performance of the Work or to exercise a measure of control over Contractor, shall mean that Contractor shall follow the desires of Owner only as to the intended results of the Work.

7.16     MBE/WBE Participation.  Owner is committed to the inclusion of Minority-Owned Business Enterprises ("MBE") and Women-Owned Business Enterprises ("WBE") Subcontractors.  Contractor agrees to include both MBE and WBE as Subcontractors for the completion of this Work.  Contractor shall use its reasonable best efforts to have a minimum MBE participation equivalent to fifteen percent (15%) of the Contract Price, and a minimum WBE participation equivalent to five percent (5%) of the Contract Price.  If Contractor does not meet these minimum requirements, it shall demonstrate to Owner the efforts that were made to achieve these minimum participation levels.  Failure to establish good faith efforts can be a breach of this Contract.  MBE and WBE who are Subcontractors and Suppliers shall be certified to by the National Minority Supplier Development Council (NMSDC) and its regional affiliate councils or some other certifying agency approved by Owner.  Owner shall have the right to approve any MBE or WBE.  If Owner does not approve, Contractor shall provide a suitable replacement Subcontractor or Supplier without cost to Owner.

7.17     Local Labor and Services.  Local (Alabama) contractors, including suppliers of materials and services, and local (Alabama) labor forces are to be utilized by Contractor in the Work to the maximum extent practicable.

Owner's Initials:
Contractor's Initials:

8.    **REPORTING REQUIREMENTS & COORDINATION MEETINGS**

8.1    Reports.  Contractor shall, within thirty (30) days after Contract award, commence submitting the reports set forth below and, in addition, those schedules and reports as are requested by Owner or specified in the Specifications:

8.1.1    Progress Reports.  Contractor shall submit written progress reports weekly or in other time intervals as may be requested by Owner, showing scheduled progress of the Work versus actual progress and giving details of Work completed in relation to the Schedule along with a one month "look ahead" which provides details of how the Work will be completed.   Such reports shall also indicate the results of any tests performed by Contractor in regard to the Work.

8.1.2    Daily Reports.  For any on-Site Work, Contractor shall submit a daily report in the form of Attachment 8.1.2.

8.2    Coordination Meetings.  If requested by Owner, Contractor shall attend (or participate by telephone) in a weekly (or other established frequency as may be determined by Owner) coordination meeting.  The person or persons designated by Contractor to attend or participate in any such meetings shall have all the required authority to make decisions and commit Contractor to solutions agreed upon during any coordination meetings.

8.3    Other Meetings.  Contractor participation in other meetings and activities may be required.  These activities may include, but not be limited to:

8.3.1    For any Work to be performed at the Jobsite, indoctrination and orientation of all Contractor's employees and Subcontractor employees prior to commencing Work at the Jobsite.  (This includes the entire labor force and all new hires).  The meeting will last approximately one (1) hour.

8.3.2    For Work to be performed at the Jobsite, weekly gang box safety meetings organized and conducted by Contractor and attended by all Contractor's craft employees and Subcontractor employees, shall be conducted each Monday.   Contractor shall be responsible for arranging and conducting these meetings with its craft and Subcontractor employees.  The meetings will last approximately twenty (20) minutes.

Contractor will be required to submit proof of attendance by all employees.

9.    **DATA REQUIREMENTS**

9.1    Contractor shall submit the following data to Owner as part of the Work:

a)    All Work installed by Contractor (or its Subcontractors) will be recorded on As-Built Drawings.

b)    Two (2) copies of quality control turnover packages.

c)    Two (2) copies of test reports and test certificates within forty-eight (48) hours of test.

d)    Two (2) copies of all piping NDE tests, if applicable.

e)    Two (2) copies of all stress relieving reports.

f)    One (1) reproducible and one set of prints of all updated piping drawings (if applicable).

g)    Weld maps will be required for all underground pipe welds (if applicable).

1069032 v9                                17

Owner's Initials: _____
Contractor's Initials _____

h)   Two (2) copies Pressure Testing Documentation.

i)   Quality Control Program for review and approval prior to commencement of Work.

j)   All necessary Quality Control documentation as Work is completed.

k)   At completion of Work, a complete report of all tests relating to the Work.

l)   All lifting and rigging procedures for review and approval prior to lifting or erecting equipment (if applicable).

m)   All requirements set forth in Contract Documents.

9.2    Contractor shall submit all engineering data, samples, drawings and specifications required by the Contract Documents (herein called "data") to Owner for review.

9.3    Contractor's performance of its obligations hereunder shall not be deemed complete until Owner is in receipt, on proper forms, of all technical data required by the Contract Documents, As-Built Drawings, and other documents to be submitted to Owner as part of Contractor's Work. Failure of Contractor to comply with the data requirements stated in these Contract Documents (including, without limitation, the requirements found in Section 2 of these General Terms and Conditions of the Contract) shall entitle Owner to withhold any progress payment, or Final Payment, pending Owner's receipt of all the required data without prejudice to any other remedy of Owner.

9.4    Contractor shall furnish to Owner reproducible drawings revised by Contractor to show "as-built" information (herein "As-Built" or "As-Built Drawings"). Contractor's revisions will show details of those locations where the Work performed by Contractor was at variance with the details shown on the Drawings or Final Drawings. Contractor's submittal to Owner of such "As-Built" drawings shall be made on a continuous basis as the Work proceeds but in all cases prior to the date of giving the notice of Final Acceptance. Contractor shall deliver all final Project record documents in accordance with Contract requirements. Contractor shall deliver such final Project record documents as both hard copy reproducible drawings and on electronic media in format to be designated by Owner.

9.5    If Contractor is to perform Work at the Site, Contractor shall maintain at the Jobsite up-to-date copies of all Drawings, Specifications, Final Drawings, Final Specifications and other documents and supplementary data, complete with latest revisions thereto. In addition, Contractor shall maintain a continuous record of all field changes, and at the conclusion of the Work, shall incorporate all such changes on the "As Built" drawings and other engineering data and shall submit four (4) copies thereof to Owner.

9.6    Contractor shall show the Owner Contract Number and identifying item numbers, if applicable, on all data submitted pursuant to this Section 9.

9.7    Contractor shall provide, within twenty (20) days of Contract award, a complete list of all required submittals, dates such submittals will be transmitted to Owner for approval and dates Contractor requires approval back from Owner, allowing Owner a minimum of ten (10) working days to complete its approval cycle.

10.    **INSTALLATION**

For all Work to be performed at the Site, Contractor shall provide, institute, and/or implement the following:

10.1    Security Program. Contractor is responsible for the security of its workers, Subcontractors, tools, and Materials on (and to and from) the Site and Jobsite. All small tools and Materials belonging to Contractor must be clearly identified as such. Tools including personal tools are subject to inspection at the security gate on arrival

Owner's Initials: _____
Contractor's Initials: _____

and departure. Owner makes no representation about the security of the Jobsite and disclaims any and all responsibility for the security of Contractor's workers, Subcontractors, tools and Materials on (and to and from) the Site and Jobsite.

10.2    Joint Occupancy. The roads to the various work sites on the Project will be used jointly by all Project Contractors and subcontractors.

10.3    Construction Area Limits. Owner will designate the boundary limits of access roads, parking areas, storage areas, and construction areas. Contractor shall not trespass in or on areas not so designated. Contractor shall be responsible for keeping all of its personnel out of areas not designated for Contractor's use. In the case of isolated work located within such areas, Owner will issue permits to specific Contractor personnel to enter and perform the Work.

10.4    Restricted Roads Next to Contractor's Area. Roads within the Site may be restricted for reasons of safety. Contractor will not be permitted access or use of these restricted roads. Restricted roads will be defined when installation arrangements are finalized.

10.5    Contractor's Office at Site of Work. If Owner so requests, Contractor shall maintain a suitable office at or near the Site during the performance of the Work which shall be the headquarters of a Contractor's representative authorized to receive drawings, instructions, or other communication or articles. Any communication given to the said representative, or delivered to Contractor's office at the Jobsite in his absence, shall be deemed to have been delivered to Contractor.

10.6    Radios On Site. Hand held radios may be permitted. Approval for use of radios shall be obtained from Owner. Contractor shall obtain any necessary license to operate radios on the Jobsite. Any such radios shall operate on a separately dedicated frequency.

10.7    Personnel Identification. Owner shall provide identification badges to all Contractor's employees and Subcontractors working either directly or indirectly under Contractor's supervision. These badges must be worn conspicuously by these employees and Subcontractors at all times when on the Site.

10.8    No Smoking. No smoking will be allowed in the work area(s) or outside of the designated smoking areas.

10.9    Personnel Clothing and Equipment. Contractor's personnel and Subcontractors must wear hard hats clearly marked with employee name, company logo, safety boots, safety glasses and all other necessary and required safety equipment and clothing.

10.10    Dust Control. Contractor, for the duration of the Contract, shall maintain all work areas free from dust, as determined by Owner. Industry-accepted methods of dust control suitable for the area involved, such as daily sweeping and utilization of an approved sweeping compound provided by Contractor, shall be utilized. No separate payment shall be made for dust control. Contractor must provide floor mats at each entrance to its work areas. Mats must be large enough in size to accommodate the quantity of worker traffic passing across them. Mats shall be cleaned on a daily basis, at a minimum.

10.11    Water Pollution. Contractor shall, at its expense, provide suitable facilities to prevent the introduction of any substances or materials into any stream, lake or other body of water which may pollute the water or constitute substances or materials deleterious to fish and wildlife.

10.12    Air Pollution. Contractor shall so perform its Work as not to discharge into the atmosphere from any source any smoke, dust, or other air contaminants in violation of the laws, rules and regulations of the governmental entities having jurisdiction.

10.13    Ventilating. Contractor shall:

Owner's Initials: _____
Contractor's Initials: _____

a)  Prevent hazardous accumulations of dust, fumes, mists, vapors or gases in the areas it occupies during performance of the Work.

b)  Provide local ventilation to prevent harmful accumulation of hazardous substances into atmosphere of such occupied areas.

c)  Dispose of materials in a manner that will not result in harmful exposure to persons or disrupt or otherwise affect operation of existing facilities.

d)  Ventilate storage spaces containing hazardous, volatile or high temperature sensitive materials.

10.14    Site Signs.  Identification signboards and notices for safety or instruction are permitted on Site only after approval of Owner for format, size, location and quantity.

10.15    Drainage.  Contractor shall provide proper and adequate drainage for its installation, storage, parking and fabrication areas including the necessary piping for disposal to sewers.  Temporary drainage facilities shall be removed upon completion of Work unless Owner directs to have the facilities left in place.  Contractor shall be responsible for providing and operating any temporary pumps for keeping its area drained.  Contractor shall furnish and place any necessary surfacing material to avoid loss of time due to muddy conditions.

10.16    Lunch Facilities.  Contractor shall provide any necessary lunch facilities for its forces.  No vending machines or vending trucks of any kind will be permitted on the Site.  In the event meals are required because of overtime Work, such meals will be provided by Contractor from outside facilities with Owner approval.

10.17    Construction Entrance.  Owner will provide gatehouse and gateman at Project entrances designated for Contractor's use.  This gateman will control Project access by Contractor personnel and notify receiving area when shipments are at the gate.  Individual drive-in passes will only be issued to those specifically authorized in accordance with procedures established by Owner.  Access to the Project from the perimeter parking lot will be restricted to buses or other authorized vehicles only.

10.18    Time Alleys and Timekeepers.  Contractor shall provide time alleys and timekeepers as required at the Jobsite to control access of craftsmen to and from the Site and Jobsite.

10.19    Removal of Equipment, Materials etc. from Jobsite.  All equipment, materials, supplies and tools leaving the Project are to be accompanied by gate passes issued by Owner.

10.20    Oil Clean-Up.  Contractor shall make every effort to avoid oil spills during the execution of the Work.  Contractor shall be solely responsible to maintain work areas and transportation routes free of oil and shall be responsible for cleaning of such oil spills caused by Contractor or Contractor's Materials, Subcontractors, installation equipment, tools or other equipment utilized as part of the Work.  As with all other requirements of this Contract, Contractor is required to flow this requirement down to its Subcontractors.

10.21    Review by Owner.  Review and approval by Owner of Contractor's rigging, scaffolding and other installation plans shall not constitute or be construed as Owner assumption of Contractor's responsibility or liability for scaffolding or safety under the Contract or at law and does not relieve Contractor from full compliance with its legal and contractual obligations.

10.22    Existing Services.  Contractor shall:

a)  Establish location and extent of service lines in area of Work and notify Owner of its findings before commencing Work and take all precautions to ensure that there are no unknown services.  Contractor shall have no right to make any claims for delay or

Owner's Initials: _____
Contractor's Initials: _____

additional compensation under this Contract due to discovery and consequences of any unknown services during course of installation.

b)   Where unknown services are encountered, immediately advise Owner and confirm findings in writing within forty-eight (48) hours.

c)   Where Work involves breaking into or connecting to existing services, carry out work at times directed by Owner.

d)   Record locations, including elevations, of maintained, rerouted and abandoned service lines.

10.23   Quality Control.  Contractor shall abide by the Quality Assurance Procedures attached hereto as Attachment 10.23.

## 11.   PREPARATION FOR SHIPMENT

Preparation for shipment shall be in accordance with Contractor's standards and the Contract Documents. Contractor shall be solely responsible for the condition of the Equipment and Materials prior to and at all times during handling by commercial and other carrier systems.

11.1   All Equipment shipped to the Site shall be cleaned by Contractor prior to shipment of Equipment from Contractor's fabrication or storage facility.  Contractor shall exercise great care to ensure that all Equipment is free of dirt and other contamination.

11.2   Contractor shall properly protect, store and prepare the Equipment and its components for shipment in such manner as will safeguard them against any loss or damage resulting from repeated handling and other hazards during shipping under the climate conditions to be expected during shipment. All packing shall be waterproof, sufficient for safe transport by motor truck, air or sea shipment to the Site. All Equipment, following cleaning at shipping point, must be shrink-wrapped before it is transported to the Site. Shrink-wrapping must be completed so as to prevent contamination of Equipment and fabrication in transit to the Site, as well as in storage at the Site.

11.3   If Contractor's scope of Work includes off-loading or installation, all Materials and Equipment unloaded at the Site shall be stored in a protected manner by Contractor.  Material offloading shall be at a location approved by Owner.  Contractor shall be responsible for providing proper shoring underneath all Material and Equipment at the Site.  Protection of all Equipment and Material shall be the sole responsibility of Contractor.

11.4   Contractor shall systematically store all small parts and wires on pallets in a neat manner and maintain them on a daily basis.  Contractor shall properly pack and stencil each shipping package, and prepare and provide each packing list, with the Owner's Contract Number and an identification of the contents of each package so as to enable an efficient and correct identification of the contents of each package, the removal of the contents of each package and the coordination of the assembly and installation of the Equipment and otherwise in accordance with any specific requirements contained in the Contract Documents.  Prior to delivery to the Site, all Materials shall be labeled with permanently affixed durable nameplates that will include the manufacturer's name, equipment model number, equipment serial number, equipment tag number and all other usual and customary information. Contractor shall not mark the Equipment itself in any manner unless specifically approved by Owner in writing.  All approved markings must be neatly laid out and painted.  In addition, workers shall not mark on Equipment for any reason; should scratch marks (such as for calculation) be necessary, they shall be done on scrap materials.

11.5   All loose bolts and nuts shall be shipped in watertight barrels.  All threads of bolts, including exposed parts of pre-fabrication items, shall be coated with a metallic base waterproof lubricant and covered with metal protectors.

11.6   Suitable bracing and supports shall be provided by Contractor to prevent damage during shipment. This bracing and support shall be painted yellow to denote required removal before operation.

Owner's Initials:
Contractor's Initials:

11.7    Contractor shall fabricate and deliver all components of the Equipment in the largest practical sections compatible with storage and handling facilities and all such sections shall be shop assembled and match marked.

11.8    Contractor shall, prior to shipping, at a minimum submit to the Owner a master packing list identifying the Contract Number and the contents of each package to be shipped by equipment tab number and equipment serial numbers for the Owner's approval. Contractor shall provide, with each shipment, packing lists with the Owner's Contract Number marked on them and containing a description of the contents of each package. Contractor shall, on the day of shipping, properly forward one clear original bill of lading or other shipping receipt containing pertinent information such as shipping weight and number of packages for each shipment, in accordance with the Owner's instructions.

## 12.    WARRANTIES, GUARANTEES AND BONDS

12.1    Contractor warrants and represents that it is fully experienced, properly qualified, registered, licensed, equipped, organized and financed to perform the Work hereunder. Contractor further warrants and represents that at the time of submission of its quotation for performance of the Work, it was properly licensed and qualified to do business in all governmental jurisdictions in which the Work is to be performed and covenants to maintain such licensing and qualification throughout the term hereof (including warranty period).

12.2    Contractor guarantees to Owner that:

a)    the Work shall comply strictly with the provisions of this Contract and all Specifications, Final Specifications, Drawings and Final Drawings referred to in this Contract or thereafter furnished by Owner and that the Work shall be first-class in every particular and free from defects in materials and workmanship and in any design or engineering furnished by Contractor and fit for its intended purpose;

b)    all Materials, equipment and supplies furnished by Contractor for the Work shall be new, merchantable, of the most suitable grade and fit for their intended purposes;

c)    the Work shall satisfy the end product, quality, performance and productivity requirements set out in the Contract Documents and will in every other manner meet the requirements of the Contract Documents;

d)    the Work and all workmanship will be in accordance with first class standards and proven technology for work and workmanship of a similar nature for use in the Owner's industry;

e)    if and to the extent that the Work is comprised of engineering and design services, that all such Work shall be engineered and designed in a professional manner and in accordance with the first class standards for the engineering and design of work of a similar nature for use in the Owner's industry;

f)    provided that only first rate materials, workmanship, and operators are used in connection with the installation, electrification and operation of the Equipment, any Equipment will be capable of use or operation in compliance with any applicable laws in effect where the Site is located respecting occupational safety and health which are in force on the date of completion of the Work, as well as environmental performance standards, effluent limitations, emissions limitations, discharge requirements or operational standards contained in the Specifications;

g)    all computer software provided as part of the Work will be free of any harmful programs or data incorporated into the software that disrupts the proper operation of the software; and

1069032 v9

22

Owner's Initials: _____
Contractor's Initials: _____

h)      no part of the Work shall contain any traces of silicone (any of a large class of polymers of R2SiO where R is a hydrocarbon) in accordance with the Silicone Contamination Avoidance Statement attached hereto as Attachment 12.2.

12.3     Without limitation of any other rights or remedies of Owner, including but not limited to, Section 12.2 hereof, if any defect in the Work arises within the warranty period as stated in the Specifications, Contractor shall upon receipt of written notice of such defect promptly furnish, at no cost or expense to Owner, design and engineering, labor, equipment, materials and installation services necessary to correct such defect and cause the Work to comply fully with the foregoing guarantees. Any period during which the Work is not available for use due to defects in the Work shall extend Contractor's warranty obligation of correction by an equal period of time.

12.4     In the event Contractor shall have been notified of any defects in the Work in violation of Contractor's foregoing guarantees, Contractor shall promptly commence and adequately complete the correction of such defects. Owner shall, after giving Contractor a reasonable time to correct such defects, have the right to correct or to have such defects corrected for the account of Contractor, and Contractor shall pay Owner the costs incurred in correcting such defects within ten (10) days after receiving Owner's invoice therefore. If Owner prefers to accept defective or non-conforming Work, it may do so instead of requiring the correction of the Work, in which case this Contract will be adjusted to reflect a reduction in the Contract Price as appropriate and equitable. Such adjustment shall be effected whether or not Final Payment has been made.

12.5     Contractor shall reimburse Owner for all direct costs incurred by Owner as a result of and in connection with the existence and continuance of any and each such breach of warranty.

12.6     Contractor shall furnish when requested by Owner a performance bond in a form acceptable to Owner and in an amount equal to 10% of the Contract Price as a guarantee on behalf of the Contractor that the terms of this Contract shall be complied with in every particular, and a Contractor's payment bond in a form acceptable to Owner and in an amount equal to 10% of the Contract Price as security for the payment of all persons performing labor or for payment for all materials and equipment used in performance of the Work. Contractor shall obtain the performance and payment bonds from sureties, and on bond forms, acceptable to Owner. Each such bond shall remain in effect until the end of the warranty period set forth in the Specifications, provided, however, that for the period ending from Final Acceptance until the end of such warranty period, the face amount of such bonds may be reduced to an amount equal to 10% of the full Contract Price. Such bonds, upon Owner's approval, shall be attached hereto as Attachment 12.6.

12.7     The Work and Contractor's performance under this Contract shall be in accordance with the highest professional industry practices and applicable standards and industry codes, of a good and workmanlike character and in compliance with all applicable Federal, State and local laws, ordinances and regulations and those of any regulatory body having jurisdiction over all or part of the Work, the Contractor, the Project, and the Site.

12.8     Contractor shall provide irrevocable bank letters of guarantee to serve as security for any advance payments made to the Contractor and for Contractor's performance and warranty obligations in such form and in such amounts as set forth in Attachment 12.6, Bonds and Guarantees. The irrevocable bank letters of guarantee shall be issued by a bank acceptable to Owner in its sole discretion.

13.     INSPECTION, TESTS AND ACCEPTANCE

13.1     Contractor shall inspect all materials, supplies and equipment which are to be incorporated into the Work. Contractor shall conduct a continuous program of quality control for all Work. Contractor's quality control program and inspection procedures for the foregoing shall be submitted in writing to Owner for review and approval, in sufficient detail to delineate those items to be inspected and the manner in which they are to be inspected, and shall adequately describe all quality control activities contemplated, including provision for adequate documentation of Contractor performance of such quality control and inspection. Contractor shall submit its quality control procedures at the time of execution of this Contract for approval by Owner.

1069032 v9

23

Owner's Initials: _____
Contractor's Initials: _____

13.2     Contractor shall, during the course of performance of the Work hereunder, without additional compensation, make or cause to be made all tests required by the Contract Documents. Owner may require additional inspections and tests. Contractor shall furnish Owner with documentation satisfactory to Owner in every respect of the results of all inspections and tests. Owner shall be given not less than five (5) working days notice of any tests to be made by Contractor or Contractor's Suppliers or Subcontractors in order that Owner may witness any such tests. All test protocols and procedures are to be reviewed and approved in advance by Owner.

13.3     Owner, its representatives, and others as may be required by applicable laws, ordinances and regulations, shall have the right at all reasonable times to inspect the Work and all material, supplies and equipment for the Work at the Jobsite and at Contractor's and its Suppliers' or Subcontractors' shops for conformance with the Contract Documents. Contractor shall provide, or cause to be provided, access and sufficient, safe and proper facilities for such inspections. Neither the failure to make such inspection nor to discover defective workmanship, materials or equipment, nor approval of or payment to Contractor for the Work, Materials or Equipment shall prejudice the rights of Owner.

13.4     If Contractor covers any portion of the Work prior to any inspection or test provided for in the Specifications or Final Specifications, inspection schedule, or as previously requested by Owner, the cost of uncovering and covering the Work to allow for such inspection or test shall be borne by the Contractor. Re-examination of any Work may be ordered by Owner. In the event of such re-examination, if any part of the Work is determined by Owner to be defective, Contractor shall not be reimbursed for the costs of uncovering, repairing or correcting or restoring the Work.

13.5     Rejection by Owner of any or all parts of defective Work for failure to conform with this Contract shall be final and binding. Such rejected Work shall be promptly corrected or replaced by Contractor at Contractor's expense. If Contractor fails to commence and diligently continue correction or replacement of such rejected Work immediately after receipt of written notice from Owner to correct or replace the rejected Work, Owner may at its option remove and replace the rejected Work, and Contractor shall reimburse Owner within ten (10) days of receipt of Owner's invoice for the costs of such removal and replacement of defective Work.

13.6     All Work shall be subject to final inspection and test by Owner. Such inspection shall be made within a reasonable time after installation of the Equipment, and any items which are not fully satisfactory to Owner may be rejected by notice to Contractor. Said rejected items are to be corrected or replaced within the fastest reasonable time after notice of rejection.

## 14.     INSURANCE

14.1     Insurance to be Provided by Contractor.

14.1.1     Without limiting any of the other obligations or liabilities of the Contractor under this Contract, Contractor will at all times until all its obligations hereunder have been fully discharged, carry and continuously maintain at its own expense, or cause to be carried and continuously maintained, at least the minimum insurance coverage set forth in this Section 14.1, in each case with insurance companies of recognized responsibility and with terms and conditions acceptable to Owner.

14.1.2     Insurance carried in accordance with this Section 14.1 shall, to the extent of the indemnities set forth in Section 15, be endorsed to provide that Owner shall be included as an additional insured with the understanding that any obligation imposed upon the insured (including the liability to pay premiums) shall be the sole obligation of Contractor and not that of Owner. Inasmuch as such insurance is written to cover more than one insured, all terms, conditions, insuring agreements and endorsements, with the exceptions of limits of liability, shall operate in the same manner as if there were a separate policy covering each insured.

14.1.3     With respect to all insurance maintained by Contractor hereunder, (A) the interests of Owner and Contractor shall not be invalidated by any action or inaction of any other person, and Contractor and Owner shall be insured regardless of any breach or violation by the Contractor or any other person of any warranties, declarations or conditions contained in such policies; (B) all deductibles shall be in amounts acceptable to Owner but shall be paid by Contractor; (C) the insurers thereunder shall waive all rights of subrogation against

1069032 v9

24

Contractor and Owner, any right of set-off and counterclaim and any other right to deduction whether by attachment or otherwise; (D) such insurance shall be primary without right of contribution of any other insurance or self-insurance carried by or on behalf of Contractor or Owner with respect to their interests in the Work or the Project; and (E) if such insurance is cancelled by the insurer for any reason whatsoever (including nonpayment of premium) or any substantial change is made in the coverage that affects the interests of Contractor and Owner, such insurance shall nonetheless remain effective for thirty (30) days (including for nonpayment of premium) after receipt of written notice to Owner sent by registered mail from such insurer of such cancellation or change.

14.1.4   During the life of this Contract and for such additional time as may be required, Contractor will provide, pay for, and maintain the insurance outlined below covering Contractor's activities and those of any of Subcontractors and Suppliers to whatever tier.

(1)   <u>Workers' Compensation and Employer's Liability</u>:

1.   Workers' compensation insurance in accordance with applicable law providing statutory limits of coverage.

2.   Employer's liability insurance with a minimum limit of liability of $1,000,000 for each occurrence.

3.   Voluntary Compensation endorsement

(2)   <u>Commercial General Liability</u>:   Commercial general liability insurance covering Contractor against claims for personal injury (including bodily injury and death) and property damage (including loss of use).  Such insurance will identify Owner as an additional insured, operate as primary insurance with no contribution from any insurance or self-insurance maintained by Owner, and will have these minimum limits and coverage:

1.   Minimum limits: $1,000,000 each occurrence

$2,000,000 general aggregate
$1,000,000 personal & advertising injury
$2,000,000 products and completed operations aggregate

2.   Coverages:

1)   1986 (or later) ISO commercial general liability form (occurrence form)
2)   Products and completed operations coverage maintained for at least three (3) years following Final Acceptance of the Work by Owner
3)   Explosion, collapse and underground coverage (included in 1993 ISO form)
4)   Broad Form Contractual
5)   Fellow Employee Coverage
6)   Broad Form Property Damage

(3)   <u>Automobile Liability</u>:  Business auto liability insurance covering liability arising out of any auto (including owned, hired, and non-owned autos) with a combined single limit of liability of $1,000,000 per occurrence for bodily injury and property damage.  Such insurance will identify Owner as an additional insured and operate as primary insurance with no contribution from any insurance or self-insurance maintained by Owner.

(4)   <u>Umbrella/Excess Liability</u>:  Umbrella/excess liability insurance on an occurrence basis in excess of the underlying insurance described above in subsections (1) for employer's liability, (2) for commercial general liability and (3) for business auto liability.  Such insurance will identify Owner as an additional insured, provide blanket contractual liability coverage, and will operate as primary insurance

Owner's Initials: _____
Contractor's Initials: _____

with no contribution as respects any insurance or self-insurance maintained by Owner. Minimum limits of liability will be $10,000,000 per occurrence and annual aggregate.

(5)    Railroad Protective Liability: Railroad protective liability insurance when the Work is on or within fifty (50) feet of a railroad or affects any railroad property including but not limited to tracks, bridges, tunnels, and switches.    The limit of coverage will not be less than $3,000,000 each occurrence/$6,000,000 aggregate.

(6)    Professional Liability:  Contractor will purchase and maintain professional liability insurance with a $2,000,000 limit for each claim and annual aggregate.  Coverage will have a retroactive date prior to the beginning of the Work and will have an extended reporting period of thirty-six (36) months after Final Acceptance of the Work by Owner.  Notwithstanding the foregoing, Owner agrees that Contractor may be self-insured for this coverage.

14.1.5   Certificates of Insurance:   Before starting the Work, Contractor will give Owner certificates of insurance satisfactory in form to Owner evidencing that the above insurance is in effect and that no less than thirty (30) days advance written notice will be given to Owner prior to any cancellation or restrictive modification of the coverage.  A sample Certificate of Insurance in the form approved by Owner is attached hereto as Attachment 14.1.5.

14.1.6   Waiver of Subrogation:   All insurance policies in any way related to the Work and secured and maintained by Contractor will waive all rights of recovery, under subrogation or otherwise, against Owner, its Design Professionals, its Construction Manager, the Project Contractors and all tiers of consultants engaged by Owner. Contractor will require its Subcontractors and Suppliers to whatever tier, by appropriate written agreements, to give similar waivers each in favor of all parties enumerated in this section.

14.1.7   Cooperation:   Contractor agrees to fully cooperate and comply with all reasonable requirements and recommendations of the insurers and insurance brokers issuing or arranging for issuance of the insurance required here, in all areas of safety, insurance program administration, claim reporting and investigation, and audit procedures. These obligations also apply to any Owner Controlled Insurance Program as noted below.

14.2    Owner-Controlled Insurance Program.  Notwithstanding anything to the contrary in this Contract, Contractor will identify for Owner the actual cost to obtain the coverages specified above (except for business auto liability specified in Section 14.1.4(3)) for the Work as applicable to Contractor and each Subcontractor and Supplier to whatever tier. Contractor will identify such costs as line items on the bid documents provided under this Contract and will include:

(i)      Premium index estimate (payroll, receipts, subcontract cost, or other basis)
(ii)     Applicable rates, discounts, and deductibles
(iii)    Estimated premiums
(iv)    Contingency factors and amounts included for deductibles or self-insured retention
(v)     Itemization of overhead and profit

14.2.1   Owner will have the right, but not the obligation, to procure comparable coverages and limits, and, if Owner so elects, a deductive Change Order for Contractor's actual cost of such insurance will be issued in accordance with the terms of this Contract. To the extent that Owner provides coverage specified in this Contract, except as provided by the insurance procured by Owner described in Section 14.3, that coverage will apply only to Work or services performed at, or emanating directly from, the Project and the Site. Contractor agrees that the provisions of Attachment 14.2.1, Owner Controlled Insurance Program Manual, are incorporated in its entirety into this Contract and Contractor covenants that it will cause such Attachment 14.2.1 to be incorporated in its entirety into each and every subcontract it enters into. Contractor and each Subcontractor and Supplier to whatever tier will remain obligated to provide the type and limit of that coverage for all other operations of Contractor and each Subcontractor and Supplier to whatever tier excluding only operations performed in connection with Work at the Site.

1069032 v9                                    26

14.2.2   Furnishing any insurance specified in this Contract by Owner will in no way relieve or limit any responsibility or obligation imposed by this Contract (including Attachment 14.2.1, Owner Controlled Insurance Program Manual) on Contractor or any Subcontractor or Supplier to whatever tier. In addition, the Owner-provided insurance will not apply to vendors, suppliers, materialmen, and others who merely transport, pick up, deliver or carry materials, personnel, parts, equipment, or any other items or persons to or from the Site. Owner makes no representations, guarantees, or warranties, express or implied, as to the fitness and/or quality of coverage.

14.3     Insurance provided by Owner.

14.3.1   Owner shall purchase and maintain, during the course of the Work, property insurance upon the entire work at the Site and the Project. This insurance shall include the interests of Owner, Contractor, Subcontractors and Suppliers to whatever tier in the Work. Such coverage will also extend to the Materials and Equipment, and any other materials or equipment intended to become a portion of the Work whose transit origin is within the continental United States. Insurance coverage for materials and equipment while in transit is limited, and Contractor shall be required to notify Owner in writing at least three (3) business days prior to the commencement of shipping in connection with transit of any materials and equipment valued in excess of $10,000,000 via any one conveyance. Contractor shall be responsible for damage or loss to the extent that coverage is not provided by Owner, and damage or loss resulting from Contractor's failure to abide by the provisions of this Section.

14.3.1.1 Owner and Contractor hereby waive all rights against each other, and the Design Professionals, the other Project Contractors, Subcontractors and Suppliers to whatever tier of each other, for loss or damage to the Project (including the Work) to the extent covered by the property insurance maintained by Owner as noted above except to the extent covered by professional liability insurance. Notwithstanding the foregoing, Contractor will be responsible for prompt payment to Owner of the first $25,000.00, for each incident of any loss or damage to the Work or Owner's facilities or property caused in whole or in part by Contractor or its Subcontractors or Suppliers to whatever tier. Determination of responsibility for loss or damage will be solely at the discretion of Owner.

14.3.2   Contractor, Subcontractors and Suppliers to whatever tier are solely responsible for loss or damage to their tools and equipment, and the insurance provided by Owner will not extend to such loss or damage.

14.3.3   Any loss insured by coverage purchased and maintained by Owner will be adjusted with Owner and made payable to Owner for the insureds as their interests may appear.

14.3.4   Unless otherwise agreed by Owner, the Contractor shall include in each subcontract and purchase order it enters into provisions and insurance requirements not less favorable to Owner than those contained in this Section 14 except that "Contractor" will be substituted for "Owner" and "subcontractor" or "supplier" will be substituted for "Contractor."

## 15.   INDEMNITIES AND LIMITATIONS OF LIABILITY

15.1     Contractor agrees to indemnify, defend and hold harmless Owner, its Design Professionals, its Construction Manager, its Project Contractors, any affiliated companies of each, and all of their respective directors, officers, employees, agents, representatives, servants, successors and assigns, from and against all actions, causes of action, claims, administrative proceedings, and demands (collectively, "Claims"), and all losses, liabilities, judgments, decrees, fines, penalties, damages, obligations, expenses, amounts paid in settlement and investigation and costs and charges of any kind, including but not limited to, attorney's and investigation fees (collectively, "Costs"), relating in any way whatsoever to, or arising from, either directly or indirectly, the performance by the Contractor, its Subcontractors and/or Suppliers of the Work and/or the acts or omissions of the Contractor or its affiliates or Subcontractors or Suppliers under this Contract, including, but not limited to, those arising from:

a)       any Claims by any party, including by not limited to Owner, its Design Professionals, its Construction Manager, or their representatives or agents, or Project Contractors, or their representatives or agents, the Subcontractors or employees of Contractor, or

Owner's Initials:
Contractor's Initials

governmental authorities involving any actual or asserted (i) breach by Contractor of any of its warranties or representations under this Contract, (ii) failure of Contractor to perform any obligation under this Contract, including without limitation, the provisions of Section 26.4, or (iii) failure by Contractor or any of its affiliates to comply with any law, statute, code, ordinance, regulation, rule, or order of any governmental or quasigovernmental body, in the performance of its Work under this Contract, including but not limited to, any such claims involving any actual or asserted failure of Contractor to pay taxes or to comply with any Environmental Requirements; or

b)      any actual or asserted infringement or improper appropriation or use by, Owner or Contractor or their privities of trade secrets, proprietary information, know-how, copyright rights (both statutory and non-statutory) or patented or unpatented inventions, or for actual or alleged unauthorized imitation of the work of others, arising out of the use or sale of materials, equipment, methods, processes, designs, information, or other things furnished by Contractor or its Subcontractors, or Suppliers in or for performance of the Work; or

c)      any Claims or Costs on account of (i) injury to or death of persons (including without limitation the employees of Owner, Contractor and their privies, affiliates and suppliers) or (ii) damages to or loss of property (including without limitation, the property of Owner) arising directly or indirectly out of this Contract, including without limitation, any claims or costs arising under non-delegable duties of Owner or those arising from the use or operation by Contractor of any equipment, tools, scaffolding, facilities, or Hazardous Material furnished to Contractor by Owner to perform the Work; or

d)      any Claims or Costs relating in any manner whatsoever to, or arising from, either directly or indirectly, any actual or alleged release or threat of release of any Hazardous Material into the outdoor or indoor environment, or public or private nuisance, in connection with the Work, including the acts or omissions of Contractor, its affiliates, Subcontractors or Suppliers in the performance of the Work; or

e)      the negligence or willful misconduct of Contractor or Contractor's privities or affiliates, Subcontractors or Suppliers in performing the Work.

15.2    In the event that the damages to be indemnified are the result of the concurrent negligence or willful misconduct of the party to be indemnified, Contractor's indemnity obligation shall be reduced by the pro rata share of the damages that it can prove were caused by the negligence or willful misconduct of the party to be indemnified.    Contractor's indemnification obligations under this Section 15 shall include any expenses and attorney's fees incurred by Owner for legal action to enforce Contractor's indemnification obligations under this Section 15.

15.3    The obligations of the Contractor under this Section 15 shall survive the termination of this Contract.

15.4    With respect to the Contractor's indemnity obligations set forth in this Section 15, Owner shall have the right to participate in the defense of, or at its option to assume the defense of, any action, suit, proceeding, demand, assessment or judgment brought by any party against Owner, its representatives, successors or assigns.

16.     **SAFETY WORK RULES AND REGULATIONS**

For all Work to be performed at the Site or on any of Owner's premises:

16.1    Contractor shall take necessary safety and other precautions to protect property and persons from damage, injury or illness arising out of the performance of the Work, including full compliance with the safety program requirements of this Section 16.    Contractor shall comply strictly with local, municipal, provincial, state

1069032 v9                                                28

and national laws, orders, and regulations pertaining to health or safety which are applicable to Contractor or to the Work, including without limitation the Occupational Safety and Health Act of 1970 (84 U.S. Statutes 1590), as amended and any state plans approved thereunder, and regulations thereunder, to the extent applicable, and Contractor warrants the materials, equipment and facilities, whether temporary or permanent, furnished by Contractor in connection with the performance of the Work shall comply therewith. At all times while any of Contractor's employees, agents, Suppliers or Subcontractors are on the Site or Owner's premises, Contractor shall be solely responsible for providing them with a safe place of employment, and Contractor shall inspect the places where its employees, agents, Suppliers or Subcontractors are or may be present on the Site and shall promptly take action to correct conditions which are or may become an unsafe place of employment for them. Contractor shall indemnify and save harmless Owner, and its officers, employees and agents, from and against any and all claims, loss or liability in any manner arising out of Contractor's failure to comply with this Section 16. Upon award of the Contract, Contractor shall provide the information requested in the Safety Review Checklist attached hereto as Attachment 16.1 to Owner. Contractor shall promptly notify Owner of any changes in the information provided by it in the Safety Review Checklist and shall promptly provide Owner with a revised version of such Safety Review Checklist within five (5) days of any such change.

16.2    Accidents, injuries and illnesses requiring medical attention other than first aid, damage to property of Owner and Contractor, and fires shall be orally reported to Owner at the time of the incident. Written reports, satisfactory in form and content to Owner, shall be submitted by Contractor promptly after each incident.

16.3    Contractor shall maintain in form and content approved by Owner, Jobsite accident, injury and illness statistics which shall be available for inspection by, and submitted to, Owner upon its written request.

16.4    Contractor shall at all times keep its work area in a neat, clean and safe condition and remove from the Site and the vicinity thereof and properly dispose of all debris and rubbish caused by Contractor's operations and delivery of Materials and Equipment. Upon completion of the Work, Contractor shall promptly return unused materials furnished by Owner and remove from the Site all of Contractor's equipment, material, scaffolding and like items, leaving the Jobsite and the vicinity clean, safe and ready for use.

16.5    In the event Contractor shall fail to maintain the Jobsite as described above and in a manner satisfactory to Owner, or to effect such cleanup or removal immediately after receipt of written notice to do so, Owner shall have the right without further notice to Contractor to perform such cleanup and remove such items on behalf of, at the risk of and at the expense of Contractor. Owner may store items removed at a place of its choosing on behalf of Contractor and at Contractor's risk and expense. Owner shall promptly notify Contractor of such place of storage. Contractor shall promptly reimburse Owner for the costs of such cleanup, removal and storage.

16.6    Safety Representative.

16.6.1    Contractor and Subcontractors performing the Work at the Jobsite on the Project shall have in effect a written safety plan and shall designate a safety representative. In the case of Contractor and its respective Subcontractors who have over fifty (50) employees on the Jobsite, they shall be required to have a full-time safety manager on Site during execution of the Work. It shall be Contractor's responsibility to flow this requirement down to its Subcontractors. Owner reserves the right to review the qualifications of those proposed to execute the duties of safety manager and approve them. Safety managers will have functional accountability to Owner's safety manager.

16.6.2    Contractor's safety representative shall be responsible for initiating the safety program, ensuring that Jobsite safety requirements and procedures are being accomplished, conducting safety inspections of Work being performed, conducting weekly safety meetings with craft employees and submitting a weekly report to Owner documenting safety activities. The Contractor's safety representative will also be responsible for a continuing survey of its operations to ensure that the probable causes of injury or accident are controlled and that operating equipment, tools and facilities are used, inspected and maintained as required by applicable safety and health regulations.

Owner's Initials:
Contractor's Initials:

16.6.3    Owner shall have the right to stop Work at the Site whenever safety violations which could jeopardize the well-being of personnel and equipment are observed. The expense of any such work stoppage and resultant standby time shall be for Contractor's account. The failure or refusal of Contractor to correct the observed violation may result in the termination of the Contract, and/or the dismissal from the Site of those responsible for such failure or refusal.

16.6.4    Contractor shall simultaneously provide to Owner a copy of all reports provided to government agencies or insurance companies relating to any Jobsite accident or injury during Contractor's performance of the Work.

16.7    Work Rules and Regulations.  Contractor shall comply with all work rules and regulations set forth in the Contract Documents including, without limitation, the Site Environmental Safety and Health Program Requirements attached hereto as Attachment 16.7(1) and Owner's Drug and Alcohol Abuse Policy attached hereto as Attachment 16.7(2).

16.8    Hazardous Substances.  Contractor shall comply with applicable hazardous substance disclosure requirements set forth in the Contract Documents, including, without limitation, Hazardous and Toxic Substances Disclosure Requirements attached hereto as Attachment 16.8(1) and shall submit the requisite Material and Safety Data Sheets in the form attached hereto as Attachment 16.8(2) as required therein.

16.9    OSHA Permits and Programs.  Contractor shall initiate and maintain such permits and programs as may be necessary to comply with requirements set forth by the Occupational Safety and Health Administration (OSHA) and any other local, state and federal regulations.  A copy of all permits shall be provided to Owner prior to commencement of Work at the Jobsite.  If OSHA permits are not required to perform Work, a letter shall be submitted by Contractor to Owner prior to commencement of Work at the Jobsite stating that no permits are required.

17.    TERMINATION

17.1    Termination and Default.

17.1.1    In the event that Contractor shall default in the performance of any obligation to be performed by Contractor under this Contract and shall fail to correct such default within reasonable time agreed between Owner and Contractor following written notice thereof from Owner (herein an "Event of Default"), Owner may, without prejudice to any other rights or remedies Owner may have, hold in abeyance further payments to Contractor and/or terminate Contractor's right to continue performance of this Contract by written notice to Contractor specifying the date of termination.  In the event of such termination, Owner may take possession of the Work and any or all Materials and Equipment, tools and other equipment and finish the Work by whatever method Owner may deem expedient.

17.1.2    In the event of termination by Owner for an Event of Default under Section 17.1, Contractor shall, upon request by Owner, promptly advise it of all outstanding subcontracts, rental agreements and purchase orders which Contractor has with others pertaining to performance of the Work and furnish Owner with complete copies thereof. Upon request by Owner, Contractor shall assign to Owner in form and content satisfactory to Owner, Contractor's title to Materials and the Equipment for the Work and those subcontracts, rental agreements and purchase orders designated by Owner.  In such event, Contractor shall also discontinue all Work except as necessary to protect the Work and other property and to give effect to the termination notice.  Contractor agrees to carry out, at its sole expense, reasonable directives of Owner in accomplishing the foregoing.  Any further purchase orders or contracts of Contractor with respect to the Work must be countersigned by Owner.  Upon termination of this Contract, except for tools and other personal property of Contractor or Subcontractors, Owner shall have the right to possess all property in connection with the Work, including without limitation the Equipment and Materials, whether on the Site, in progress, or in transit to it.  Owner shall be entitled to all drawings and other documents and materials, including models, drawings, specifications, and schedules prepared by or for Contractor respecting or in any way related to the Work which may be used by any contractor subsequently selected.  Owner shall be free to

Owner's Initials: _____
Contractor's Initials: _____

complete the Work by contract or otherwise, and Contractor shall fully cooperate with and reasonably assist any substitute contractor in arranging such completion.

17.1.3    In the event of termination by Owner under this Section 17.1 Contractor shall not be entitled to receive any further payment until all the Work is finally completed.    Upon completion and Final Acceptance of the Work, Owner will determine total cost incurred in completing the Work including, without limitation, additional overhead, legal and other costs incurred by Owner to effect such termination and to complete the Work, plus a markup for profit in amount of ten percent (10%) on total cost of the Work if performed directly by Owner's forces.    If total costs noted above exceed the balance of Contract Price unpaid at time of termination, Contractor shall promptly after receipt of an invoice, pay to Owner the amount of such excess.    Owner shall have the right and is authorized to set-off against and deduct from any excess payable to Contractor any other damages suffered by Owner due to said Event of Default or the termination or due to other defaults of Contractor in complying with the terms of this Contract.    Contractor shall continue to be fully liable for all such other damages to Owner.    A waiver by Owner of one default by Contractor shall not be considered to be a waiver of any subsequent default by Contractor, nor be deemed to amend or modify the terms of this Contract.    Contractor expressly waives any formal notice by Owner of Contractor's failure to perform, or passive breach of, Contractor's obligations under this Contract.

17.1.4    Upon commencement of a case by or against Contractor under applicable bankruptcy law, or any general assignment by Contractor for the benefit of its creditors, or the appointment of a receiver to take charge of Contractor's assets, and provided the same renders Contractor unable to perform its obligations in Owner's opinion, Owner may consider such event to be an Event of Default under this Section 17.1, and may exercise any of the remedies under this Section 17.1.

17.1.5    It shall also be considered an Event of Default whenever by reason of strikes, picketing or disputes of any nature between Contractor and any individual, group or organization, Contractor persistently, repeatedly, or for any period of five (5) consecutive working days, should be unable to supply enough properly skilled workers or proper materials or equipment to execute and perform the Work.

17.2    Termination at Owner's Option

17.2.1    Owner shall have the right at any time, for its convenience and without cause, to terminate further performance of all or part of the Work by written or telegraphic notice to Contractor specifying the date of termination. On the date of such termination stated in said notice, Contractor shall discontinue performance of the Work, and shall preserve and protect tools, installation equipment and facilities on the Jobsite and the Work, including, without limitation, all Materials and Equipment (whether delivered to the Jobsite or on order), Work in progress and completed Work (whether at Jobsite or other locations), pending Owner's instructions and, if requested by it, shall turn over the same to Owner, including title to said Materials and Equipment, or dispose of same in accordance with Owner's instructions.

17.2.2    Upon receipt of said notice, Contractor shall advise Owner of its outstanding purchase orders and subcontracts relating to performance of the terminated Work and, upon request, furnish Owner with complete copies.    Contractor shall place no further orders or subcontracts for materials, equipment, services, or facilities, except as may be necessary for completion of such portion of the Work that is not terminated.    Contractor shall promptly take all reasonable steps to procure cancellation, upon terms satisfactory to Owner of all orders and subcontracts to the extent they relate to the performance of Work terminated or, as directed by Owner, shall assign to it in form satisfactory to Owner the subcontracts and orders designated by Owner, or shall take such other action relative to such subcontracts or orders as may be directed by Owner.

17.2.3    Upon any termination pursuant to this Section 17.2, Contractor agrees to waive any claims for damages, including without limitation loss of anticipated profits, on account of such termination.    If Contractor has fully and completely performed all obligations under this Contract up to the date of termination, Contractor shall recover from Owner as complete and full settlement for such termination for Work to be performed under this Contract, the actual costs of all such Work satisfactorily completed to the date of termination, plus an allowance for reasonable overhead and profit on such costs (but not to exceed a prorated portion of such Contract

Owner's Initials: _____
Contractor's Initials: _____

Price for such Work based on the percentage of Work properly completed to the date of termination), together with reasonable costs occasioned by such termination and not previously paid for, less such sums as Contractor has already received on account of the Work performed. In no event shall total payment to Contractor exceed the Contract Price. In no case shall any payment be made for anticipatory profit, underutilization of personnel or equipment, or items of consequential loss or damage. Owner shall not pay, or cause to be paid, any amounts due hereunder except upon receipt of documentation reasonably satisfactory to it with respect to amounts claimed by Contractor.

## 18.   DISPUTE RESOLUTION

18.1     Arbitration. All claims or disputes of any kind arising out of, related to, or in connection with this Contract between Owner and Contractor shall be decided by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association then in effect, and judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof. The parties stipulate that this Contract is a transaction involving interstate commerce as that term is used in and interpreted under 9 U.S.C. § 1 et seq. and that any disputes under this Agreement are anticipated to involve interstate commerce. This agreement to arbitrate shall survive termination of the Contract. Each party shall bear its own costs incurred in connection with the arbitration. Other costs will be allocated as the arbitrator(s) direct. The parties agree to consolidation of any arbitration hereunder with any other party or other arbitration proceeding arising out of or related to the Project and the Contractor further agrees to require its Subcontractors and Suppliers, at any tier, to so agree and consent. The parties agree that the place of the arbitration shall be Montgomery, Alabama, unless the parties agree in writing to the contrary. The parties further agree that the arbitrator(s) may not award punitive damages.

18.2     Notice. Notice of the demand for arbitration shall be filed in writing with the other party to the Contract and with the American Arbitration Association. The demand for arbitration shall be made within a reasonable time after the claim, dispute or other matter in question has arisen. In no event shall it be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matters in question would be barred by the applicable statute of limitations or the expiration of any longer warranty or guarantee provided for in the Contract Documents, as applicable.

18.3     Continuance of Work. Contractor shall carry on the Work and maintain the Schedule during any arbitration or dispute proceedings, unless the Owner otherwise directs in writing.

18.4     Waiver of Trial by Jury. EACH PARTY HEREBY WAIVES ANY RIGHT TO TRIAL BY JURY ON ANY CLAIM, COUNTERCLAIM, SETOFF, DEMAND, ACTION OR CAUSE OF ACTION (A) ARISING OUT OF OR IN ANY WAY RELATING TO THE CONTRACT OR EXECUTED OR DELIVERED IN CONNECTION WITH THE CONTRACT OR (B) IN ANY WAY CONNECTED WITH OR RELATED TO OR INCIDENTAL TO ANY DEALINGS OF THE PARTIES HERETO WITH RESPECT TO THE CONTRACT, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER SOUNDING IN CONTRACT, TORT OR OTHERWISE. ALL PARTIES AGREE THAT ANY ONE OF THEM MAY FILE A COPY OF THIS CONTRACT WITH ANY COURT AS WRITTEN EVIDENCE OF THE KNOWING, VOLUNTARY, AND BARGAINED AGREEMENT BETWEEN THE PARTIES IRREVOCABLY TO WAIVE TRIAL BY JURY, AND THAT ANY DISPUTE OR CONTROVERSY WHATSOEVER BETWEEN THEM NOT SUBJECT TO ARBITRATION SHALL INSTEAD BY TRIED IN A COURT OF COMPETENT JURISDICTION BY A JUDGE SITTING WITHOUT A JURY.

## 19.   CONTRACT PRICE

In consideration of Contractor's performance of the Work in full and complete accordance with and subject to all provisions of the Contract Documents, Owner agrees to pay Contractor the lump sum price as set forth in Part I, Contract Signature Document, freight fully paid, f.o.b. Jobsite (DDP INCOTERMS ICC 2000) in Montgomery, Alabama (the "Contract Price"). The Contract Price may be increased or decreased only by properly executed Change Order. The Contract Price is broken down as set forth in Attachment 19, Lump Sum Price Breakdown and Schedule of Values.

Owner's Initials:
Contractor's Initials:

19.1    Payment Terms.  Owner shall pay Contractor the Contract Price in the manner set forth in Attachment 19, Lump Sum Price Breakdown and Schedule of Values.

19.2    Pricing Basis.  The Contract Price set forth herein is firm and not subject to any escalation for the duration of the Work and includes all Contractor's costs, expenses, overhead and profit, if any, for complete performance of the Work.

19.3    Pricing for Changes.  Adjustments to the Contract Price for any change in the scope of the Work shall be in accordance with the provisions of Section 21 entitled CHANGES.

19.4    Taxes.

19.4.1    Under no circumstances will sales, use or other tax be added to the Contract Price.  To the extent that Contractor, or any Subcontractor, is treated as a contractor under Alabama sales and use tax law with respect to the Work, Owner will not pay or reimburse said Contractor, and/or Subcontractor, for any state or local sales, use and other taxes related to the Work.  In all other circumstances, pursuant to Owner's direct pay permit authority (Permit Number _____), neither Contractor nor any Subcontractor shall include any allowance or amount for State of Alabama or local sales and use tax payment in calculating any payments due, by application for payment, change order or otherwise in connection with the performance of the Work and/or the provision of Materials and Equipment.

19.4.2    Owner has been issued a Form STE-1 Sales and Use Tax Certificate of Exemption (Certificate Number 2002175001) for the Project.  Contractor shall, and shall cause all if its Subcontractors to, submit an application for a Form STE-1 Sales and Use Tax Certificate of Exemption to the Alabama Department of Revenue, along with a written confirmation, to be provided by Owner, stating that Contractor, and/or its Subcontractors, will be making purchases of tangible personal property to be incorporated into the Project.  See Attachment 19.4.2 to this Contract for more specific information regarding the tax abatement procedure.

19.4.3    In addition to any information contained in the Attachments to this Contract, Contractor, and its Subcontractors shall have the responsibility to become knowledgeable of and adhere to the rules and regulations of the State of Alabama regarding abatement of sales and use taxes.

19.4.4    In the event that it is subsequently determined that the Project is not entitled to Alabama sales and use tax abatements, due to events that are not the fault of the Contractor or its Subcontractors, Owner will reimburse Contractor for State of Alabama, Montgomery County and City of Montgomery sales and use tax assessed and paid by Contractor on a cost incurred basis.

19.4.5    Owner is required to obtain correct taxpayer identification numbers from all non-corporate payees who receive payment for services, rents, royalties or interest that would be subject to IRS Form 1099 reporting.  Twenty percent (20%) back-up tax withholding will be imposed on all Form 1099 reportable payments made to Contractor if Contractor fails to provide a correct taxpayer identification number.

19.4.6    Contractor shall defend, indemnify and hold Owner harmless from and against all liability for all sales, use and other taxes which are imposed on or with respect to, or are measured by, the amounts expended by Contractor for the Work furnished hereunder, and the wages, salaries, and other remunerations paid to persons employed in connection with performance of the Work.

19.4.7    Subject to the provisions of this Contract regarding the abatement of noneducational sales and use taxes granted to the Project, Contractor shall pay when due, all taxes (including, but not limited to local educational taxes), duties, fees and other assessments of whatever nature imposed by governmental authorities and applicable to the performance of the Work and this Contract.

19.4.8    Contractor shall include, in all of its contracts with Subcontractors, a provision similar to this Section 19.4.

Owner's Initials: _____
Contractor's Initials: _____

19.5    Final Payment.  Upon Final Completion of the Work and issuance by Owner of the Final Acceptance notice pursuant to Attachment 19.5, Contractor shall present to Owner a final invoice for the balance of the Contract Price.  If the invoice is in order and if all lien and claim waivers, warranty bank stand-by letter of credit issued by the first class USA bank acceptable to Owner adequately protecting the Owner in lieu thereof and other documentation required herein are submitted and acceptable to Owner, then Owner will pay such invoice within thirty (30) days of receipt as described in Section 19.5.1 or shall notify Contractor of the reason(s) for non-payment. Final payment shall be adjusted upward or downward based upon final results of the Owner Controlled Insurance Audit.  If the final result of the Owner's OCIP Audit, as determined by the parties joint insurance broker Marsh USA, evidences savings to the Owner in excess of U.S.$300,000, then Contractor agrees that the final payment shall be reduced by the amount of the savings over $300,000 (e.g. if the final audit shows savings of $400,000, then the final payment to Contractor shall be reduced by $100,000).

19.5.1    Upon Contractor's satisfaction of the requirements for Final Acceptance pursuant to Attachment 19.5 and achievement of Final Completion, Owner shall, within thirty (30) days following Owner's determination that Final Completion has been achieved and Owner's delivery of notice of Final Acceptance to Contractor, make the final payment to Contractor.  The final payment ("Final Payment") shall be equal to (i) one hundred percent (100%) of the sums retained by Owner from the Contract Price, plus (ii) the undisputed unpaid portion of the Contract Price, without duplication, less (iii) any sums that may be necessary to settle any outstanding claims which may be for the account of Contractor, including liquidated damages and any claims Subcontractors or Owner may have against Contractor, provided that Contractor shall have submitted to Owner not less than ten (10) days prior thereto and as a condition precedent thereto:

19.5.1.1 an affidavit in the form attached hereto as Attachment 19.5.1.1 that all payrolls, Subcontractors, Suppliers and materialmen and any other indebtedness relating to the Work have been paid in full or otherwise satisfied other than those Subcontractors, (a) which are to be paid in full out of the proceeds of such Final Payment subject to Owner's right to pay such Subcontractors, Suppliers and materialmen out of such proceeds directly or (b) for which Owner has withheld funds to settle claims pursuant to the above, and Contractor has provided such forms of security as may be acceptable to Owner or cash equivalent in lieu thereof;

19.5.1.2 releases of all claims against Owner arising out of or by virtue hereof (other than claims for disputed matters solely between Owner and Contractor for which Contractor has given prior written notice in accordance with this Contract to Owner, provided that Contractor has released Owner from all other claims arising out of or by virtue hereof) in the form attached hereto as Attachment 19.5.1.1 and from all of Contractor's Subcontractors and Suppliers in the form attached hereto as Attachment 19.5.1.2;

19.5.1.3 evidence satisfactory to Owner that Contractor has paid all liquidated damages, if any, payable hereunder which remain outstanding with respect to delay in achieving Final Acceptance;

19.5.1.4 "As Built" drawings and all other information required pursuant to Section 9, DATA REQUIREMENTS; and

19.5.1.5 any other documents reasonably requested by Owner.

Owner's Initials: _____
Contractor's Initials: _____

19.6     Release.  The acceptance of any payments by Contractor shall constitute a release of Owner from all claims and liability, except retainage, due to any reason, arising or incurred prior to the date of the invoice to which the payment relates.  Acceptance of Final Payment by Contractor constitutes a general release of Owner by Contractor for all claims and liability arising out of or relating to the Project and the Work.  If Contractor takes exception to so releasing Owner by acceptance of payments, Contractor must return said payment in its entirety with an affidavit signed by an officer of Contractor listing each and every exception to the release, and stating that no other claim exists on behalf of Contractor.

19.7     Grounds for Withholding Payment.  Owner may withhold a payment to Contractor in whole or in part, to the extent reasonably necessary to protect the Owner from loss because of threat of claim by a Subcontractor or Supplier (not adequately covered by a bond) or because of breach of Contractor's duties or obligations under this Contract which Contractor has not remedied, or commenced in good faith to remedy, within ten (10) days of Owner's written notice of such breach.

19.8     Certain Indemnity.  Contractor shall indemnify Owner against all liability for taxes, including failure to comply with the provisions of Section 19, in effect on the date of this Contract which are imposed on or with respect to, or are measured by, the amounts expended for the wages, salaries, and other renumerations paid to persons employed in connection with performance of the Work.

19.9     No Liens.

19.9.1     Contractor shall pay promptly all of its indebtedness for labor, tools, materials, equipment, services and supplies used in the performance of this Contract.  Contractor shall use its best efforts not to permit any lien or charge, arising out of Contractor's duties under this Contract, to attach to the Work, the Site, Owner's automobile manufacturing facility, the Project or the premises where the Work is being performed, but if any shall so attach, Contractor shall promptly notify Owner and, if so instructed by Owner, shall do all things necessary to remove (e.g. post a lien bond) and release the lien or charge.  If the lien or charge is not removed within ten (10) working days of Owner's demand, all loss, cost, damage, attorneys' fees or expenses incurred by Owner to procure release and removal of the lien shall be reimbursed at actual cost by Contractor.

19.9.2     To the fullest extent permitted by law, Contractor hereby waives and releases any and all rights of mechanic's lien and similar rights under applicable law for payment for services, labor, equipment, or materials furnished by Contractor in performance of the Work.  Contractor shall indemnify and save harmless Owner from and against all laborers', mechanics' or materialmen's liens, and any other lien claim (including, without limitation, attorneys' fees), charge, or encumbrance, of whatever kind upon the Work, Owner's automobile manufacturing facility, the Project, the Site, any property of Owner and/or any monies retained by Owner or due or to become due from Owner to Contractor, arising out of work performed by Contractor or by its Suppliers or its Subcontractors or their vendors or subcontractors and/or out of materials, services or equipment furnished by Contractor or by its Suppliers or Subcontractors or any of their respective employees, agents, or vendors and subcontractors under or in connection with this Contract or in connection with the Work and/or the Project.

19.9.3     Contractor shall at all times promptly pay for all services, materials, equipment and labor used or furnished by Contractor in the performance of the Work under this Contract and shall at its expense keep all property belonging to Owner free and clear of any and all of the above mentioned liens and rights of lien arising out of services, labor, equipment or materials furnished by Contractor or its employees, Suppliers or Subcontractors in the performance of the Work.  If Contractor fails to release and discharge any such claim of lien against Owner's premises or the property of Owner or monies held by Owner within five (5) working days after receipt of written notice from Owner to remove such claim of lien, Owner may, at its option, discharge or release the claim of lien or otherwise deal with the lien claimant, and Contractor shall pay Owner any and all costs and expenses of Owner in so doing, including reasonable attorneys' fees incurred by Owner.

Owner's Initials: _____
Contractor's Initials: _____

19.10    Invoices.

19.10.1 Except to the extent expressly stated otherwise elsewhere in this Contract, the Contract Price shall be payable thirty (30) calendar days after receipt by Owner of a proper invoice and other documentation required by the Contract Documents. Contractor shall submit separate invoices to Owner as follows:

19.10.1.1    Additional Work invoices as separate invoices, to cover additional Work authorized by Owner and completed by Contractor, but not added to this Contract by a formal change at the time of invoicing. Such invoices are subject to a ten percent (10%) retention.

19.10.1.2    The final invoice shall be submitted for Final Payment after Final Completion and Final Acceptance of the Work by Owner and compliance by Contractor with all terms of this Contract. This invoice shall contain a complete itemized listing of progress and additional work invoices by number, date, gross amount, retention amount, and the total amount of sums retained and due and shall be accompanied by an accounting breakdown in the form to be specified by and acceptable to Owner. It shall also contain, or be supported by a written acceptance of the Work signed by Owner and a certification and release in accordance with the provisions of Section 19.5, Final Payment. Unless otherwise required by applicable law, Final Payment shall not be made less than thirty-five (35) calendar days after Final Completion and Final Acceptance of all Work and in any event, shall not be sooner than thirty (30) calendar days after receipt of a proper invoice and supporting documents satisfactory to Owner. Final payment shall not relieve Contractor of any obligation under Contract guarantees.

19.10.2 Contractor shall prepare all invoices in a form satisfactory to and approved by Owner. In the event an invoice is submitted, in accordance with Contract terms, for Work accomplished on a reimbursable or unit price/unit rate basis, it shall be accompanied by documentation supporting each element of measurement and/or cost. Any invoice submitted which fails to comply with the terms of this Contract, including the requirements of form and documentation, may be returned to Contractor. Any costs associated with the resubmission of a proper invoice shall be to Contractor's account.

19.10.3 With each invoice submitted, Contractor shall furnish partial waivers and releases executed by Contractor in the form attached hereto as Attachment 19.10.3(1) and executed by its Subcontractors and Suppliers in the form attached hereto as Attachment 19.10.3(2), and such further evidence, satisfactory to Owner, that all labor and materials furnished and equipment used during the period covered by any progress invoice or additional work invoice have been paid for in full and that the Work is not subject to liens or claims on account thereof. Owner may withhold payment of invoices until Contractor furnishes such evidence.

19.11    Right to Offset. Owner, without waiver or limitation of any other rights or remedies of Owner, shall be entitled from time to time to deduct from any amounts due or owing by Owner to Contractor in connection with this Contract (or any other contract with Owner), any and all amounts owed by Contractor to Owner in connection with this Contract.

19.12    Claims. Subject to the provisions of Section 21, CHANGES, Contractor shall give Owner written notice within ten (10) working days after the happening of any event which Contractor believes may give rise to a claim by Contractor for an increase in the Contract Price or in the scheduled time for performance. Within fifteen (15) working days after the happening of such event, Contractor shall supply Owner with a statement supporting Contractor's claim, which statement shall include Contractor's detailed estimate of the change in Contract Price and/or scheduled time occasioned thereby, and specifying in detail the reasons for (including specific references to the relevant contractual provision(s) upon which said claim is based other than this Section 19.12) and the circumstances requiring the adjustment requested in the claim necessitated by said condition or event. Contractor shall substantiate its claim with payroll documents, paid invoices, receipts, records of performance and other documents satisfactory to Owner and subject to its verification. Owner shall not be liable for, and Contractor hereby waives, any claim or potential claim of Contractor which was not reported by Contractor in accordance with the provisions of this Section. The parties shall negotiate in good faith to reach an agreement, whether or not the claim can be resolved to Contractor's satisfaction, and Contractor shall be bound by the terms and conditions of this Contract to prosecute the Work without delay to its successful completion. Owner shall not be bound to any

Owner's Initials: _____
Contractor's Initials: _____

adjustments in the Contract Price or scheduled time for Contractor's claim unless expressly agreed to by Owner in writing. No claim hereunder by Contractor shall be allowed if asserted after final payment under this Contract. Contractor's remedies are limited to those expressly set forth in this Contract.

19.13    Backcharges. Owner does not have field forces to execute any work not executed by Contractor or to correct work executed in error. As such, it will require an additional contract or a modification to an existing one to perform such duties. This will be invoiced to Contractor's account with a markup to cover Owner's overhead and administrative costs. A "Backcharge" is a cost sustained by Owner and chargeable to Contractor for Owner's performance of Work which is the responsibility of Contractor. Without limitation and by way of example only, Backcharges may result from:

a)    Services performed by Owner, at Contractor's request, for work which is within Contractor's scope of Work under this Contract, or

b)    Costs sustained by Owner as a result of Contractor's non-compliance with the provisions of this Contract or Contractor's act of omission or negligence.

Owner will issue Contractor a Backcharge notice describing the Backcharge Work performed, the schedule period for performance, the cost to be charged by Owner to Contractor for the Backcharge and other terms. The Backcharge Cost shall consist of:

(i)    Labor: at actual cost plus Backcharge labor burdens, as appropriate;
(ii)    Material: at actual supplier and freight invoice cost (delivered to the Site);
(iii)    Installation equipment: at actual third party rental cost or at Owner's equipment rental rates whichever may be applicable;
(iv)    All taxes, levies, duties and assessments attributable to the Backcharge Work; and
(v)    Backcharge Markup shall be added to the subparagraphs (i)-(iv) above for indirect costs, overhead, supervision and administration.

Owner shall make every reasonable attempt to advise Contractor of the Backcharge prior to commencement of the Work.

Within 48-hours after receipt of the Backcharge, Contractor shall telecopy back to Owner a signed copy of the Backcharge indicating either acceptance of the Backcharge or providing a statement with full justification of Contractor's reasons for disputing the Backcharge. Failure to respond within 48 hours constitutes acceptance of the Backcharge. Owner and Contractor will set up a schedule which representative of Contractor have to be informed by Owner.

20.    DOCUMENTATION AND RIGHT OF AUDIT

20.1    Where Contractor's invoice includes compensation for Work performed at a unit price, Contractor shall submit its determination of units of Work performed, determined in accordance with the provisions of this Contract, and substantiated by documents satisfactory in form and content to Owner. Upon verification by Owner of said documents, Owner will advise Contractor in writing of either acceptance of Contractor's determination of units or of Owner's determination of such units. If Contractor believes that Owner has incorrectly determined the units of Work performed, Contractor shall comply with the provisions of Section 19.12, CLAIMS.

20.2    Where Contractor's invoice includes compensation for Work performed for a reimbursable Contract Price, all costs, expenses and other amounts so invoiced shall be substantiated and supported by equipment time slips, paid invoices, time sheets, receipts and other documents satisfactory to and verified by Owner.

20.3    Contractor shall maintain for a period of three (3) years after Final Payment under this Contract, all records and accounts pertaining to Work performed by Contractor under this Contract for a unit price, a

1069032 v9                                           37

Owner's Initials: _____
Contractor's Initials: _____

reimbursable price, or otherwise authorized in writing by Owner for performance on a reimbursable basis. Owner shall have the right to audit, copy and inspect said records and accounts at all reasonable times during the course of such Work and for the above three (3) year period for the purpose of verifying units furnished and/or costs incurred, as applicable. Contractor shall keep proper records and books in accordance with generally accepted accounting principles consistently applied. Such audit will not be limited in scope to Contactor's direct costs, and Owner shall be entitled to review Contractor's indirect costs and other standard rates or percentages Contractor normally charges its clients.

20.4    Contractor shall keep such full and detailed accounts and records, including personnel records, as may be necessary for proper financial management under this Contract or as required by law. Owner shall provide Contractor with information regarding its accounting classifications for purposes of its depreciation schedules, and Contractor shall indicate for each component or piece of equipment into which depreciation account it should be placed. Records required hereunder shall be maintained by Contractor until completion of the Work and for not less than three (3) years thereafter.

20.5    Owner or its designated representative(s) shall be afforded reasonable access (including the right to make copies), during performance of this Contract and for three (3) years after Final Completion to all of Contractor's records, books, correspondence, instructions, drawings, receipts, vouchers, purchase orders, and all other documents or data relating to the Contract and any other relevant records; provided however, that Contractor may redact indications of pricing for any Work performed for a lump sum price from such documents prior to providing them to Owner. Contractor shall require all its Subcontractors and Suppliers to maintain the same records as required hereunder and to provide Owner access for the same period of time. In the event that Contractor retains such records for a longer period of time in accordance with its own document retention system or as required by law, Contractor shall provide Owner with reasonable access to such records upon request for as long as it retains such records.

21.    CHANGES

21.1    The Specifications, Drawings, Final Specifications, Final Drawings and Schedule shall be subject to change by additions, deletions, reductions or revisions thereto by Owner (a "Change"). Contractor will be notified of such Changes by receipt of additional and/or revised drawings, specifications, exhibits or written orders in the form of the Change Notification attached hereto as Attachment 21.1. Owner reserves the right to ask for bids from others on any and all Changes in the Work involving additions or alterations thereto and/or to award said Work to others.

21.2    Contractor shall submit to Owner within ten (10) working days after receipt of notice of a Change, a detailed statement of pricing with supporting calculations and pricing for the Change together with any adjustments in the Schedule required for the performance of Work as changed. If such pricing is not submitted within ten (10) days, Contractor shall perform the Work called for by the Change at the cost estimated by Owner. The pricing shall be itemized as required by Owner and shall be in sufficient detail to permit an analysis of all labor, material and equipment and shall cover all Work involved in the Change, whether such Work was deleted, reduced, added or modified. Amounts related to subcontracts shall be supported in similar detail. In addition, if the proposal includes a time extension, a justification therefor shall also be furnished. Should a deletion or reduction in the Work be ordered, there shall be a corresponding reduction in the Contract Price in an amount to be determined by good faith negotiation between Owner and Contractor.

21.3    Contractor shall not perform Changes in the Work in the Work until Owner has approved in writing the pricing for the Change and any adjustment in the Schedule for performance of the Work, except as set forth in Section 21.4. Upon receiving such written approval from Owner in the form set forth in Attachment 21.3 (a "Change Order"), Contractor shall diligently perform the Change so stated in such Change Order in strict accordance with this Contract.

21.4    Contractor shall not suspend performance of this Contract during the review and negotiation of any such Change, except as may be directed by Owner pursuant to Section 4.14, SUSPENSION OF WORK. In the event the Change must be performed immediately Owner and Contractor are unable to reach agreement for pricing

of a Change, or time for performance of the Change, Owner may issue a change directive directing Contractor to perform the changed Work in the requested time frame. Upon receipt of the change directive, Contractor shall immediately commence performance of the Change and alert Owner of any dispute regarding the pricing for the Change on time of performance. If such dispute cannot be immediately resolved, Contractor shall comply with Section 19.2, CLAIMS, but in no event shall Contractor ever be entitled to receive more than the amount originally stated in Contractor's statement of pricing pursuant to Section 21.2.

21.5    Contractor shall not comply with oral changes in the Work. If Contractor believes that any oral notice or instruction received from Owner will involve a change in the cost, time to perform or integrity of the Work, it shall require that the notice or instruction be given in writing and shall comply with the provisions of this Section 21. Any costs incurred by Contractor to perform oral changes shall be for Contractor's account, and Contractor waives any and all rights to claim from Owner such costs or additional time to perform the Work as a result of compliance by Contractor with such oral changes.

## 22.    SUBCONTRACTORS, SUPPLIERS AND PURCHASE ORDERS

22.1    Contractor shall not subcontract performance of any portion of the Work under this Contract except as set forth in the list of approved Subcontractors made part of this Contract without first notifying Owner of this intended subcontracting and obtaining Owner's notice of non-objection in writing of the subcontracting and the proposed subcontractor. If requested by Owner, Contractor shall furnish Owner a copy of the proposed subcontract (with price deleted if the subcontracted work is part of fixed price Work of Contractor under this Contract) for Owner's review of the terms and conditions thereof and shall not execute such subcontract until Owner has given notice of non-objection to such terms. Failure of Contractor to comply with this Section may be deemed by Owner to be a material breach of this Contract.

22.2    Contractor guarantees that its Subcontractors will comply fully with the terms of this Contract applicable to the portion of the Work performed by them. If any portion of the Work which has been subcontracted by Contractor is not prosecuted in accordance with this Contract, on request of Owner the Subcontractor shall be replaced at no additional cost to Owner and shall not be employed again on the Work.

22.3    Owner shall have the right from time to time to contact Contractor's Subcontractors to discuss their progress after notification to Contractor.

22.4    As used in this Section, the term "Subcontract" shall include purchase orders for materials or equipment for the Work, and the term "Subcontractor" shall include Suppliers and vendors of such material or equipment.

22.5    Notwithstanding the foregoing, Contractor shall not subcontract the whole of the Work, and notwithstanding (i) Owner's approval of the Subcontractors listed in this Contract or (ii) any consent Owner may give to the addition of any other Subcontractor, no such approval of Subcontractors shall relieve Contractor from any liability or obligation under this Contract and Contractor shall be responsible for the acts, defaults and neglects of each Subcontractor, its agents, servants or workmen as fully as if they were the acts, defaults or neglects of Contractor, its agents, servants or workmen. Contractor shall ensure that its Subcontractors and Suppliers comply with the provisions of this Contract, insofar as they apply to the subcontracted work or to the goods and materials to be supplied. The supply contracts and subcontracts shall also expressly provide that they may be assigned to Owner or its affiliate without the prior consent of the Supplier or Subcontractor. All references in these Contract Documents to duties and obligations of Contractor shall be deemed to pertain also to all Subcontractors and Suppliers, to the extent applicable. Contractor shall be obligated to ensure that all its Subcontractors and Suppliers comply with such requirements. Nothing contained in this Contract shall create any contractual relationship between any Subcontractor and Owner.

Owner's Initials: _____
Contractor's Initials: _____

23.     **OWNER'S OTHER CONTRACTORS**

23.1     The Site. Contractor understands and has considered in setting the Contract Price and agreeing to the Schedule that other Project Contractor(s) will be working concurrently at the Site, including the Jobsite, and in close proximity to Contractor with regard to any work that it may perform on-Site. Contractor understands and accepts that its access to and deliveries to the Site will need to be coordinated with such other Project Contractors and agrees to follow the directives of the Owner in that regard. Further, Contractor understands and accepts that it shall not be entitled to additional compensation or to an extension of the time for completion as a result of the presence of, work by, and cooperation with such other Project Contractors.

23.2     The Project. Owner reserves the right to contract directly for certain services necessary for the completion of the Project. Owner further reserves the right to request the Contractor to provide supervision services, as Owner's agent, necessary to monitor, supervise and coordinate the work of contractors with whom Owner may choose to contract directly; provided, however, that any such request from Owner shall be in writing.

24.     **INDUSTRIAL AND INTELLECTUAL PROPERTY**

24.1     No Infringement. The Contractor shall ensure that none of the Work, its performance, and its use for the purpose contemplated in the Contract Documents will, by reason of the supply or performance by the Contractor, its Subcontractors or Suppliers of any portion of the Work, constitute or result in any infringement or violation of any patent, patent pending, trademark, copyright, industrial design protection or any other intellectual property right or any law relating thereto.

24.2     Ownership of Materials. All materials which Contractor, its Subcontractors or Suppliers prepares or develops specifically for Owner in the performance and completion of the Work hereunder, including documents, calculations, financial or accounting information, maps, sketches, notices, reports, data, models and samples, and any and all inventions and copyrightable material contained therein, shall become the exclusive property of Owner, subject to Contractor's, its Subcontractors or Suppliers right to use the same to perform the Work under this Contract. Contractor agrees to execute all documents and to take all steps requested by Owner, at Owner's expense, which Owner deems necessary or desirable to complete and perfect Owner's said ownership and Owner's property rights in said material.

25.     **COMMUNICATIONS**

Notices and other communications made with respect to the Contract Documents shall be given in writing and addressed to the Owner at the address set forth below, and to Contractor at the address set forth in the Contract Signature Document, to the attention of the duly authorized representative indicated in writing, or such other addresses as may be designated in writing by either party to the other in accordance with the terms of this Section. Notices shall be delivered by hand, by facsimile, by first class mail or by a nationally recognized overnight courier service. Unless otherwise indicated herein, all notices shall become effective and deemed given upon receipt, when delivered by hand or by confirmed facsimile transmission; or three (3) days after deposit in the United States mail when sent by first class mail with proper postage prepaid; or on the next business day when sent by a nationally recognized overnight courier service, with proper fees prepaid.

| If to Owner: | Production Manager |
| | Hyundai Motor Manufacturing Alabama, LLC |
| | 7515 Halcyon Summit Drive |
| | Montgomery, AL 36117 |
| | U.S.A. |

| With Copy To: | Purchasing Manager |
| | Hyundai Motor Manufacturing Alabama, LLC |
| | 7515 Halcyon Summit Drive |
| | Montgomery, AL 36117 |
| | U.S.A. |

1069032 v9                                        40

Owner's Initials: _____
Contractor's Initials: _____

## 26.    MISCELLANEOUS

26.1 .    Verbal Agreements.  No verbal agreement or conversation with any officer, agent, or employee of Owner, either before or after execution of the Contract Documents, shall affect or modify or add to any of its terms or any of the obligations contained in any document or instrument included in the Contract Documents.

26.2    Third Party Beneficiaries.  There are no third-party beneficiaries to the Contract Documents or to any act or omission to act hereunder.

26.3    Assignment.  Contractor shall not assign this Contract wholly or in part, voluntarily, by operation of law, or otherwise without first obtaining the, written consent of Owner.  Any assignment of this Contract in violation of the foregoing shall be, at the option of Owner, void.  Subject to the foregoing, the provisions of this Contract shall extend to the benefit of and be binding upon the successors and assigns of the parties hereto.  Owner reserves the right at its sole option to assign this Contract.

26.4    Laws, Regulations and Jurisdiction.  Contractor shall comply strictly with all applicable federal, state and·local laws, statutes, regulations, rules, ordinances, codes, orders, licenses, permits, approvals, plans, authorizations, concessions, or the like, and all judicial, administrative, and regulatory decrees, judgments, and orders as may from time to time be applicable to Contractor's operations in the performance of the Work hereunder, including without limitation all Environmental Requirements.

26.4.1    Foreign Trade Zone Regulations.  Contractor understands and agrees that the Project and the Site have been or will be designated a Foreign Trade Zone or a Foreign Trade Subzone (in either case, an "FTZ").  As such, all vehicles and persons entering or departing the FTZ are subject to Owner's inspection, and Contractor may be required to provide a general inventory of any and all tools, equipment, materials or merchandise passing in or out of the FTZ during the course of the Work,  but in particular, those items or equipment of a material nature such as compressors, welders, generators, etc.  Contractor further agrees to strictly comply with all requirements of the Foreign Trade Zones Act (19 U.S.C. § 81a et seq.) and all rules, regulations, or laws of any kind relating to the Foreign Trade Zones Act (19 U.S.C. § 81a et seq.) and all rules, regulations, or laws of any kind relating to the Foreign Trade Zones Act which are now or hereafter prescribed by governmental authority and to adhere to the agreements and procedures set forth in Attachment 26.4.1, Foreign Trade Zone Program Requirements.

26.4.2    Environmental.  Contractor shall comply with the Environmental Plan for Protection of the Work attached hereto as Attachment 26.4.2.  Contractor shall not, under any circumstances, apply for, enter into, or otherwise pursue negotiations with any governmental authority or agency to seek any approval, authorization, permission or acceptance for any variance, modification or revision to any and all Environmental Requirements or any and all federal, state or local safety or health laws, rules or regulations, including without limitation, federal and state industrial hygiene rules and regulations relating to the performance of Work under this Contract without Owner's prior written approval thereof.

26.4.3    Hazardous Material.  Contractor shall not, under any circumstances, cause or permit the discharge, spill or release of any Hazardous Material in connection with the Work to be performed hereunder, in violation of any Environmental Requirements which are now or hereafter promulgated by any federal, state or local governmental authority.  As an inducement to award of this Contract, Contractor warrants that it is and will remain in full compliance with and will adhere to all Environmental Requirements and, if necessary, obtain or arrange for, at its expense, all identification numbers, applications and other governmental approvals, certificates, licenses, permits, or the like, required in connection with the Work.  Without limiting the effect of the foregoing, Contractor agrees that it will (i) not store any hazardous wastes at the Jobsite for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by law, Owner, or its agents, whichever shall be more restrictive; (ii) not permit any accumulation in excess of the small quantity generator exemption of Part 261 of Title 40 of the Code of Federal Regulations or other applicable law, as amended; (iii) take, at its expense, all actions necessary to protect third parties, including without limitation, employees and agents of Owner, from any exposure to, or hazards of, any Hazardous Material generated or utilized in Contractor's operations; and (iv) report to the

Owner's Initials:
Contractor's Initials:

appropriate governmental agencies all discharges, releases and spills of any Hazardous Material required to be reported by law and to immediately notify Owner of same.

        26.4.4   <u>Governing Law</u>.  This Contract shall be governed by, and construed in accordance with, the laws of the State of Alabama without reference to its principles of conflicts of law.

        26.4.5   <u>Consent to Jurisdiction</u>.  Except to the extent disputes are to be arbitrated under the arbitration provisions of this Contract, each party hereto agrees that the venue for any and all actions, suits, or other proceedings brought hereunder shall be in the state or federal courts of Montgomery County, Alabama.

      26.5   Confidential Information.  Drawings, Specifications, the Contract Documents, and other information obtained by Contractor from Owner in connection with the Work shall be held in strict confidence by Contractor and shall not be used to Contractor for any purpose other than for the performance of the Work or as authorized in writing by Owner, and shall not be disclosed by Contractor or any of its Subcontractors, Suppliers, officers, directors or agents to any third parties.  All such documents furnished by Owner directly or through others to Contractor shall remain the sole property of Owner, and upon completion of the Work, Contractor shall, as requested by Owner, either destroy or return such documents including any copies thereof.  Contractor shall abide by the Confidentiality Agreement between it and Owner attached hereto as Attachment 26.5.

      26.6   Signs.  The posting of signs by Contractor or Subcontractors shall be at the discretion of the Owner, unless the Contract Documents provide otherwise.  The Owner shall approve size, number, and locations of all Contractor's or Subcontractor's signs (if any).

      26.7   Publicity.  Contractor shall not make news releases, publicize or issue advertising pertaining to the Work of this Contract without first obtaining the written approval of Owner.

      26.8   Gratuities.  Contractor, its employees, agents or representatives shall not offer or give to an officer, official or employee of Owner any gifts, entertainment, payments, loans or other gratuities to influence the award of a contract or obtain favorable treatment under a contract.  Violation of this Section may be deemed by Owner to be a material breach of this Contract and any other contract with Owner and subject all contracts with Contractor to termination for default, as well as any other remedies at law or in equity.

      26.9   Survival of Obligations.  Notwithstanding the acceptance of the Work by Owner or the termination of this Contract, any duty or obligation which has been incurred by Contractor and which has not been fully observed, performed and/or discharged and any right, unconditional or conditional, which has been created for the benefit of owner and which has not been fully enjoyed, enforced and/or satisfied (including without limitation the duties, obligations and rights pursuant to Sections 12 "WARRANTIES, GUARANTIES AND BONDS", and 26.5 "CONFIDENTIAL INFORMATION" hereof) shall survive such acceptance or termination until such duty or obligation has been fully observed, performed and/or discharged and such right has been fully enjoyed, enforced and/or satisfied.

      26.10   Headings.  Captions and headings in this Contract are intended for ease of reference only and shall not in any manner affect the construction or meaning of this Contract or the rights of the parties thereto.

      26.11   Execution in Counterparts.  This Contract may be executed in one or more counterparts and by the parties hereto on separate counterparts, each of which when so executed and delivered shall be an original, but all the counterparts shall together constitute one and the same instrument.  All signatures need not appear on the same counterpart.

      26.12   No Recourse to Owner.  The obligations of Owner under this Contract are without recourse to its assets other than the Project.

      26.13   Waiver.  Owner's failure to insist on performance of any term, condition, or instruction, or to exercise any right or privilege included in this Contract, or its waiver of any breach, shall not thereafter waive any such term, condition, instruction, and/or any right or privilege.

Owner's Initials: _____

Contractor's Initials: _____

26.14    Contract Under Seal.  This Contract is executed under seal and it is the parties' express intention that this Contract be treated as such.

26.15    Severability.  In the event any section, or any part or portion of any section of this Contract shall be held to be invalid, void or otherwise unenforceable by a court of competent jurisdiction, such holding shall not affect the remaining part or portions of that section, or any other section hereof and this Contract shall be construed as if such invalid, void or unenforceable section or part thereof had not been included.

26.16    Limitation of Liability.  Owner shall not be liable to Contractor in contract, tort or otherwise (including negligence, warranty or strict liability) for any incidental, special, indirect, exemplary or consequential damages arising out of or in connection with or resulting from this Contract and/or the Work, whether or not such damages arise out of, or in connection with, or result from, the negligence of Owner, its employees, agents, Design Professionals or Construction Manager.  Contractor may be liable to Owner for such incidental, special, indirect, exemplary or consequential damages to the extent they arise from and as a result of an Event of Default by Contractor, but in no event shall Contractor be liable for such damages in excess of ten percent (10%) of the Contract Price.

[End of Part II General Terms and Conditions of the Contract]

Owner's Initials:
Contractor's Initials: