# Schedule



## ATTACHMENT 5.1

### Utility Responsibilities for On-site Office

Notes:

All lights to be 250W HPS w/ 4' arms
12 Lights @ 11.28 will be $147.36 per month

Meter Sockets: (22) 200AMP 1 Phase 120/240V
Meters: (22) 30AMP 120V 3W 1 Phase
Svc't: 1/0 Triplex
   Estimated Length 50'
All Poles- 45 Feet Tall Class 2 CCA Poles
Total KVA: (9) Transformers- 100KVA
                (1) Transformer- 167KVA
                  Total KVA- 567KVA

All APCO material to be removed at end of Construction...
   APCO not responsibility for any Re-Paving or repairing of Road or
   Parking Lot when material is removed....

REF # 666 7002

| Committed Service Date: | | |
|---|---|---|
| **ALABAMA POWER COMPANY** | | |
| SOUTHERN DIVISION / MONTGOMERY DISTRICT | DRAWN | B. Todd Traced |
| GRID/SECTION | | DATE |

PROJECT: HYUNDAI
RETAIL: WEB 23@0-00-0362

Bucky Todd

## Utility Responsibility for On-Site Office

| No. | Item | HMMA→APCo. | APCo. | Supplier→APCo. | Supplier | Remarks |
|-----|------|------------|-------|----------------|----------|---------|
| 1 | Temporary power plan | x | | | | |
| 2 | Power Pole | | x | | | |
| 3 | Transformer | | x | | | |
| 4 | Meter | | | x | | |
| 5 | Tie into Trailer | | | x | | |
| 6 | Usage cost | | | | x | |

**ATTACHMENT 8.1.2**

**Contract Daily Report**

# DAILY REPORT

## (INSTRUCTION)

### A. General:

1. Contractor shall make a Daily Report to Owner by means of hard copy after work every day.
2. Contractor shall report to Owner by e-mail using MS Word no later than 8:00 A.M. before work next day including the following:
   a. Follow-up and implementation plan of Owner's instructions.
   b. Summary report for daily jobs done.
   c. Progress based on Schedule to see if it is on schedule or behind schedule.

### B. To be completed by the Contractor's work area leader:

1. Contract No: Enter the contract number
2. Client: Enter the Client's name
3. Location: Enter the location of this project
4. Diary No.: Enter the sequential number of this diary
5. Day: Enter the day of the week
6. Date: Enter the date
7. Days worked without a lost time accident: Enter the number of consecutive days the project has worked without a lost time accident, considering both your direct hire forces and those of your subcontractors
8. Start Date: Enter the date construction mobilized at the jobsite
9. Schedule Completion Date: Enter the originally scheduled completion date
10. Current Completion Date: Enter the current scheduled completion date
11. Work Days Remaining: Enter the work days remaining, based upon the current completion date
12. High: Enter the high temperature for the day
13. Low: Enter the low temperature for the day
14. Rain, Snow, Fair: Check the box which best represents the day's weather
15. Total Days Lost Due to Weather: Enter the total days lost due to weather
16. Direct Hire Forces: On Job: Enter the number of each type of direct hire force on the job today
17. Direct Hire Forces: On Payroll: Enter the number of each type of direct hire force on the payroll today
18. Total: On job: Enter the total number of direct hire forces on the job today
19. Total: On Payroll: Enter the total number of direct hire forces on the payroll today
20. Subcontractors: List each major subcontractor on the job today
21. On Payroll: Enter the total number of forces each subcontractor had on its payroll today
22. Progress Report: Provide a brief report of the work activities which took place today, including any questions, problems, and disputes, identifying who was notified to resolve them
23. Visitors: List all visitors on the jobsite today
24. Distribution: List the individuals who receive this daily diary
25. Prepared By: Sign your name
26. Title: Enter your title on this project
27. Page 1 of : Enter the total number of pages in this diary

1071308 v3

# DAILY REPORT

DIARY NO. _____  DAY _____  DATE _____  CONTRACT NO. _____

**DAILY REPORT**

CONTRACTOR_____

| | | | | |
|---|---|---|---|---|
| CONTRACT NO._____ | | | DIARY NO._____ | |
| HMMA PROJECT_____ | | | DAY_____ | |
| MONTGOMERY, AL | | | DATE_____ | |

DAYS WORKED WITHOUT A LOST TIME ACCIDENT_____

### CONTRACTOR'S PERSONNEL

| TRADE | ON JOB | ON PAYROLL |
|---|---|---|
| OFFICE FORCE | | |
| FIELD ENGRS. | | |
| BRICK MASON | | |
| BOILERMAKER | | |
| CARPENTER | | |
| CARPENTER HELPER | | |
| CEMENT FINISHER | | |
| ELECTRICIANS | | |
| IRONWORKER-ROD | | |
| IRONWORKER | | |
| LABORER | | |
| MILLWRIGHT | | |
| OPERATING ENGR. | | |
| PAINTER | | |
| PIPEFITTER | | |
| SHEETMETAL | | |
| TEAMSTER | | |
| | | |
| TOTAL | | |

| Starting Date | Schedule Completion Date |
|---|---|
| Work Days Remaining | Current Completion Date |

### PROGRESS REPORT

### CONTRACTOR'S EQUIPMENT

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### CONCERNS & ISSUES

### SUBCONTRACTORS

### TODAY'S WEATHER

### VISITORS

Superintendent's Signature

1071308 v3

# EISENMANN

*2 Seiten*

*Wir Ihnen am Freitag
elektronisch zugeschickt,*

November 13, 2003

*OLS*

Hyundai Motor Manufacturing Alabama, LLC
7515 Halcyon Summit Drive
Montgomery, AL 36117
Attn.: Purchasing Manager

Re:      Hyundai Contracts:        TR 2003 5001 / BO 2003 9001.
         Eisenmann Projects:       36-2113 / 35-107

Subject:  Liability for Delays.

Dear Sir:

For the sake of good order, we want to establish a procedure to record such delays which are not caused or in any way the fault of Eisenmann. As you are aware, we have agreed to liquidated damages in the event of a delay in the completion of the trial run of work.

We propose to keep a "running list", per attached document, of all delays not caused by Eisenmann, expressed in days. The aggregate number of days would, if required, be added to the schedule date for completion of trial run of work. Please confirm that this methodology is acceptable.

Also be advised that any additional costs caused by these delays would be submitted for your approval in a separate document.

We thank you in advance for your cooperation.

                              Sincerely,

                              EISENMANN CORPORATION

                              Project Manager

**EISENMANN Corporation**
150 East Dartmoor Drive • Crystal Lake, Illinois 60014
Phone: (815) 455-4100 • Fax: (815) 455-1018
www.eisenmann.com

**Divisions of EISENMANN:**
Finishing Systems • Application systems • Material Handling • Ceramic Kilns
Environmental Protection • Porcelain Enamel Systems • Wood Technology

\\home-ench\departments\Admin\INTERNAL\Buder\Hyundai_LiabilityForDelays_Nov1303_HJB.doc

# DELAY RECORD

(Per EISENMANN Letter to Hyundai Dated 14. November 2003)

Customer P.O. # _____

EISENMANN Project Number: _____

Page _____

| # | Date | Reason of Delay | Caused By | Duration (in days) | Submitted (EN Staff) | Agreed (Hyundai Staff) |
|---|------|-----------------|-----------|--------------------|-----------------------|------------------------|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

TOTAL P.02

**ATTACHMENT 10.23**


**Quality Assurance Procedures**

1071308 v3

## Quality Assurance Procedures

### Hyundai Motor Manufacturing, LLC
### Montgomery, Alabama Project

The Quality Program for the Project consists of two aspects as follows:

- Quality Control...First line performance of required inspections and testing...Generation and/or control of required documents, reports, and verification data.

- Quality Assurance...Overview/surveillance of all aspects of the project (i.e. procurement, document control, inspection, testing, records, etc.).

The Contractor will be responsible for both aspects of the Quality Program, with primary emphasis on Quality Control. Owner or its Construction Manager will perform a Quality Assurance role as needed.

The Contractor shall ensure that systems and facilities for this Work and the Project are designed, procured, and constructed to perform their intended function, and that sufficient documentation is maintained to demonstrate and certify that this is the case. The Contractor shall impose identical requirements upon its Suppliers and Subcontractors to ensure that the overall objectives for the Work are met. The Contractor shall be responsible for the quality of the Work within the scope of this Contract, whether self-performed or performed by Suppliers or Subcontractors.

- <u>Organization</u>: An organization shall be established and maintained for the Work. The person, persons, or organizations responsible for verification of quality shall be named. Such persons or organizations shall have sufficient authority, access to work areas, and freedom to perform their required functions.

    Contractor shall submit to Owner or its Construction Manager, prior to start of Work, an organization chart identifying key personnel for the Project. The primary quality representative will be included on this chart.

- <u>Design Control</u>: Contractor shall have internal systems in place which ensure that all design activities included in the scope of this Work are properly controlled and coordinated, such that overall performance goals for the Work are achieved. Design systems shall address design-input control, design output format and authorization, design verification, and design change/configuration control as a minimum.

    Contractor shall incorporate any Owner or its Construction Manager specified requirements into its design. Contractor generated designs shall be submitted to Owner or its Construction Manager for review/approval prior to field implementation.

- <u>Document Control</u>: Systems shall be established and implemented which ensure that design documents in the possession of end users are properly authorized (approved), are the latest approved revision, and outdated documents are controlled to prevent their use. Documents shall be controlled by written transmittal, with written acknowledgment of receipt.

    Contractor shall implement the following control measures:

    - Drawings will be maintained/controlled by use of drawing sticks. The master drawing stick will be maintained in the Contractor's field office. The amount and control of field use sticks will be established by the Contractor.
    - Technical specifications will be maintained/controlled by use of three-ring binders or similar device.
    - Outdated drawings/specs will be removed from sticks/binders or stamped VOID in the title block.
    - Submittal of any documents/records/reports, etc. shall be by written transmittal.

- <u>Procurement Control</u>: Contractor shall establish internal procedures which assure that purchased materials, equipment, and services conform to the Contract and design documents. Only qualified Suppliers and Subcontractors shall be

used. Purchasing documents shall clearly specify the technical and quality characteristics required for the material, equipment, or service being purchased.

Contractor shall incorporate all applicable requirements from the design documents when implementing its procurement program.

- Material Control: Contractor shall establish and implement internal procedures which assure that materials and equipment specified in the Contract and design documents are received, inspected, stored, maintained, and handled in a manner that quality is maintained and the items are incorporated into the Work as specified.

Contractor shall implement sound practices for the storage of all materials/equipment. Temporary storage facilities shall be erected as needed for weather protection. Supplier designated storage/maintenance requirements shall be implemented for all material/equipment. The equipment storage/maintenance program will be documented as directed by Owner or its Construction Manager and shall incorporate all Supplier and technical specification requirements.

- Inspection Testing and Verification: Contractor shall perform inspections, tests, and verification activities specified in the design documents. Such activities shall be performed by qualified personnel who are familiar with specified requirements, methods, frequency, and accept-reject criteria. Inspection, test, and verification status shall be readily available at all times.

Contractor shall submit personnel qualifications as specified in the applicable specs and codes. Documented results of inspections, tests, and verifications shall be submitted to Owner or its Construction Manager as they are completed. All inspections, tests, and verification shall be conducted in accordance with specified technical specifications and codes.

- Process Control: Fabrication and installation processes shall be controlled to ensure that Contract and design document requirements are met. Consideration shall be given to special processes such as welding and post-weld heat treatment. Process control measures shall address required quality records.

Contractor shall submit to Owner or its Construction Manager for review/approval prior to start of Work the following:

- Weld procedures and associated procedure qualification records
- Welder qualification and continuity records
- Post-weld heat treatment procedures
- NDE procedures

All welding and associated records shall comply with the applicable code.

- Nonconformance Control: Systems shall be in effect which ensure that items which do not conform to Contract/design document requirements are properly documented and controlled to prevent their inadvertent use. For recurring or programmatic problems, the root cause shall be sought and corrective action implemented.

Contractor shall implement the Owner or its Construction Manager established Nonconformance Control Program. Owner or its Construction Manager shall provide the Contractor the appropriate program documentation.

- Measuring/Test Equipment ("M&TE"): Contractor shall have an internal program to control, calibrate, issue, and use M&TE. Measures shall be taken when M&TE is found to be out of calibration. Appropriate quality records and logs shall be generated and maintained. M&TE includes, but is not limited to, hydrostatic/pneumatic test gauges, survey equipment, calipers/gauges used for final alignment, etc. This does not include tapes, weld gauges, six-inch scales, etc.

Contractor shall submit to Owner or its Construction Manager prior to start of Work a log identifying all M&TE to be used and the calibration frequencies. Calibration records for all M&TE shall be maintained and available for review by Owner or its Construction Manager. No testing shall be performed without calibrated M&TE.

The above elements may be implemented by the Contractor as specified. However, the Contractor may create a Site Specific Quality Program (SSQP) to address these elements. Any Contractor generated SSQP shall be submitted to Owner or its Construction Manager for review and approval. Contractor generated SSQPs shall be approved prior to start of Work.

In addition to the above Quality Program elements, Contractor shall implement the following as written:

- <u>Quality Representative</u>: Based on scope and complexity of the Work, personnel may be required to concentrate solely on quality activities, if the Contractor feels this is required. In contracts requiring this type of quality coverage, personnel responsible for quality functions shall have no other job responsibilities. They will be independent of cost/schedule constraints and shall report directly to their project manager or management representative. Contractor shall submit resumes of personnel in this role to Owner or Owner's Construction Manager for review/approval prior to start of Work. Contractor shall identify the need for type of quality coverage at the pre-construction conference. Owner or its Construction Manager reserves the right to request additional quality personnel or replace existing quality personnel if conditions dictate.

- <u>Pre-Activity Meetings</u>: Contractor designated personnel shall be required to schedule and participate in a pre-activity meeting for each new phase of the Work. The meeting will be held prior to the start of a phase of Work and will be attended by the applicable Contractor and Owner or its Construction Manager. The purpose of the meeting is to demonstrate the Contractor's knowledge of the following requirements:
  - Submittals
  - Drawing and Specifications
  - Inspections and test
  - Documentation
  - Safety

Work will not be allowed to start until the Contractor exhibits adequate knowledge of the above requirements.

- <u>Initial Article Inspection</u>: Upon completion of the pre-activity meeting and Work is in progress, the Contractor will schedule/hold an "initial article inspection". The inspection will be performed by Contractor, Owner or its Construction Manager, as applicable. This inspection will establish a benchmark to which remaining Work will be compared.

- <u>Follow-up Inspections</u>: Upon completion of the initial article inspection, the Contractor will conduct follow-up inspections to ensure compliance to the previously established benchmark and identified requirements. Frequency of follow-up inspections will be determined by the complexity of the activity and the amount of compliance previously obtained. Owner or its Construction Manager may request to participate on follow-up inspections.

- <u>Owner or its Construction Manager Pro-Active Quality Program</u>: Contractors will participate in this program. The program's goal is to make Contractors aware of quality requirements and consequently reduce/eliminate non-conformances. The following programs may be implemented during the Project:
  - Monthly Quality Forum
  - Tool Box Meeting Quality Topics
  - Quality Orientations
  - Non-Conformance Trends
  - Quality Recognition Programs

These programs will be provided and/or scheduled by Owner or its Construction Manager. Contractors shall participate.

# ATTACHMENT 12.2

## Silicone Contamination Avoidance Agreement

1071308 v3

## Silicone Contamination Avoidance Agreement

Contractor (including its Subcontractors and Suppliers) shall ensure that any work done by Contractor (including Subcontractors, Suppliers, and agents) is free of silicone contamination, that is, that it contains no traces of silicone ("Silicone Free"). **THUS ABSOLUTELY NO SILICONE OR SILICONE-CONTAINING EQUIPMENT, MATERIALS OR LUBRICANTS ARE TO BE USED IN ANY MANNER ON THE SITE OR IN THE CONTRACTOR'S WORK.**

Specific items to be monitored include, but not limited to, lubricants inside all valves (especially PVC), pipe dopes, wire pulling lubricants, "O" ring lubricants, aerosol sprays for lubrication and waterproofing, and hand lotions. Items which usually fall into the above categories include all PVC valves and fittings which move or utilize "O" rings, as well as many non-plastic valves.

**CONTRACTOR SHALL PROCURE FROM EACH OF ITS SUBCONTRACTORS AND SUPPLIERS, WRITTEN CERTIFICATION SATISFACTORY TO OWNER, THAT ALL MATERIALS AND EQUIPMENT INSTALLED, USED OR CONSUMED IN THE WORK ARE FREE FROM ALL TRACES OF SILICONE.**

As soon as Contractor has knowledge of or has reason to believe or is on notice that silicone contaminated components, materials, equipment and/or other items may be utilized in connection with the Contractor's work or the Project, Contractor shall promptly notify Owner in writing of such occurrence, describing in reasonable detail the items which may contain silicone and the supplier of such items. The items in question shall be laboratory tested upon written request of Owner. The purpose of laboratory analysis is to verify said items are Silicone Free. Upon completion of laboratory analysis, any Silicone Free items to be used in the Project must be coded for identification.

In the event any of said items which have been subjected to laboratory analysis prove to be Silicone Free, the costs related to the analysis will be paid by Owner. However, in the event the analysis of those items determines that they are not Silicone Free, then all related costs, including but not limited to examination and replacement of all possibly affected building materials and components, and equipment of Owner contaminated due to the execution of the Work, shall be the sole responsibility of Contractor.

The Contractor, its Subcontractors, Suppliers and agents, shall be required to execute the following Acknowledgement because of the potentially disastrous consequences for the Project and Owner if Contractor's work is not Silicone Free.

### ACKNOWLEDGEMENT

I, the undersigned _____, hereby acknowledge that I have read, understand, and agree to the foregoing Silicone Contamination Avoidance Agreement. I have full authority to execute this acknowledgement on behalf of the below mentioned company.

Dated, this _____ day of _____, 200___.

_____
(Name of Contractor/Subcontractor/Supplier/Agent)

By: _____
Name: _____
Title: _____
_____
Witness

1071308 v3

# ATTACHMENT 12.6

## Bonds and Guarantees

## IRREVOCABLE BANK LETTER OF GUARANTEE
## FOR ADVANCE PAYMENT GUARANTEE

To: Hyundai Motor Manufacturing, Alabama, LLC

At the request of Eisenmann Corporation (hereinafter called "Supplier") the undersigned (Bank Name) hereby establish in your favor our irrevocable letter of guarantee No. {          } for an aggregate amount of $ 21,489,295 USA (Twenty one million four hundred eighty nine thousand two hundred and ninety five US dollars only) as a demand security for the Advance Payment obligations to  Supplier by  you as provided in that certain Agreement dated (_____ ___, 2003) between you and Supplier (hereinafter called "Contract") in relation to an automobile manufacturing plant in Montgomery, Alabama, USA. This letter of guarantee is issued subject to the Uniform Customs and Practices for Documentary Credits, UCP 500.

We hereby irrevocably engage to pay to you within three (3) days on demand in writing an amount up to the Advance Payment Amount, against presentation of the following:

(1)      a simple statement signed by you containing the amount demanded and referencing this letter of guarantee, and providing wire transfer instructions with the following:

"I certify that in my opinion that Eisenmann Corporation has not met its Advance Payment  obligations as stated in that certain Agreement between Eisenmann Corporation and Hyundai Motor Manufacturing Alabama, LLC, dated _____ ___, 2003;" and

(2)      a true and correct copy of this letter of guarantee.

We covenant that in no event will we fail or refuse to honor a demand for payment, and if for any reason we do not honor a demand, we agree to pay interest at 10% above LIBOR from the date payment should have been made, plus all costs you incur, including legal costs, as a result of such failure or refusal, and if deemed necessary by you to enforce your rights under this letter of guarantee, agree to be sued in the United States District Court for the Middle District of Alabama, USA and in the event of such suit expressly hereby agree to accept service of process via certified mail return receipt and to waive any and all objections to jurisdiction or venue that we might have.

Notwithstanding any provisions contained herein, our liability hereunder, except for interest and fees and costs in the event of a failure or refusal to honor a demand, shall not exceed $ 21,489,295 USA (Twenty one million four hundred eighty nine thousand two hundred and ninety five US dollars only), representing the Advance Payment Amount, which represents 30% of the total contract price. This letter of guarantee shall expire on the date of completion of shipment in accordance with the Contract.

Yours faithfully,

_____
Signature

## IRREVOCABLE BANK LETTER OF GUARANTEE
## FOR PERFORMANCE OBLIGATIONS

To: Hyundai Motor Manufacturing, Alabama, LLC

At the request of Eisenmann Corporation (hereinafter called "Supplier") the undersigned (Bank Name) hereby establish in your favor our irrevocable letter of guarantee No. {       } for an aggregate amount of $ 7,163,098 USA (Seven million one hundred sixty three thousand and ninety eight US dollars only) as a demand security for the performance obligations of Supplier as provided in that certain Agreement dated (_____ ___, 2003) between you and Supplier (hereinafter called "Contract") in relation to an automobile manufacturing plant in Montgomery, Alabama, USA. This letter of guarantee is issued subject to the Uniform Customs and Practices for Documentary Credits, UCP 500.

We hereby irrevocably engage to pay to you within three (3) days on demand in writing an amount up to the Performance Guarantee Amount, against presentation of the following:

(1)    a simple statement signed by you containing the amount demanded and referencing this letter of guarantee, and providing wire transfer instructions with the following:

"I certify that in my opinion that the HMMA General Assembly Turn-Key Project does not meet the performance criteria as stated in that certain Agreement between Eisenmann Corporation and Hyundai Motor Manufacturing Alabama, LLC, dated _____ ___, 2003;" and

(2)    a true and correct copy of this letter of guarantee.

We covenant that in no event will we fail or refuse to honor a demand for payment, and if for any reason we do not honor a demand, we agree to pay interest at 10% above LIBOR from the date payment should have been made, plus all costs you incur, including legal costs, as a result of such failure or refusal, and if deemed necessary by you to enforce your rights under this letter of guarantee, agree to be sued in the United States District Court for the Middle District of Alabama, USA and in the event of such suit expressly hereby agree to accept service of process via certified mail return receipt and to waive any and all objections to jurisdiction or venue that we might have.

Notwithstanding any provisions contained herein, our liability hereunder, except for interest and fees and costs in the event of a failure or refusal to honor a demand, shall not exceed $ 7,163,098 USA (Seven million one hundred sixty three thousand and ninety eight US dollars only), representing the Performance Guarantee Amount, which represents 10% of the total contract price. This letter of guarantee shall expire upon the date that you issue a Final Acceptance notice as provided in the Contract.

1/ 982838.1

Yours faithfully,

_____
Signature

## IRREVOCABLE BANK LETTER OF GUARANTEE
## FOR WARRANTY OBLIGATIONS)
### ( 24 Months from Final Acceptance)

To:  Hyundai Motor Manufacturing, Alabama, LLC

At the request of Eisenmann Corporation (hereinafter called "Supplier") the undersigned (Bank Name) hereby establish in your favor our irrevocable letter of guarantee No. {        } for an aggregate amount of $ 7,163,098 USA (Seven million one hundred sixty three thousand and ninety eight US dollars only) as a demand security for the warranty obligations by Supplier to you as provided in that certain Agreement dated (_____ ___, 2003) between you and Supplier (hereinafter called "Contract") in relation to an automobile manufacturing plant in Montgomery, Alabama, USA.  This letter of guarantee is issued subject to the Uniform Customs and Practices for Documentary Credits, UCP 500.

We hereby irrevocably engage to pay to you within three (3) days on demand in writing an amount up to the Warranty Amount, against presentation of the following:

(1)      a simple statement signed by you containing the amount demanded and referencing this letter of guarantee, and providing wire transfer instructions with the following:

"I certify that in my opinion that Eisenmann Corporation  has not met its warranty obligations as stated in that certain Agreement between Eisenmann Corporation and Hyundai Motor Manufacturing Alabama, LLC, dated _____ ___, 2003;" and

(2)   .  a true and correct copy of this letter of guarantee.

We covenant that in no event will we fail or refuse to honor a demand for payment, and if for any reason we do not honor a demand, we agree to pay interest at 10% above LIBOR from the date payment should have been made, plus all costs you incur, including legal costs, as a result of such failure or refusal, and if deemed necessary by you to enforce your rights under this letter of guarantee, agree to be sued in the United States District Court for the Middle District of Alabama, USA and in the event of such suit expressly hereby agree to accept service of process via certified mail return receipt and to waive any and all objections to jurisdiction or venue that we might have.

Notwithstanding any provisions contained herein, our liability hereunder, except for interest and fees and costs in the event of a failure or refusal to honor a demand, shall not exceed $ 7,163,098 USA (Seven million one hundred sixty three thousand and ninety eight US dollars only), representing the Warranty Amount, which represents 10% of the total contract price.  This letter of guarantee shall expire one year from the date of the Final Acceptance notice as provided in the Contract.

1/ 982838.1

Yours faithfully,

_____

Signature

**ATTACHMENT 14.1.5**


**Certificate of Insurance**

**ACORD**

| ARTICLE V. CERTIFICATE OF INSURANCE | ISSUE DATE (MM/DD/YY) |
|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

(A) **COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY LETTER | **A** XYZ Insurance Company |
| INSURED    OCIP PARTICIPANT EXAMPLE | COMPANY LETTER **B** 123 Insurance Company |
| | COMPANY LETTER **C** |
| | COMPANY LETTER **D** |
| | COMPANY LETTER **E** |

(a) **COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM-DD-YY) | LIMITS | |
|---|---|---|---|---|---|---|
| (i) | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $ . |
| | COMMERCIAL GENERAL LIABILITY | XXXXX | XXXXX | XXXXX | 1,000,000 PRODUCTS-COMP/OP AGG. | $ 1,000,000 |
| | CLAIMS MADE X OCCUR | | | | PERSONAL & ADV. INJURY | $ 1,000,000 |
| | OWNER'S & CONTRACTOR'S PROT. | | | | EACH OCCURRENCE 1,000,000 | $ |
| | | | | | FIRE DAMAGE (Any one fire) | $ 50,000 |
| | | | | | MED. EXPENSE (Any one person) 6,000 | $ |
| (ii) | **AUTOMOBILES LIABILITY** | | | | | |
| (iii) | X ANY AUTO | XXXXX | XXXXX | XXXXX | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS | | | | | |
| | NON-OWNED AUTOS | | | | PROPERTY DAMAGE | $ |
| (iii) | **EXCESS LIABILITY** | | | | | |
| | UMBRELLA FORM | | | | EACH OCCURRENCE | $ |
| | OTHER THAN UMBRELLA FORM | | | | AGGREGATE | $ |
| (i) | **WORKER'S COMPENSATION** | | | | (iv) STATUTORY LIMITS | X |
| (ii) | And | XXXXX | XXXXX | XXXXX | EACH ACCIDENT | $ 500,000 |
| (iii) | **EMPLOYERS' LIABILITY** | | | | DISEASE – POLICY LIMIT 500,000 | $ |
| (v) | **OTHER** | | | | DISEASE – EACH EMPLOYEE | $ 500,000 |

(vi) **DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

Project Name: Hyundai Manufacturing Project, Hope Hull, AL.  Hyundai Motor Manufacturing Alabama, LLC;  Hyundai Motor Corporation; Hyundai Motor of America;  Rust Constructors, Inc. and Durr Industries, Inc. are named as additional insureds with respects General and Automobile liability.
Waiver of Subrogation for General liability, Automobile liability and Workers Compensation in favor of Hyundai Motor Manufacturing Alabama, LLC;  Hyundai Motor Corporation;  Hyundai Motor of America;  Rust Constructors, Inc. and Durr Industries, Inc.
Coverage is primary and non-contributory.

| CERTIFICATE HOLDER | (vii) CANCELLATION |
|---|---|
| Hyundai Motor Manufacturing Alabama, LLC c/o Ins办 USA, Inc. One Metroplex Drive Suite 300 Birmingham, AL 35209 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | (ix) |
| | (x)    AUTHORIZED REPRESENTATIVE |

| ACORD 25-S (7/90) | XXXXXXXXXXXXXXXXXXXXXXXXXXXX  ©ACORD CORPORATION 1990 |
|---|---|

# ATTACHMENT 14.2.1

Owner Controlled Insurance Program Manual

# Introduction

HYUNDAI Motor Manufacturing Alabama, LLC ("HYUNDAI") is proud to begin the construction of their automobile manufacturing plant in Montgomery, Alabama. HYUNDAI is excited about beginning its project in conjunction with:

❑ Marsh USA Inc., as its Insurance Administrator

❑ Rust Constructors, Inc., as its Construction Manager

With the spirit of teamwork and a commitment to excellence by all project participants, there is nothing we cannot accomplish.

# Table Of Contents

I.   OCIP Program Overview      3

II.   OCIP Insurance Coverages      6

III.   Contractor Insurance Requirements in Addition to OCIP      10

IV.   OCIP Program Provisions      13

V.   Standard Insurance Requirements for Contractors Not Participating in OCIP      15

VI.   General Insurance Provisions      18

VII.   Accident and Claim Procedures      20

Appendix:

    Enrollment Procedures/Acknowledgement/Forms
    Insurance Certificate Samples      22
    Workers Compensation Claims Reporting Form

# I. OCIP Program Overview

### A.    PROGRAM SUMMARY

HYUNDAI has implemented an Owner Controlled Insurance Program ("OCIP") for the on-site activities at this project. HYUNDAI will procure, pay premiums, and administer the OCIP with the assistance of its Insurance Administrator, Marsh USA Inc., and its Construction Manager, Rust Constructors, Inc., for the duration of the project. The OCIP will provide the following coverages:

- ■ Workers Compensation/Employers Liability
- ■ Commercial General Liability
- ■ Excess Liability
- ■ Builders Risk - TBD

Coverage applies only to work performed at the project site, which is described as all areas within the security gated areas of the specific HYUNDAI project site in and near Montgomery, AL (and, subject to CONSTRUCTION MANAGER'S approval, limited off-site activities such as temporary lay-down or assembly areas or contractor parking adjacent to actual project site). Contractors and subcontractors of whatever tier ("contractor") must provide their own insurance for other off-site activities in accordance with Section III of this manual.

Enrollment in the OCIP is not automatic. Each contractor, upon receipt of Notice of Subcontract Award (Form C), must:
- ♦ Review, sign and return Contractor OCIP Manual Acknowledgement Letter
- ♦ Submit Enrollment Forms A, B and required certificate of insurance to Marsh USA, Inc. for approval prior to commencing work at the site (see Appendix page 24).
- ♦ Submit actual policy endorsement(s) and policy waiver(s) as evidenced on the required certificate of insurance.

HYUNDAI and CONSTRUCTION MANAGER reserve the right to require contractors to justify their estimated payroll and insurance premium figures provided on Form B.

Any contractor who plans to use a staffing and/or temporary agency for work at the site must contact CONSTRUCTION MANAGER or Marsh USA, Inc., prior to commencing work. Upon request, CONSTRUCTION MANAGER or

Marsh USA, Inc. can provide a list of staffing and/or temporary agency(ies) that have completed certificate and endorsement requirements. Please note that use of a staffing and/or temporary agency may involve additional insurance requirements for the contractor and/or staffing/temporary agency. See Section V. for minimum certificate requirements. Additional requirements will be addressed on a case-by-case basis.

Once enrollment is completed, the contractor will receive an advice of insurance from Marsh USA Inc. that evidences the coverages provided by the OCIP. No contractor will be allowed to commence work without this OCIP advice of insurance certificate and/or other certificates of insurance required by HYUNDAI.

**Each contracting party is required to incorporate this manual in its entirety into their subcontract agreements.**

A pre-construction conference/orientation will be held to review this OCIP manual and OCIP terms and conditions. Attendance by all contractors is mandatory. Attendance by contractors' payroll administrator is highly recommended.

HYUNDAI and Marsh USA Inc have prepared this insurance manual. The manual is intended to provide general information as to the insurance afforded and procedures to be followed in administering the program. It is not intended to be a substitute for policies issued, nor is it to be interpreted as altering or changing any of the general or special conditions of any contractor's contract as it pertains to insurance or other duties or responsibilities of any contractor. Copies of OCIP policies are available upon request.

**B.    EXCLUDED CONTRACTS**

Participation in the OCIP is required for all contractors with the following exceptions:

1.  All contracts and/or subcontracts involving asbestos abatement, lead abatement, or any other environmental remediation.

2.  The OCIP is not intended to cover architects, engineers, consultants, suppliers (or their drivers including while engaged in unloading), vendors, material dealers, or day labor employees (labor services).

HYUNDAI RESERVES THE RIGHT TO EITHER EXCLUDE CONTRACTORS NOT LISTED IN THIS SECTION, OR TO INCLUDE

CONTRACTORS OR OTHERS THAT MAY FALL WITHIN THESE EXCLUSION TERMS, AT ITS SOLE DISCRETION.

Any contractors excluded from the OCIP shall be required to carry their own insurance at their own expense.  Such contractors will not be allowed to commence work without a certificate of insurance as outlined in Section V., B., C and D.

## C.    OCIP ADMINISTRATION

Each contractor is obligated to follow the OCIP general provisions outlined herein including enrollment procedures, payroll reporting, closeout notification, accident reporting, and safety program participation.

All questions should be addressed in this insurance manual. If not, please contact:

Dawn Colby
HYUNDAI OCIP Coordinator
**Marsh USA Inc.**
One Metroplex Drive, Suite 300
Birmingham, AL  35209
Phone 205.803.3248
Fax 205.803.3250

# II.    OCIP Insurance Coverages

HYUNDAI will procure and pay premiums for the following insurance for contractors (except for "excluded contracts" as outlined in the Program Overview). The coverage information in this insurance manual is intended to provide a brief description of coverages and does not intend to alter any of the provisions in the actual insurance policies.

## A.    WORKERS COMPENSATION/EMPLOYERS LIABILITY

**Insurer:**    St. Paul Fire & Marine Insurance Company

**Limits:**    Part I.     Statutory
Part II.    Employers Liability
$1,000,000 Bodily Injury by Accident, Each Accident
$1,000,000 Bodily Injury by Disease, Policy Limit
$1,000,000 Bodily Injury by Disease, Each Employee
**States Covered:**     Alabama

## B.    COMMERCIAL GENERAL LIABILITY**

**Insurer:**    St. Paul Fire & Marine Insurance Company

| **Limits:** | $ | 2,000,000 | Each Event Limit |
|---|---|---|---|
| | $ | 4,000,000 | General Aggregate Limit |
| | $ | 4,000,000 | Completed Operations Limit* |
| | $ | 2,000,000 | Personal Injury Each Person Limit |
| | $ | 2,000,000 | Advertising Injury Each Person Limit |
| | $ | 100,000 | Fire Damage Limit |
| | $ | 5,000 | Medical Expenses Limit |

*Completed Operations coverage shall be extended for five (5) years upon final acceptance of the project by HYUNDAI.*

** Products Liability coverage is not provided*

HTJ

### C.    UMBRELLA LIABILITY **

Insurers:        ACE American Insurance Company

Minimum
Limits:
$   25,000,000   Each Event Limit
$   25,000,000   General Total Limit
$   25,000,000   Completed Operations Limit*
$   25,000,000   Personal Injury Each Person Limit
$   25,000,000   Advertising Each Person Limit

*Completed Operations coverage shall be extended for five
(5) years upon final acceptance of the project by HYUNDAI.

**Products Liability coverage is not provided

### D.    UMBRELLA LIABILITY **

Insurers:        American Guarantee & Liability/Zurich

Minimum
Limits:
$   25,000,000 Excess $25,000,000

Completed Operations coverage shall be extended for five
(5) years upon final acceptance of the project by HYUNDAI.

**Products Liability coverage is not provided

### E.    BUILDERS RISK

Insurer:        TBD

Limits:        Total Value of Project
Transit any one conveyance *

Deductible:**    $ 25,000 per incident

*    Notification required of any exposure greater than $250,000.
Notice to be sent to Marsh USA Inc. in Birmingham.
**   This language does not amend any contractual agreement
between HYUNDAI, CONSTRUCTION MANAGER, and
other contractors.

### E.    COVERAGES NOT PART OF OCIP

Contractor acknowledges that any losses not covered by A through D above are the responsibility of the contractor including but not limited to the following:

■ Products Liability
■ Automobile Liability
■ Automobile Physical Damage
■ Environmental Liability
■ Professional Liability
■ Workers Compensation/Employers Liability for **Off-Site** Activities
■ General/Excess Liability for **Off-Site** Activities
■ Employment Practices Liability
■ Jones Act Coverage (Crew Members) if applicable
■ Protection and Indemnity (Operations of Vessels) if applicable
■ Contractor's equipment, mobile offices, trailers or other temporary structures, tools, personal property, temporary materials, or any other items owned or rented by the contractor and not to be incorporated into the work.

## F.    WHEN DOES COVERAGE BEGIN

Upon enrollment and receipt by contractor of an OCIP advice of insurance issued by Marsh USA Inc.

## G.    WHEN DOES COVERAGE END

1. With respect to the operations hazard, coverage shall terminate upon final acceptance of the project by HYUNDAI.

2. With respect to the Completed Operations Hazard, coverage shall not terminate until five (5) years after final acceptance of the Project by HYUNDAI.

3. With respect to Workers Compensation/Employers Liability, coverage shall terminate upon a contractor's conclusion of work at the job site. Contractor must submit Form E, Notice of Work Completion for each job at the site before closeout paperwork will be processed.

## H.    OWNER'S RIGHT TO AUDIT

1. Contractor deduction for owner-provided insurance. HYUNDAI reserves the right to audit contractor and all subcontractors for OCIP insurance furnished by HYUNDAI under section II.

    a. Initial OCIP Deduction. In consideration of HYUNDAI providing the insurance coverages outlined in section II., HYUNDAI and contractor mutually agree that the contract price has been reduced by the initial OCIP deduction as stated in the relevant bid document. The initial OCIP deduction is based on information provided by the contractor on the OCIP Questionnaire form and is subject to the approval of the owner.

b.  OCIP Questionnaire.  Prior to any contractor commencing work on-site, contractor shall provide to HYUNDAI the OCIP Questionnaire form set forth in the appendix of this manual.

c.  Change Orders.  Bid deductions for change orders shall be a fixed percentage.  This fixed percentage will be based on the initial bid deduct versus the original contract value.  This fixed percentage shall be identified, recorded and used by HYUNDAI to establish a basis for bid deducts on all subsequent change orders.  HYUNDAI reserves the right to adjust the percentage as needed with regards to equipment related change orders or other non-payroll related items.

d.  Final OCIP deduction.  Upon completion of the work, HYUNDAI reserves the right to reduce or increase the contract price via change order to reflect the contractor's actual insurance cost.  The final OCIP deduction will replace the initial OCIP deduction and any subsequent change orders described in H., 1., c) above.  The final OCIP deduction shall be based on:

❖ Actual Workers' Compensation payroll multiplied by the applicable insurance rates of the contractor and its subcontractors in effect for the actual time periods.

❖ Actual General Liability and Excess/Umbrella payroll (or revenue or other rating basis) multiplied by the applicable insurance rates of the contractor and its subcontractors in effect for the actual time periods.

HYUNDAI reserves the right to require contractor and all subcontractors to furnish rate pages for the General Liability, Workers Compensation and Excess/Umbrella Liability with initial OCIP Questionnaire and at each policy renewal.

# III.    Contractor Insurance Requirements in Addition to OCIP

## A.    INSURANCE REQUIREMENTS

Contractor shall, at its own expense, purchase and maintain in a company or companies licensed to do business in Alabama such insurance as will protect the contractor, HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and all subsidiaries and affiliates; Rust Constructors, Inc. and their respective officers, partners, agents, representatives and employees from claims of the type and for the minimum limits set forth below:

### 1.  Business Automobile Liability

| | | | |
|---|---|---|---|
| Limits: | $ | 1,000,000 | Per Accident - Combined  Single Limit **OR** |
| | $ | 1,000,000 | Per Accident-Bodily Injury |
| | $ | 1,000,000 | Per Accident-Property Damage |

Requirements:
- Owned, Non-Owned, and Hired Autos
- HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. As Additional Insureds
  - Primary Basis
- Thirty (30) Day Prior Written Notice of Cancellation to HYUNDAI
- Waiver of Subrogation in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY;  HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC.

### 2.  OFF-SITE Workers Compensation/Employers Liability

Limits:

| | |
|---|---|
| Part I. | Statutory |
| Part II. | Employers Liability |
| | $500,000 Bodily Injury by Accident, Each Accident |
| | $500,000 Bodily Injury by Disease, Policy Limit |
| | $500,000 Bodily Injury by Disease, Each Employee |

Requirements:
- Thirty (30) Day Prior Written Notice of Cancellation to HYUNDAI
- Waiver of Subrogation in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC;

HYUNDAI MOTOR COMPANY;  HYUNDAI
MOTOR OF AMERICA; RUST
CONSTRUCTORS, INC.; DURR INDUSTRIES,
INC.

3.  **OFF-SITE Commercial General Liability**

| | | | |
|---|---|---|---|
| **Limits:** | $ | 1,000,000 | Each Occurrence - Bodily Injury and Property Damage Liability Combined OR |
| | $ | 1,000,000 | Each Occurrence Bodily Injury Liability |
| | $ | 1,000,000 | Each Occurrence Property Damage Liability |
| | $ | 1,000,000 | Aggregate |
| | $ | 1,000,000 | Personal & Advertising Injury |
| | $ | 50,000 | Fire Damage (any one fire) |
| | $ | 5,000 | Medical Expense (any one person) |

**Requirements:**
- HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. as additional insureds
  - Primary Basis
- Thirty (30) Day Prior Written Notice of Cancellation to HYUNDAI
- Waiver of Subrogation in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC.
- Contractual Liability
- Broad Form Property Damage
- Fire Legal Liability

## B.   WAIVER OF SUBROGATION

Each contractor shall require that for all policies of insurance that are in any way related to the work at this project site and that are secured and maintained by the contractor, that each underwriter shall waive all of its rights of recovery, under subrogation or otherwise, against HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. and any of their respective consultants and other contractors for this project.

Each contractor also waives all rights of recovery against HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; and DURR INDUSTRIES, INC. and any of their respective consultants and other contractors for this project which the contractor may have because of deductibles or inadequacy of limits of any policies that are in any way related to the work at this project site that are secured and maintained by the contractor.

**Each contractor shall require each of its subcontractors of any tier to waive rights of recovery as stated above.**

## C.    CERTIFICATE OF INSURANCE

Prior to beginning work at this project site, each contractor shall furnish certificates of insurance evidencing coverages 1, 2, and 3 as indicated above. An Accord Certificate or a pre-approved substitute is the required form.

The certificate holder shall be identified as:

**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC**
c/o Dawn Colby, OCIP Coordinator
Marsh USA Inc.
One Metroplex Drive, Suite 300
Birmingham, AL 35209

# IV. OCIP Program Provisions

A. Each OCIP participant to be insured under the OCIP shall give notice in writing to Marsh USA Inc., within two days after the award of any contractor giving the information listed on Form A and Form B for the subcontractor.

B. **Neither CONSTRUCTION MANAGER nor any eligible contractor to be covered by the OCIP shall commence work at the site until they have received an OCIP advice of insurance from Marsh USA Inc.**

C. Each contractor enrolled under the OCIP must provide a completed monthly payroll report using Form D provided in the appendix. This form must be returned to Dawn Colby of Marsh USA Inc. within 10 days of the close of each month.

D. All dividends or refunds payable under the policy shall belong to HYUNDAI, and are hereby assigned to HYUNDAI. CONSTRUCTION MANAGER and each contractor, at the request of HYUNDAI, shall execute and deliver to HYUNDAI any release, assignment, direction, or authorization which HYUNDAI or any insurance company may require for such purpose.

E. CONSTRUCTION MANAGER shall report, on forms to be provided, any accident and shall assist in every manner reasonable in the investigation of any accident. Upon request, CONSTRUCTION MANAGER shall cooperate with HYUNDAI and the insurance company designated by HYUNDAI in the handling of any claim by securing and giving evidence and obtaining the attendance of witnesses as required for the defense of any claim or suit.

F. CONSTRUCTION MANAGER and all contractors shall furnish Marsh USA Inc. and the insurance company designated by HYUNDAI with any information required to issue any insurance policies to be provided under this OCIP.

G. CONSTRUCTION MANAGER shall incorporate a copy of this insurance manual in each subcontract to which the OCIP applies and shall require all contractors to comply with the provisions of this manual.

H. While it is the intent of HYUNDAI to keep the OCIP in force throughout the term of the project, HYUNDAI reserves the right to terminate or modify the OCIP or any portion thereof. To exercise this option, HYUNDAI shall provide 30 days advance written notice to all contractors who shall then immediately be required to activate insurance coverage for the project in accordance with and with limits as set out in their contract. The reasonable cost of such insurance will be reimbursed by HYUNDAI. Written evidence of such insurance shall be provided to HYUNDAI prior to the actual termination date of the OCIP. This provision does not apply to Builders Risk insurance.

I.    CONSTRUCTION MANAGER and any contractor shall not duplicate coverages afforded under the OCIP and shall furnish certified proof of same from their insurance carriers.

J.    All policies will automatically terminate on final completion of the project except for the Completed Operations provisions of the General Liability policy.

**K.    Safety Program Participation and Requirements**

HYUNDAI and CONSTRUCTION MANAGER are firmly committed to maintaining a safe workplace. CONSTRUCTION MANAGER and all contractors will adhere to all regulatory (OSHA and State) safety requirements along with the safety requirements set forth in CONSTRUCTION MANAGER's Safety Requirements for Contractors Manual.   The Safety Requirements for Contractors Manual and health requirements are mandatory for all contractors working on site. The Safety Requirements for Contractors Manual outlines all special provisions for safety administration, employee protection, general liability controls and substance abuse policies and is incorporated herein by reference.   All OCIP participants shall provide a designated supervisory contact person on-site for safety issues.

**THE FURNISHING OF ANY INSURANCE UNDER THE OCIP OR OTHERWISE BY HYUNDAI WILL IN NO WAY RELIEVE OR LIMIT ANY RESPONSIBILITY OR OBLIGATION IMPOSED BY ANY CONTRACT ON CONSTRUCTION MANAGER OR ANY CONTRACTOR.**

# V. Standard Insurance Requirements for Contractors Not Participating in the OCIP

## A. EXCLUDED CONTRACTS

Participation in the OCIP is required for all contractors of any tier with the following exceptions:

- All contracts and/or subcontracts involving asbestos abatement, lead abatement or any other environmental remediation

- The OCIP is not intended to cover architects, engineers, consultants, suppliers (or their drivers including while engaged in unloading), vendors, material dealers, or day labor employees (labor services).

HYUNDAI RESERVES THE RIGHT TO EITHER EXCLUDE CONTRACTORS NOT LISTED IN THIS SECTION, OR TO INCLUDE CONTRACTORS OR OTHERS THAT MAY FALL WITHIN THESE EXCLUSION TERMS, AT ITS SOLE DISCRETION.

Any contractors excluded from the OCIP shall be required to carry their own insurance at their own expense. Such contractors will not be allowed to commence work without a certificate of insurance as outlined in subsections B, C and D below.

## B. INSURANCE REQUIREMENTS

The following insurance requirements apply to contractors excluded from the OCIP:

### 1. Business Automobile Liability

| Limits: | $1,000,000 | Per Accident-Combined Single Limit OR |
| | $1,000,000 | Per Accident-Bodily Injury |
| | $1,000,000 | Per Accident-Property Damage |

Requirements:
- Owned, Non-Owned, Hired Autos
- HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. as Additional Insureds – Primary Basis
- Thirty (30) day Prior Written Notice of Cancellation to HYUNDAI
- Waiver of Subrogation in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC.

### 2. Workers Compensation/Employers Liability

|        |          |                                    |
|--------|----------|------------------------------------|
| Limits:| Part I.  | Statutory                          |
|        | Part II. | Employers Liability                |

$500,000 Each Accident
$500,000 Disease-Policy Limit
$500,000 Disease-Per Employee

Requirements:
- Thirty (30) Day Prior Written Notice of Cancellation to HYUNDAI
- Voluntary Compensation Endorsement
- Waiver of Subrogation Endorsement in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC.

3. **Commercial General Liability**

| Limits: | $ 1,000,000 | Each Occurrence - Combined Single Limit (Bodily Injury and Property Damage Liability) |
|---------|-------------|------------------------------|
|         |             | OR                           |
|         | $ 1,000,000 | Each Occurrence Bodily Injury Liability |
|         | $ 1,000,000 | Each Occurrence Property Damage Liability |
|         | $ 2,000,000 | General Aggregate            |
|         | $ 2,000,000 | Completed Operations Aggregate |
|         | $ 1,000,000 | Personal & Advertising Injury |
|         | $    50,000 | Fire Damage (any one fire)   |
|         | $     5,000 | Medical Payments             |

Requirements:
- HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. as additional insureds - Primary Basis
- Thirty (30) Day Prior Written Notice of Cancellation to HYUNDAI
- Waiver of Subrogation Endorsement in favor of HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC.
- Contractual Liability
- XCU Perils Coverage
- Completed Operations Extended 3 Years
- Broad Form Property Damage
- Fellow Employee Coverage

## C.    WAIVER OF SUBROGATION

Each contractor shall require that for all policies of insurance that are in any way related to the work at this project site and that are secured and maintained by the contractor, that each underwriter shall waive all of its rights of recovery, under subrogation or otherwise, against HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. and any of their respective consultants and other contractors for this project.

Each contractor also waives all rights of recovery against HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. and any of their respective consultants and other contractors for this project which the contractor may have because of deductibles or inadequacy of limits of any policies that are in any way related to the work at this project site that are secured and maintained by the contractor.

**Each contractor shall require each of its subcontractors of any tier to waive rights of recovery as stated above.**

**D.    CERTIFICATES OF INSURANCE**

Prior to beginning work at this project site, each contractor shall furnish certificates of insurance evidencing coverages 1, 2, and 3 and item C above. An Acord Certificate of Insurance or preapproved substitute is the required form.

A sample certificate is included in the Appendix.

A sample certificate  involving staffing and/or temporary agency(ies) will be provided upon request.  Certificate approval and remittance of policy endorsement(s) regarding additional insured status and policy waiver(s) of subrogation are required for all staffing and/or temporary agency(ies) prior to site access.

The certificate holder shall be identified as:


**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC**
c/o Dawn Colby, OCIP Coordinator
Marsh USA Inc.
One Metroplex Drive, Suite 300
Birmingham, AL 35209

# VI.    General Insurance Provisions

The following provisions are applicable whether or not the contractor qualified for coverage under the OCIP program.

### A.    EVIDENCE OF INSURANCE REQUIRED BEFORE WORK BEGINS

No contractor shall commence work of any kind until all insurance requirements contained in this manual shall have been complied with, and until evidence of such compliance satisfactory to HYUNDAI as to form and content has been filed with HYUNDAI. The Acord certificate of insurance form or a pre-approved substitute is the required form in all cases.

### B.    MINIMUM FINANCIAL SECURITY REQUIREMENTS

All companies providing insurance must be acceptable to HYUNDAI and HYUNDAI reserves the right to require replacement carriers at its sole discretion.

### C.    INSURANCE REQUIRED FOR DURATION OF CONTRACT

Any and all insurance required shall be maintained during the entire length of its contract, including any extensions thereto, and until all work has been completed to the satisfaction of HYUNDAI.

### D.    MANDATORY 30-DAY NOTICE OF CANCELLATION OR MATERIAL CHANGE

HYUNDAI shall, without exception, be given not less than 30 days written notice prior to cancellation (for other than non-payment of premium) or for material change of any insurance required by this contract. Non-Payment of premium shall require 10 days written notice of cancellation. Confirmation of this mandatory 30 days notice of cancellation shall appear on the Acord certificate of insurance.

### E.    HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR CORPORATION; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. AS ADDITIONAL INSUREDS

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR OF AMERICA; RUST CONSTRUCTORS, INC.; DURR INDUSTRIES, INC. shall be covered as Additional Insureds under any and all liability policies required of contractor. Such insurance shall be primary with respect to these additional insureds.

### F.  MANDATORY CONTRACTOR COMPLIANCE

Contractor shall incorporate a copy of this insurance manual in each and every contract with each and every lower tier contractor and shall require each and every subcontractor of any tier to comply with such requirements.

Contractor agrees that if for any reason a lower tier contractor fails to procure and maintain insurance as required, all such required insurance shall be procured and maintained by the contractor at the contractor's expense.

### G.  AUTHORIZATION AND LICENSING OF AGENT

Each and every agent acting as authorized representative on behalf of an insurance company affording coverage required for this project shall warrant when signing the Acord certificate of insurance that specific authorization has been granted by the insurance companies for the agent to bind coverage as required and to execute the Acord certificate of insurance as evidence of such coverage. The agent shall warrant that in the event that HYUNDAI's requirements are broader than the original policies, that these requirements have been conveyed to and accepted by the insurance companies issuing the policies.

In addition, each and every agent shall warrant when signing the Acord certificate of insurance that the agent is licensed to do business in Alabama where this project exists.

### H.  SAFETY PROGRAM PARTICIPATION

Contractor will adhere to all safety requirements and will follow all safety requirements imposed by HYUNDAI or CONSTRUCTION MANAGER or their designated representatives. Each contractor shall designate one superintendent level or higher employee as its safety representative who will be responsive to implementation of and compliance with the provisions of CONSTRUCTION MANAGER's Safety Requirements for Contractors Manual.

### I.  CLAIMS MANAGEMENT PARTICIPATION

Contractor shall be responsible for assisting the insurance carrier's claims representatives in the investigation and adjusting of all claims including securing the cooperation of its subcontractors.

# VII.    Accident and Claim Procedures

### A.    WORKERS' COMPENSATION

ALL INJURIES MUST BE REPORTED BY EMPLOYEES <u>IMMEDIATELY</u> FOLLOWING THE OCCURRENCE OF AN ACCIDENT. THE EMPLOYER OF THE INJURED WORKER MUST REPORT THE INJURY WITHIN 24 HOURS OF ACCIDENT WITH NOTICE TO CARRIER TBD AND CONSTRUCTION MANAGER. THE CLAIM REPORTING FORM SHOULD BE COMPLETED BY A REPRESENTATIVE OF THE INJURED EMPLOYEE'S EMPLOYER AND GIVEN TO ST. PAUL FIRE & MARINE INSURANCE COMPANY. CLAIMS MAY BE REPORTED BY CALLING 1-800-ST PAUL1.

St. Paul Fire & Marine Insurance Co., process the claim, providing copies to Marsh USA Inc., HYUNDAI and CONSTRUCTION MANAGER in addition to the employer of the insured worker.

The CONSTRUCTION MANAGER safety representative will coordinate any follow-up investigation information needed by St. Paul Fire & Marine Insurance Co., from the employer of injured worker or witness(es). The subcontractors will alert St. Paul Fire & Marine Insurance Co., of any questionable claim by using the word *"alleged"* during the First Report of Injury.

Injured employees should seek medical treatment from providers listed on the Workers' Compensation Posted Panel of Physicians. Contractors will be responsible for transporting their injured employees for treatment.

Marsh USA Inc. will follow-up with St. Paul Fire & Marine Insurance Co., to ensure claims are handled promptly and properly, intervening when necessary.

### B.    GENERAL LIABILITY EXCLUDING AUTOMOBILE

Reports of personal injury sustained by third parties (not employees) or damage to property of others should be completed on the Project site immediately following the occurrence of an accident. *REPORT THE ACCIDENT IMMEDIATELY (NO LATER THAN 24 HOURS OF ACCIDENT) WITH NOTICE TO CARRIER TBD / CONSTRUCTION MANAGER. CLAIMS MAY BE REPORTED BY CALLING* 1-800-ST PAUL1.

It is essential that all such claims be thoroughly investigated by the Foreman/Supervisor and CONSTRUCTION MANAGER Project Safety Engineer (PSE) on the project site. All available facts and information, including the names of witnesses, must be secured as soon as possible while such information is available. Unless prompt action is taken in this respect,

witnesses disappear, facts become obscure and further handling of the claim may be prejudiced.

St. Paul Fire & Marine Insurance Co., will ensure copies of all reports and pertinent information will be sent to the Marsh USA Inc., HYUNDAI and CONSTRUCTION MANAGER. Marsh USA Inc. will then follow-up with St. Paul Fire & Marine Insurance Co., to ensure prompt and efficient claim handling.

Cooperation in the investigation and handling of all liability claims among the parties involved is of the utmost importance.

# Appendix

**Enrollment Procedures/Forms**

- OCIP Manual Acknowledgement Form

- OCIP Application Form (Form A)

- OCIP Questionnaire-Insurance Premium Worksheet (Form B)

- Notice of Subcontract Award (Form C)

- Monthly Payroll Report Form (Form D)

- Notice of Work Completion (Form E)

- Certificate of Insurance Sample Forms

# Appendix A

## Enrollment Procedures/Forms

**Awarding contractor issues and signs Notice of Subcontract Award – Form C\*, and forwards original to contractor and copy to Marsh USA, Inc.** Each contractor must:

1. Review, sign and return OCIP Manual Acknowledgement Letter to Marsh USA, Inc.

2. Forward OCIP Application – Form A; OCIP Questionnaire – Form B to Marsh USA, Inc.

2. Forward required certificates of insurance for auto liability and **off-site operations** as outlined in Section III to Marsh USA, Inc for approval. (Upon receipt of all forms and proper certificate, Marsh USA Inc. will issue an OCIP advice of insurance upon company approval).

4. Forward policy endorsement(s) and policy waiver(s) as evidenced on the required certificate of insurance.

(\*Form C must be submitted each time a new subcontract is awarded. This includes subcontractors who are working on existing projects and are already enrolled in the OCIP program.)

**While active at project site**, each contractor must:

5. Sign and forward Notice of Subcontract Award – Form C, upon award of any subcontract to another contractor to Marsh USA, Inc.

6. Have all sub-contractors complete and return forms with respects items #2, #3 and #4 above.

7. Forward Monthly Payroll Report – Form D on a monthly basis to Marsh USA, Inc.

**Upon completion of work**, each contractor of <u>any</u> tier must:

8. Forward Notice of Work Completion – Form E, along with final Monthly Payroll Report – Form D, to Marsh USA, Inc.

# CONTRACTOR OCIP MANUAL ACKNOWLEDGEMENT LETTER

DATE:

CONTRACTOR:

I/we acknowledge receipt of the Owner Controlled Insurance Program Manual for HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC project. I/we acknowledge that we have read the Owner's Right to Audit provisions as noted under section II., H. which reads as follows:

## "H. OWNER'S RIGHT TO AUDIT

1. Contractor deduction for owner-provided insurance. HYUNDAI reserves the right to audit contractor and all subcontractors for OCIP insurance furnished by HYUNDAI under section II.

    a. Initial OCIP Deduction. In consideration of HYUNDAI providing the insurance coverages outlined in section II, HYUNDAI and contractor mutually agree that the contract price has been reduced by the initial OCIP deduction as stated in the relevant bid document. The initial OCIP deduction is based on information provided by the contractor on the OCIP Questionnaire form and is subject to the approval of the owner.

    b. OCIP Questionnaire. Prior to any contractor commencing work on-site, contractor shall provide to HYUNDAI the OCIP Questionnaire form set forth in the Appendix of this manual.

    c. Change Orders. Bid deductions for change orders shall be fixed percentage. This fixed percentage will be based on the initial bid deduction versus the original contract value. This fixed percentage shall be identified, recorded and used by HYUNDAI to provide a basis for bid deducts on all subsequent change orders. HYUNDAI reserves the right to adjust the percentage as necessary with regards to equipment related change orders or other non-payroll-related items.

    d. Final OCIP deduction. Upon completion of the work, HYUNDAI reserves the right to reduce or increase the contract price via change order to reflect the contractor's actual insurance cost. The final OCIP deduction will replace the initial OCIP deduction and any subsequent change orders described in H., 1., c) above. The final OCIP deduction shall be based on:

    ❖ Actual Workers' Compensation payroll multiplied by the applicable insurance rates of the contractor and its subcontractors in effect for the actual time periods.

# CONTRACTOR OCIP MANUAL ACKNOWLEDGEMENT LETTER (con't)

❖ Actual General Liability and Excess/Umbrella payroll (or revenue or other rating basis) multiplied by the applicable insurance rates of the contractor and its subcontractors in effect for the actual time periods.

HYUNDAI reserves the right to require contractor and all subcontractors to furnish rate pages for the General Liability, Workers Compensation and Excess/Umbrella Liability with initial OCIP Questionnaire and at each policy renewal."

**2.** _____ Those contractors who have been advised by Marsh Inc. of approved NON-OCIP participation should check here and sign below to evidence receipt and review of manual.

SIGNATURE:

NAME:

TITLE:

ENROLLMENT PROCESS WILL NOT BE COMPLETE WITHOUT THIS SIGNED FORM.

**FORM A**

# HYUNDAI PROJECT
# OCIP APPLICATION

This application is to be completed and returned to: **Marsh USA Inc., One Metroplex Drive, Suite 300 Birmingham, AL, 35209, Attn: Dawn Colby, within 48 hours of contract award.** Contractors and Subcontractors will not be permitted to begin field operations until Marsh USA Inc has issued appropriate Advices of Insurance. *Separate OCIP Applications must be completed for each contract or subcontract award.*

NAME OF YOUR COMPANY:_____

ADDRESS:_____

TELEPHONE #:_____    Fax:_____

TYPE OF ORGANIZATION: Corporation _____    Partnership _____    Sole Proprietor _____

Joint Venture _____    (List partners on Reverse Side)

CONTRACT NUMBER:_____    DATE OF AWARD:_____

PROPOSED START DATE:_____    PROPOSED COMPLETION DATE:_____

STATUS OF YOUR FIRM: Contractor (to HYUNDAI) _____:

Subcontractor:_____    Sub-Subcontractor:_____

Other (explain)_____

FIRM THAT AWARDED CONTRACT TO YOU:_____

(if you are not the Prime Contractor)

LOCATION OF PERSON RESPONSIBLE FOR PAYROLL RECORDS:_____

YOUR PROJECT REPRESENTATIVE:_____

ADDRESS:_____

TELEPHONE:_____

EMAIL:_____

YOUR INSURANCE REPRESENTATIVE:_____

ADDRESS:_____

TELEPHONE:_____

BRIEF SCOPE OF WORK:_____

YOUR ESTIMATED NUMBER OF EMPLOYEES ON THIS PROJECT:_____

YOUR CONTRACT AMOUNT: $_____    FED. I.D. #:_____

ESTIMATED MAN HOURS:_____

YOUR WORKERS' COMPENSATION MODIFIER:_____    EXPIRATION DATE:_____

YOUR WORKERS' COMPENSATION INSURER:_____

AGENT ADDRESS:_____

POLICY NO_____    PHONE NUMBER:_____    EXPIRATION DATE:_____

**FORM A**

## HYUNDAI PROJECT
## OCIP APPLICATION (CONT'D)

### ASSIGNMENT TO HYUNDAI:

I certify that the cost of insurance for those coverages provided by the HYUNDAI Owner Controlled Insurance Program (OCIP) have been indicated on Form B. Further, I hereby assign and transfer to HYUNDAI my company's right, title and interest to any and all returns of premium, dividends, discounts or other adjustments to the policies included in the OCIP. This assignment shall pertain to the policies now written and as subsequently modified, rewritten or replaced in the OCIP, including any additional amounts or coverages as a result thereof. I also assign our rights of cancellation of all insurance policies provided in this OCIP to HYUNDAI. This assignment is only valid for insurance policies whose premiums have been paid by HYUNDAI on behalf of our firm.

Date at:_____ this _____ day of _____,_____.

### CONTRACTOR'S AUTHORIZED REPRESENTATIVE:

(Signature)_____

(Printed Name)_____

(Title)_____

**FORM B**

# HYUNDAI PROJECT

# OCIP QUESTIONNAIRE

HYUNDAI has chosen to provide workers' compensation and general and umbrella/excess liability coverage on behalf of contractors and subcontractors working on this project. This approach to project insurance is commonly called an owner controlled insurance program (OCIP).

### INSURANCE PREMIUM WORKSHEET

Contractor: _____

Contract #: _____

Total Contract Amount:     $ _____

Estimated $ of Self Performed Work: _____

Estimated $ Lower Tier Subcontractor Work: _____

Change orders will require a revised cumulative worksheet to include all work to be performed for HYUNDAI or CONSTRUCTION MANAGER.

| Work Description | WC Code | Rate /$100 | Your Project-Site Payroll Estimate | Premium |
|---|---|---|---|---|
| *Estimated Workers Compensation Premium for this Project - Excluding your subcontractors (Please see your current WC Policy for WC codes and rates)* | | | | |
| 1. | | x | = | $ |
| 2. | | x | = | $ |
| 3. | | x | = | $ |
| 4. | | x | = | $ |
| 5. | | x | = | $ |
| Total Workers Compensation Premium | | | | $ |
| Employers Liability Increased Limit Premium | | | + | $ |
| Total Workers Compensation/Employers Liability Premium | | | = | $ |
| Experience Mod | | | X | $ |
| Subtotal Modified Premium | | | = | $ |
| Other Adjustments (explanation required – i.e., charge to fund deductible losses) | | | ( + ) | $ |
| **Total Workers Compensation Premium Estimate =** | | | | $ |

FORM B

# HYUNDAI PROJECT

## OCIP QUESTIONNAIRE (con't)

| II. Estimated Liability Insurance Premium for this Project - Excluding your subcontractors. (Please see your current GL and Excess policies for rates) | Rating Basis (i.e. Payroll or Revenue) | X | Rate | Your Project-Site Rating Basis Estimate (i.e., per $100 payroll; per $1,000 payroll; per $1,000 contract value) | Premium |
|---|---|---|---|---|---|
| **General Liability** (Including    Completed Operations) | $ | | | = | $ |
| **Umbrella/Excess Liability** | $ | | | = | $ |
| Subtotal | | | | = | $ |
| Other  Adjustments  (explain – i.e. charge to fund  deductible losses) | | | | ( + ) | $ |
| | | | | **Total Liability Premium Estimate:** | $ |

> **Workers Compensation Premium Estimate + LiabilityPremium Estimate = $**

If change orders are issued, a new *Insurance Premium Worksheet* must be completed.  This form should be cumulative (original scope of work plus all change orders issued to date) and sent with the monthly Payroll Report.

Contractor hereby warrants accuracy of the information provided above and agrees that HYUNDAI or its representative may audit the contractor's policies and payroll records to confirm accuracy.

Signed By:_____    Title:_____

Project Name:_____    Date:_____

**FORM C**

## NOTICE OF SUBCONTRACT AWARD

This form is to be completed every time you enter into a contract or subcontract.  Please submit Marsh USA Inc. at the address shown:

MARSH USA INC
Attn: Dawn Colby
One Metroplex Drive, Suite 300
Birmingham, AL 35209
Phone:  205-803-3248

## HYUNDAI PROJECT

BID PACKAGE NAME / NUMBER: _____

BID PACKAGE NUMBER: _____

AWARDING CONTRACTOR: _____

We have awarded a subcontract as follows:

Type of Work: _____

AWARDED TO: _____

Address: _____

City, State, Zip: _____

Telephone Number: _____

Fax Number: _____

E-Mail Address: _____

Date of Subcontract: _____

Estimated Contract Amount: _____

Probable Starting Date: _____

Probable Completion Date: _____

_____    _____    _____
Authorized Signature Awarding Contractor          Title                      Date

This form must be submitted each time a new subcontract is awarded.  This includes subcontractors who are working on existing projects and are already enrolled in the OCIP program.

## Instructions for Monthly Payroll Report (Form D)

- This form is to report payroll information so we can calculate workers' compensation premium allocations that will ultimately be forwarded to NCCI for experience modification purposes.
- Reports must be returned to Dawn Colby, OCIP Coordinator, by the 10th of each month.

**Explanations:**

Reporting Period - Can be all of your regular pay periods, which fall within a given calendar month.

Workers' Compensation Policy Number - Appears on your Advice of Insurance *and* your OCIP workers' compensation policy.

Code – A four digit workers compensation code assigned to an insured that identifies all or a portion of an insured's operation for rating purposes.

Class Description – Description of workers compensation classification code above (type of work).

Number of Employees - For each class code, show the number of employees that worked during the past month for which you are reporting HYUNDAI project contract payroll.

Regular Hours Worked – Total number of hours worked for *all* on-site employees for each class code paid in the last month.

Regular Wages - Total hours worked × straight time hourly rate (excludes bonuses, benefits or premium part of overtime) for *all* on-site employees for each class code paid in the last month.

Overtime Hours Worked – Total number of overtime hours worked for *all* site employees for each class code paid in the last month.

Overtime Premium Wages @ straight time rate – Total premium part of overtime wages @ straight time rate for *all* on-site employees for each class code paid in the last month.

Total Wages - Sum of regular wages and overtime premium wages (@ straight time rate) paid in the last month.

**Note:**

Premiums for the OCIP are paid by HYUNDAI.

**FORM D**

# WORKERS' COMPENSATION MONTHLY PAYROLL REPORT

**FROM:**   Contractor/Sub-contractor_____
            P. O. Box No._____
            Street Address_____
            City, State & Zip_____
            Telephone Number_____

**TO:**     Mrs. Dawn Colby – OCIP Insurance Program Administrator
            Marsh USA Inc.
            One Metroplex Drive, Suite 300
            Birmingham, Alabama  35209

            HYUNDAI EXPANSION – Owner Controlled Insurance Program
            Workers' Compensation Payroll Report (Project Site Labor Only)

            **Is this a final payroll report?**   ☐ Yes       ☐ No
            Contract No._____
            Reporting Period_____
            Workers Compensation Policy Number

\*Note:  Two copies of payroll report and summary report are required.

## Workers' Compensation

| Code | Class Description | # of Emps. | Reg. Hours | Reg. Wages | OT Hours | *OT Wages @ straight time rate | Gross Payroll @ straight time rate |
|------|-------------------|------------|------------|------------|----------|--------------------------------|------------------------------------|
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
|      |                   |            |            |            |          |                                |                                    |
| **TOTAL** |              |            |            |            |          |                                |                                    |

I certify the data reported above is correct.          Signed:_____

                                                        Date:_____

Payroll will be audited by the "Insurance Carrier" and monitored by the "Program Insurance Administrator".
**Attach Certified Payroll Report to this summary report.**  (Only requires to be signed by authorized person.)

\*     Straight-Time Payroll does not include the premium portion of overtime.
       Example:  If an employee works 44 hours @ $15/hour (straight-time), only report the $660 in this report.

**FORM E**

# NOTICE OF WORK COMPLETION

This form should be completed each time you complete work under a contract or subcontract, and submitted to:

To:    **Marsh USA Inc.**
**One Metroplex Drive, Suite 300**
**Birmingham, AL 35209**
**Attn: Dawn Colby**

## Owner Controlled Insurance Program

The following participant has completed his work on the contract identified below:

Bid Package Name / Contract #:_____

Your Company:_____

Name of Person to Contact for Audit:_____

Prime Contractor:_____

Total Value of Prime Contract: $_____
(including value of subcontracted work)

Your Final Self Performed Contract Value: $_____

| Subcontractor(s) to your company, if any | Final Contract Value (self-performed work only) | Completion date (last "day" on site) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(use a separate sheet, if needed)

Please verify that all on-site payrolls have been submitted to our office at the address shown above.

As per your contract, your retainage may not be released until all payrolls have been submitted and payroll audits are performed. This is inclusive of your subcontracted work.

# Authorization For

# HYUNDAI (Payor) Access to Claim Files

Date: ___/___/___

TO:

In connection with certain policies of insurance issued by CARRIER and/or one of its insurance company affiliates (the "Insurer") and naming as insured(s), under which Policies ("the Policies") are provided coverage in connection with losses incurred at the site described in the Policies, we hereby recognize HYUNDAI as Payor under the Policies.

In exchange for HYUNDAI providing coverage under the Policies and as described in the Policies, we hereby authorize and consent to HYUNDAI access to file notes and claim information in connection with individuals covered under the Policies.

Unless prohibited by applicable law or regulation, this Agreement and any modification thereof shall be governed and construed in accordance with the laws of the State of Alabama.

Very truly yours,

_____

Contractor

By: _____

_____        _____
Name                       Title

Policies:    Workers' Compensation, General Liability, and Umbrella/Excess Liability

**ATTACHMENT 16.7**

**Site Environmental Safety & Health Program Requirements**

1071308 v3

## "Site Environmental, Safety & Health Program Requirements"

The requirements listed herein shall not relieve Contractor from complying with the Occupational Safety and Health Act (OSHA) or any other contractual requirements.

**1.0     DEFINITIONS**

Environmental Safety & Health (ES&H) PROGRAM - All of the elements which the company uses to protect the health and safety of the workers, the environment, and the public. This program includes the continuing identification of hazards or potential problems, the design of control measures, the implementation of controls, and the evaluation of the controls.

Environmental Safety & Health (ES&H) POLICIES & PROCEDURES – Requirement presented in the ES&H Policies and Procedures Manual which state Owner or its Construction Manager's method of complying with regulations promulgated by the Occupational Safety and Health Administration and the U.S. Environmental Protection Agency as well as those practices that are determined to be the "BEST WORK PRACTICES" by professionals in occupational and environmental health and safety.

Environmental Safety & Health (ES&H) PLAN - Those site specific Health, Environmental, and Safety Plans, Hazard Communication Programs, Respiratory Protection Programs, Confined Space Entry Programs, Fall Protection Programs, Bloodborne Pathogen Exposure Control Plans, etc. that describe how the requirements of the Rust Program and the ES&H Policies and Procedures Manual will be met at the Jobsite.

Environmental Safety & Health (ES&H) MANUAL - The book, binder, electronic media, or document that contains the ES&H Plan, ES&H Policies & Procedures, and other ES&H material.

**2.0     ENVIRONMENTAL SAFETY & HEALTH REQUIREMENTS**

Contractor's work shall be performed in accordance with this document, federal, state, local requirements, and other Contract Documents. Where these documents address the same subject, the most stringent requirement shall apply.

**2.1     ENVIRONMENTAL SAFETY & HEALTH PROGRAM**

Before starting work, each Contractor shall submit its written ES&H program (or adopt the Owner or it's Construction Manager ES&H program as its own) for the Construction Manager's review and comment. The submitted program shall contain the ES&H plans and meet the requirements of the Project Environmental Safety and Health Program. All Contractor's employees shall follow the plans outlined in their ES&H program while on the Site. Types of plans required shall include but not be limited to fall protection plans, confined space entry plans, blood borne pathogen plans, lock out/tag out, and respirator plans. The submitted plans are accepted for information only. The plans may be reviewed and comments returned, however any review will not waive the requirement to fully comply with Owner or its Construction Manager's safety requirements and all federal, state and local regulations.

**2.2     ENVIRONMENTAL SAFETY & HEALTH ORIENTATION**

Each Contractor, Subcontractor and Supplier employee shall attend a site-specific Environmental Safety & Health orientation approved by the Construction Manager before beginning work on the site.   Orientation attendance shall be documented and furnished to Construction Manager upon request. Contractor shall comply with the following requirements:

On the first day of work, new or rehired employees attend a general orientation on Company ES&H policies.

Contractor's supervision team demonstrates accountability for safety by orientating new employees to crew and company specific safety procedures during tool box safety meetings. These special tool box meetings should be conducted within the first three (3) weeks after an employee starts to work on the Project.

Construction Manager will supply a sticker to be worn on the hard hat of each new employee at the completion of the orientation.

Orientation attendance rosters and all other documents relating to new employee safety training and orientation shall be maintained at the Jobsite until project closeout.

### 2.3    ENVIRONMENTAL SAFETY & HEALTH TRAINING

ES&H training shall be conducted as described in 29 CFR 1926.21. All training required by OSHA, EPA, State, or Local agencies for the specific task being performed by the Contractor is mandatory. Examples of such training include, but are not limited to:

> New Hire Orientation
> Hazard Communication
> Lock/Tag/Try
> Equipment Inspections
> Competent Person Training
> Confined Space Entry Training
> Excavation Training
> Training for working with lead, arsenic and or cadmium (when applicable)
> Specific personal protective equipment (PPE) training

The Contractor's Jobsite supervisor shall ensure that ES&H training is started before personnel start work and continues throughout all phases of the Work. The Contractor shall inform each employee of his/her responsibility to work safely and prevent occupational injury and illnesses. The Contractor's Jobsite supervisor shall hold a safety meeting for its personnel each week. Meeting topics and attendance shall be documented and furnished to the Construction Manager.

### 2.4    ENVIRONMENTAL SAFETY & HEALTH AUDITS

Contractors shall comply with the provisions of 29 CFR 1926.20.

The Contractor's Jobsite supervisor shall participate with Construction Manager's Representative in a weekly field ES&H audit of all Contractor's work areas. A written report of the audit findings and their resolutions shall be submitted to the Construction Manager on a weekly basis. The Contractor shall also inspect its work daily and correct all unacceptable conditions.

### 2.5    ENVIRONMENTAL SAFETY & HEALTH MEETINGS

Contractors shall comply with the provisions of 29 CFR 1926.20.

The Contractor's Site supervisor and health and safety representative shall attend a meeting with Construction Manager's Representative each week to discuss ES&H matters.

### 2.6    PERSONAL PROTECTIVE EQUIPMENT

The Contractor employees shall wear all applicable personal protective equipment (PPE) as required in 29 CFR 1926.28, 1926.100, 1926.101, 1926.102, 1926.103, 1926.104, 1926.105, 1926.106.

This shall include but not be limited to:

- Hard hats (including welders).

- Industrial quality leather work boots. Boots shall be of solid leather construction with hard soles and shall extend above the ankle. Other non-leather types of fabrics used in the

construction of the boot will not be allowed.

- Eye protection. All components (frames, lenses, and side shields) shall conform to ANSI Standard Z87.1. Slip-on, flexible plastic side shields are not permitted.

- Safety glasses shall be worn in all areas of the project except in offices, gang shacks, and vehicles. Visitor spectacles, conforming to ANSI Standard Z87.1, worn over prescription glasses will be permitted. Unless otherwise protected by means approved by the Construction Manager, Contractor shall require the use of leather or cut resistant gloves while handling sheet metal, rough or unfinished lumber, metal bands, and other materials likely to cause hand injuries.

- Other types of PPE, for example; respirators, hearing protection, chemical resistant gloves, suits, aprons, etc. will be required for the work activities they protect against.

## 2.7    BARRICADES/GUARDRAILS

All barricades and guard rails shall be erected and maintained as required in 29 CFR 1926.500, 1926.503, 1926.550 (a), 1926.202, 1926.203

The Contractor shall furnish, erect, maintain, and dismantle all barricades required for their work. The use of red barricade tape shall be at the discretion of the Construction Manager and Environmental Safety and Health Professional. The barricades shall be removed from the work area when they are no longer needed. All barricades shall be labeled with the Contractor's name.

Barricades shall be constructed and maintained as described below:

- Warning systems (tape and stand) - Tape shall be supported only by stands or posts acceptable to Construction Manager. Stands or posts subjected to wind shall be weighted or otherwise secured so they remain erect.

- Protective barricades (rigid) - Rigid barricades shall consist of guard rails and midrails meeting the OSHA definition of "standard railing" Section 1926.500(f)]. All rigid barricades are to be equipped with an entrance/exit "gate". Protective barricades are required as a minimum:

> Around unsloped excavations over 4 ft. in depth
> Around floor openings
> At floor and roof edges
> At elevated wall openings
> On scaffold platforms where required

## 2.8    CONSTRUCTION EQUIPMENT & VEHICLES

Construction equipment shall be operated, maintained and stored in accordance with the requirements of OSHA standards 29 CFR 1926.602, 1926.251, 1926.550

### 2.8.1    Crane Suspended Work Platforms

The use of crane suspended work platforms is discouraged and will be permitted only if per OSHA criteria and there is no other feasible method of access.

The Contractor shall submit a detailed plan of its proposed work platform and rigging method for Construction Manager's review before conducting any work from a platform suspended from a crane. Anti-two-block devices are required on all cranes.

Contractor shall comply with the following requirements for crane suspended work platforms, man lifts, or bucket trucks: Operator training shall be the Contractor's responsibility. Documentation of the training shall be furnished to Construction Manager upon request. Personnel shall use safety harness with the lanyard secured to the platform.

Personnel shall perform their work while standing on the platform floor. Standing on the top rail, mid rail, or toeboard will not be permitted.

Equipment will not be moved when the boom is elevated in a working position with workers in the basket or on the platform unless equipment was manufactured to perform functions as stated in writing by the manufacturer. Rigging from the platform or boom will not be permitted.

No one shall be permitted to operate a lifting device (material or personnel) unless they have been properly trained per the manufacturer's requirements. Documentation of the training shall be available to Construction Manager. The manufacturer's operating instructions shall accompany the device.

## 2.8.2   Rigging Plans

A rigging plan shall be submitted to the Construction Manager no later than 15 calendar days before any critical lift is scheduled to be made. A lift is considered critical when any of the following conditions exist:

1.    The load exceeds 80% of the crane capacity in the configuration to be used during the lift.
2.    Lifts involving more than one crane to handle a common load.
3.    Any lift greater than 20 tons

The rigging plan shall include:

Manufacturer, model, and capacity of the crane(s)
Capacity charts of the crane(s)
Working radius of the crane(s)
Boom length of the crane(s)
Weight of the load including rigging
How the weight of the lift was determined
Size and capacity of all rigging hardware (slings, shackles, etc.)
A plot plan showing crane location with pick, swing and set points.

If requested by the Construction Manager, the Contractor shall submit a rigging plan no later than 7 calendar days before each non-critical lift is scheduled to be made.

## 2.8.3   Vehicles

Contractors shall comply with all of the requirements of 29 CFR 1926.600, and 1926.601.

In addition:

- All employees operating vehicles and the passengers in those vehicles are required to wear seat belts at all times. Vehicles must have a firmly attached seat for each passenger except for vehicles exempted by the Department of Transportation.

- Drivers must have a current, valid vehicle operator's license. Employees must be seated, with arms and legs inside of the vehicle. Employees may mount or dismount vehicles only when fully stopped. Only three people may ride in the front seat of a truck.
- When repair work or maintenance of any sort is performed on any vehicle, the parking brake shall be set and the wheels chocked to prevent movement of the vehicle.

All vehicles used on site shall be equipped in accordance with state and local laws and regulations. The Project requires the following equipment:

Non-glare rear-view mirror
Left-hand outside rear-view mirror
Turn signals
Two windshield wipers
Snow tires and chains, where conditions warrant
A back-up alarm audible above the surrounding noise levels is required on:
All earth moving vehicles
All other vehicles used in the work area in association with construction which have restricted rear
view through the rear window or do not have a rear window.

**Note:**  ON SITE FUEL STORAGE IS NOT ALLOWED ON THE JOBSITE.

PETROLEUM WASTE: Oil changes and similar maintenance activities are preferred to be done off-site. If it is necessary to do this work on site, a qualified person must perform the work and ensure that proper protection is provided to avoid a spill.  The dispensing of fuel into equipment shall be performed only over something that will catch any spills.  All equipment shall be grounded prior to the fueling operation starting. The contractor is responsible for containing such waste. Waste shall be removed by the Contractor in accordance with all applicable Federal and State laws.

## 2.9     OBSTRUCTING ACCESS TO EQUIPMENT

Access to exit doors, electric or elevator panels, and fire extinguishers or other emergency equipment shall not be blocked at any time.

## 2.10    SCAFFOLDS

Scaffolds shall be erected, used, maintained and dismantled as described in 29 CFR 1926.451

In addition:

- The competent person will assess the structural integrity of scaffolding systems. All workers shall tie off with a safety harness when there is no (or an incomplete) handrail, when there are openings over 12 inches in the working platform, or when on suspended working platforms.

- A scaffold which is ready for use shall be tagged with either a green or a yellow tag.

   A green scaffold tag designates a complete scaffold as defined by the manufacturer.

   A yellow scaffold tag designates a scaffold which is not complete but which is altered to suit a specific job and may be used safely with 100% tie off.

   A red tag designates a scaffold is in the process of being erected. changed, or dismantled and shall be considered unsafe and shall not be used.

A competent person shall determine whether a usable scaffold receives a yellow or a green tag.

The scaffold tag shall be affixed to each scaffold access ladder 5 to 6 feet from its base.

Weekly inspections shall be performed by a competent person to ensure that all tags are legible and in good condition and all scaffolds are safe.

Any scaffold which must be specially adapted to the work place must be approved by a qualified supervisor and environmental, safety and health professional.

Scaffold handrails shall be a minimum of 39 inches above the work platform.

## 2.11    FALL PREVENTION

The provisions of 29 CFR 1926.500, 1926.501, 1926.502, & 1926.503 concerning fall protection shall be adhered to at all times.

All employees exposed to a fall of 6 feet or more shall use 100% fall protection.
In addition, the Contractor shall provide a fall protection plan to the Construction Manager that identifies potential fall hazards and the method the Contractor shall use to prevent falls.

## 2.12    GROUND FAULT PROTECTION/ASSURED GROUNDING

The provisions of 29 CFR 1926.404 shall be followed concerning ground fault protection.

Contractor shall provide ground fault circuit interrupter protection for all cord sets, receptacles, and electrical tools and equipment connected by cord and plug which are used or available for use by employees. Use of permanent building receptacles require GFCI. GFCI shall be tested quarterly and the testing shall be documented.

A monthly assured grounding program is in place in addition to GFCI protection. Color coding of electrical hand tools and extension cords following inspection by competent persons shall be consistent with the project color coding scheme.

## 2.13    GAS CYLINDERS

Compressed gas cylinders shall be operated, maintained and stored as required in 29 CFR 1926.350.

In addition:

When compressed gas cylinders are used they shall be properly secured on two-wheel hand trucks designed for this use and brought into buildings only as needed and removed as soon as work is completed or tanks are emptied. Unless individual cylinders are equipped with regulating devices, they shall have the safety cap secured in place.

All cylinders shall be broken down with regulators removed and protective caps screwed down hand-tight at the end of each shift.

### 2.14    TOOL INSPECTION

All tools used or to be used by the Contractor shall be stored, used and maintained as described in 29 CFR 1926.951.

In addition:

- All Contractor-furnished portable tools and equipment are subject to Construction Manager inspection at any time while on the project site.

- The Construction Manager retains the right to prohibit or restrict the use of tools and equipment determined to be in unsafe working condition.

### 2.15    PROJECTING MATERIALS/IMPALEMENT HAZARDS

Projecting materials shall be protected or guarded as described in 29 CFR 192 & 701 (b).

Reinforcing steel or similar material projecting above horizontal surfaces shall be capped or otherwise protected to prevent the possibility of impaling personnel. Plastic caps are not approved for falls of six (6) feet or more above vertical projections. Use covers of wood or other approved material.

### 2.16    LOCK-OUT/TAG-OUT PROCEDURES

The Contractor shall follow the requirements mandated in 2 CFR 1926.417 concerning lock-out/tag-out.

In addition:

The Contractor shall follow the Site's lock, tag and try procedure before starting work on existing process or electrical systems and new systems which have been placed in commission. The Contractor shall provide all locks and tags required to comply with the site procedure.

### 2.17    SAFETY VIOLATIONS

Employees who repeatedly violate health and safety requirements will be denied access to the Site.

In the event of health and safety violations or unsafe practices involving imminent danger to the Construction Manager or Contractor personnel, immediate action shall be taken to stop work and correct the hazardous situation. If violations continue or corrective actions are not taken after a reasonable period of time, the Construction Manager's option of terminating the contract in accordance with terms of the contract will be considered.

### 2.18    REPORTING INJURIES/ILLNESSES/INCIDENTS

The Contractor shall immediately notify the Construction Manager of any occupational injury/illness or potentially serious hazard to personnel on the site. Each OSHA recordable injury shall be investigated by the Contractor's site supervisor and by the Construction Manager's Safety & Health Committee. The Contractor shall submit a detailed report to the Construction Manager within 24 hours of the injury, illness or incident.

A monthly Safety Performance Report shall be submitted to the Construction Manager by the third Friday of each month.

## 2.19    HOUSEKEEPING/CLEAN UP

The Contractor shall clean up and remove all scrap materials and waste materials that accumulate from its operations on a daily basis. The scrap shall be placed in approved containers provided by the Owner.

Should the Contractor fail to keep its work areas clear of debris, the Construction Manager may remove the debris on a time-and material basis and back-charge Contractor.

The Contractor shall segregate the waste containers as needed. Any containers that contain hazardous materials, hazardous waste or waste oil shall be labeled as required in 29 CFR 1926.59, 40 CFR Part 281 and 40 CFR Part 279 respectively. The Contractor shall empty the containers at frequent and regular intervals, or as directed by the Construction Manager.

## 2.20    ALL CONTRACTOR BUILDINGS AND TRAILERS

Trailers shall be blocked up in their final position and tied down every 10 feet with over the trailer or frame straps according to all state and local requirements.

Buildings and trailers shall have a fire extinguisher rated 10 A:B:C or higher. Buildings and trailers shall be properly grounded if supplied with electricity. The main office building or trailer shall have a sign prominently posted, indicating the person's name and telephone number to contact in case of emergency at any time.

## 2.21    LADDERS

The Contractor shall follow the requirements mandated in 29 CFR 1926.951 concerning maintenance and work on/around ladders.

Only light, short-term work shall be performed from ladders. Ladders shall not be placed in front of doors that open toward the ladder unless the door is locked or otherwise guarded. If work is to be performed from a ladder, it must be secured at all times.

Straight ladders shall be secured to prevent displacement. When ascending or descending ladders, workers are to face the ladder.

Carrying material up or down ladders is not acceptable. Ladders shall be inspected before each use and monthly for deterioration and damage.

## 2.22    FIRE PROTECTION

The Contractor shall comply with all requirements of 29 CFR 1926.150 - 29 CFR 1926.155.

Contractor's employees will be oriented on the fire alarm and evacuation procedure.

Smoking will be permitted only in areas designated by the Construction Manager. The Contractor shall furnish a metal butt can and fire extinguisher in each designated smoking area.

Contractor shall furnish fire extinguishers as required by OSHA and the NFPA.

Dirty and oily rags shall be kept in labeled fireproof metal containers with self-closing lids and removed from work areas daily.

## 2.23    SANITATION/POTABLE WATER

**Contractors shall comply with the requirements of 29 CFR 1926.51**

Drinking water containers shall be cleaned and sanitized on a daily basis according to the following steps:

The individual assigned to the task of cleaning the containers shall wash his/her hands with soap and water and put on disposable or rubber gloves. The outside of the container shall be rinsed off prior to opening the container. Containers are to be washed with a detergent daily. Hot water shall be used when available. Dish washing liquid and a scrub brush or sponge shall be used to clean the containers. Containers are to be rinsed with clean water to remove all soap residue.

Containers are to be sanitized:

Rinse containers in a solution of 2 tablespoons of chlorine bleach in one gallon    of water.
Rinse containers in clean water.

## 3.0    PERMITS

**3.1**    Safe Work Permits will be required on a daily basis for cutting/burning activities which involve the Owner's facility or their structures. This includes close proximity to any flammable or combustible materials which cannot be moved at least 20 feet away from the work. Safe Work Permits are provided through the Construction Manager's safety office. The Contractor shall submit a completed Safe Work Permit request to the Construction Manager 1 work day (typically 24 hours) before work is scheduled to start.

**3.2**    Safe Work Permits will be required for use of construction equipment within 15 feet of any overhead electric power line.

Vessel and Confined Space Entry Permits will be required daily for any work inside a vessel or other confined space (i.e., any area which must be entered through a restricted opening, such as tanks, vessels, ductwork, vessel skirts, manholes, etc.). Contractor shall fill out the necessary permit forms and submit them sufficiently (typically 24 hours) in advance to allow all required approvals  to be obtained before work in the vessel or confined space is scheduled to start.

Continuous monitoring equipment shall have audible alarms.  Contractor shall utilize personnel who have been trained in equipment operation and emergency retrieval procedures.  Documentation of the training shall be furnished to Construction Manager.  Contractor shall document all calibration of atmospheric testing equipment  as well as the results of all atmospheric tests conducted. This documentation shall be available for
review by the Construction Manager.  An excavation permit will be required to begin all digging operations using mechanical equipment or where digging is expected to interfere with traffic flows in the area. Continuations of previously authorized work without an additional permit shall be at Construction Managers discretion. The Contractor shall hand excavate when within five (5) feet of all identified underground services when mechanical excavating equipment is being used.

**The Contractor shall notify the Construction Manager if the excavation will interfere with or cross an existing facility roadway by checking the appropriate box on the permit.**

## 4.0    OCCUPATIONAL HEALTH/INDUSTRIAL HYGIENE PROGRAM

## 4.1    WORK AREA HAZARD ASSESSMENT

The Contractor shall assess the work area and determine the potential for exposure to chemicals and physical agents regulated by OSHA or The American Conference of Governmental Industrial Hygienists (ACGIH). Following the identification of potential hazards the Contractor shall monitor the work area to quantify employee exposure. All monitoring equipment shall be calibrated according to manufacturer specifications. Laboratory analysis shall be done by an American Industrial Hygiene Association (AIHA) or Environmental Protection Agency (EPA) accredited laboratory, whichever is applicable. Contractor shall adhere to all requirements of 29 CFR 1926.55. In addition, any chemical specific requirement must be followed, if applicable.  Examples include but are not limited to:

> Lead
> Cadmium
> Asbestos
> Vinyl Chloride
> Benzene

## 4.2    RESPIRATORY PROTECTION PROGRAM

Before any employee uses respiratory protective equipment, Contractor shall furnish Construction Manager proof of compliance with OSHA Section 29 CFR 1926.103, including the following documentation:

> Written Respiratory Protection Plan
> Medical approval for each employee to use respiratory protective equipment.
> Training records indicating each applicable employee and supervisor has been trained on the use, limitations, and storage of the particular respirator chosen.
> Fit test records for each type of respirator the employee is qualified to use.

## 4.3    HAZARD COMMUNICATION

The Contractor shall comply with the requirements of OSHA's Hazard Communication Standard 1926.59 and all applicable state and local hazard communication requirements.

The Project considers hazardous materials and waste minimization efforts an essential element in reaching the project goal of zero environmental infractions and no injuries to employees.

Some key elements include:

- Developing and implementing a written hazard communication plan for the site.
- Employee training in handling hazardous materials.
- The development and maintenance of a list of hazardous chemicals used on the project.
- Obtaining and maintaining Material Safety Data Sheets (MSDSs) for all hazardous chemicals.
- Labeling the containers of hazardous materials.

The Contractor shall obtain Construction Manager's approval before introducing any hazardous materials onto project site.

**Note:**

- If a spill of a hazardous material (fuel, oil, antifreeze, etc.) occurs on the site, the material and any contaminated matter at least 6" of additional material from the sides and bottom (soil, vegetative material, etc.) must be collected, labeled, stored, removed and disposed of by the Contractor in accordance with all applicable State and Federal laws. All spills shall be

reported immediately to the Construction Manager Safety Department. **Do Not** throw any hazardous materials in any dumpster or on the ground.

- All fueling operations from tankers shall have a person from the receiving contractor monitoring the operation to ensure correct procedures are used to prevent spills.
- All threading machines shall be used over a drip containment tray with absorbent materials and shall be under a roof. Contractors shall maintain an adequate supply of absorbent material on site to absorb any potential spill of their materials.

## 4.4    NOISE AND HEARING CONSERVATION

Contractors shall comply with the requirements of 29 CFR 1926.52 and 29 CFR 1926.101.

## 4.5    WORK WITH OR AROUND ASBESTOS-CONTAINING MATERIALS

Contractors shall comply with the requirements of 29 CFR 1926.1101. If suspect asbestos containing materials are identified that might be disturbed the following actions shall be taken:

- Stop all work in the immediate area.
- Isolate the area to prevent disturbance of the material.
- Contact the site ES&H professional.
- Prior to a demolition or renovation project, the facility or impacted area of the facility shall be inspected by an accredited inspector for asbestos containing materials.
- Ensure that proper notification(s) have been made prior to the start of any asbestos abatement activities.
- Pre-job submittals shall be obtained and reviewed before a notice to proceed is given to the asbestos abatement contractor.
- Personal and perimeter air sampling shall be performed daily during the asbestos abatement activities. The sampling shall be performed by a third party consulting firm, or a Construction Manager representative.
- Asbestos removal contractors shall maintain a current log of all persons who enter and exit the enclosure, and the time they enter and exit. Post-job submittals are required after the project is completed.

## 5.0    SAFETY REPRESENTATIVE

Contractors shall have a safety professional as a member of its organization at the Jobsite whose duty shall be monitoring Contractor's compliance with the requirements of this document and preventing unsafe conditions and accidents. Contractor shall submit the qualifications of all proposed safety professionals to the Construction Manager for his review and consent before mobilization to the Jobsite.

If, at any time, the Contractor's actual work force exceeds a total of one hundred (100) employees, Contractor shall assign an additional full time safety professional to the Jobsite.

**ATTACHMENT 16.7(2)**

**Owner's Drug and Alcohol Policy**

## Owner's Drug and Alcohol Policy

### Expectation of Contractor compliance with Hyundai Motor Manufacturing Alabama, LLC Drug and Alcohol Policy

Hyundai Motor Manufacturing Alabama, LLC (HMMA) maintains a strong commitment to its clients, employees and contractors to provide a safe work place and to establish programs promoting high standards of safety. Consistent with the spirit and intent of this commitment, HMMA expects employees to report for work in proper condition to perform their duties. This intent of the HMMA Drug and Alcohol Policy attached hereto is to prevent the use and the presence of controlled substances and alcohol on this Project.

Contractors, their sub-tier contractors, and all employees working on this project will be expected to adhere to and abide by this policy. Violation of the policy may result in removal from the Site. HMMA expects the cooperation of its contractors and their sub-tier contractors in complying with this policy.

The Drug and Alcohol Policy permits, among other actions, searches of employees of contractors and sub-tier contractors and their personal property, including automobiles on Owner's property. Canine searches and supervisory observation are also included. Any employee, contractor employee or its sub-tier contractor employee assigned to this Project will be required to submit to chemical screening in order to remain assigned to this Site. Also, subsequent chemical screening may be required of any HMMA contractor employee or its sub-tier contractor employee for reasonable cause of suspicious behavior or activity, including accidents. Upon request, Contractor will certify to HMMA management that all of these requirements have been met for all its contractor and sub-tier contractor employees on this Site.

If Contractor lacks the facilities or expertise to provide chemical screening of its employees, Contractor shall inform HMMA and HMMA will provide these services for Contractor at Contractor's expense. This policy will be made a part of the Contract between HMMA and Contractor prior to commencement of the Work.

I, _____, a duly authorized representative of _____, have read and understand the above. I certify that my company and its employees and sub-tier contractors and their employees will adhere to and abide by HMMA's Drug and Alcohol Policy.

_____
Signature

_____
Date

I071308 v3

"**Drug And Alcohol Policy**"

## STATEMENT

In the interest of promoting a safer, healthier and more productive environment, the Owner has adopted a policy of only hiring employees who are drug free and continuously maintaining a drug free workforce.

Our policy is that all of our employees must be drug free in the workplace. That is, employees must be free from detectable amounts of controlled substances, or metabolites, without regard to impairment. We have also adopted the policy that all employees must not be impaired by alcohol in the workplace.

This policy must be adopted by all contractors/subcontractors while working on the project. At the request of Owner management, the contractors/subcontractors must demonstrate compliance with the agreed policy to a representative nominated by the Owner. The contractor/subcontractor must provide a signed copy of the Consent and Release Agreement for Substance Screens and Searches, or other agreed document, when requested to do so.

For the purpose of this policy, the term "controlled substance" means any drugs, the use or distribution of which is controlled by law and includes among others, marijuana, hashish, cocaine, hallucinogens, amphetamines, barbiturates, and heroin.

The only exceptions to this statement are drugs prescribed by a licensed medical practitioner and over the counter drugs, when used in the prescribed doses and where a licensed medical practitioner has certified that the drugs used do not constitute a safety risk in the circumstances of the occupation. The Owner reserves the right to have its own licensed medical practitioner make this determination. The decision of the Owner medical practitioner shall be final.

The Owner will not disseminate the results of any drug screens, administered pursuant to this policy, to any person who does not have a need to know and will hold the results in strict confidence.

Failure to comply with the policy will lead to the dismissal of our employees, and to the prohibition of entry to the jobsite for the employees of other companies.

## POLICY

A.    **POSSESSION OF DRUGS AND ALCOHOL ON OWNER PREMISES**

1.    The use of a controlled substance by the employee at any time on Owner premises or off premises on Owner business, or prior to work time, during working hours, or during breaks or lunch periods is grounds for immediate termination of employment.

2.    The sale or transfer of a controlled substance on Owner property, or while engaged on Owner business, is grounds for immediate termination of employment.

3.    The possession of a controlled substance, including paraphernalia with the residue of a controlled substance on Owner property, either on the employee's person or in an employee's personal vehicle, locker, or other personal property, is grounds for immediate termination of employment.

4.    No alcohol will be brought into, kept or consumed on Owner premises.

5.    The possession of alcohol on Owner property, on the employee's person, in an employee's personal vehicle, locker, toolbox or other personal property, is grounds for immediate termination of employment.

B.    **WORKING UNDER THE INFLUENCE OF DRUGS OR ALCOHOL**

1.    Working with a controlled substance in the system, except as prescribed by a physician and approved by the Owner, is grounds for immediate termination of employment.

1071308 v3

2. Working under the influence of alcohol above the limits prescribed is grounds for immediate termination of employment.

3. An employee of a contractor/subcontractor who tests positive for drugs or where the blood count is over 0.100% by volume of alcohol, will be subject to immediate removal from the jobsite.

4. Former project employees will be considered for re-employment only after the following three conditions have been met:

    a. Sixty (60) days must have elapsed since the date of his/her initial test,
    b. The employee must have received a negative result on the drug screening re-test, and
    c. Management reserves the right to re-test the employee at any time within a one year period following his/her re-employment.

## C. EXCEPTION

1. The only exception to this policy concerning the possession and use of drugs on Owner premises or working with a controlled substance in the system, are drugs prescribed by a licensed medical practitioner and over the counter drugs, when used in the prescribed doses and where a licensed medical practitioner has certified that the drugs used do not constitute a safety risk in the circumstances of the occupation. The Owner reserves the right to have its own licensed medical practitioner make this determination. The decision of the Owner medical practitioner shall be final.

## PRE-EMPLOYMENT SCREENING POLICY

A. Any employee of the Owner, other contractors/subcontractors, or vendors who expects to work on the project for at least three (3) consecutive days will be required to submit appropriate specimens (urine, blood, or other) for testing to ensure compliance with this Drug and Alcohol Policy. Submission to a pre-employment drug test is a condition of working on the project.

B. The Owner may allow, at the discretion of the President, employees to commence work on a conditional basis pending the receipt of their test results. Such person's conditional authorization to work on the project premises, however, must be immediately revoked if their test results are positive (indicating the presence of a prohibited substance).

C. Any Owner job applicant or contractor/subcontractor employee testing positive on the pre-employment test shall not be considered for employment and, if already working on a conditional basis, shall be immediately removed and denied continued access to the project.

D. Anyone testing positive on the pre-employment screen will not be offered employment for sixty (60) days.

## TESTING BASED UPON REASONABLE SUSPICION

Tests for the use of a controlled substance or alcohol will be administered if there is some reason to suspect that any employee of the Owner, other contractor/subcontractor, or vendor may be using illegal drugs or working under the influence of alcohol.

As a condition of continued employment, any employee of the Owner, other contractor/subcontractor, or vendor must submit appropriate specimens (urine, blood, or other) for testing when management has reasonable suspicion that the person is under the influence of drugs, or that the person is impaired by alcohol such that the alcohol content in his/her blood is greater than 0.100% by volume.

If the project employee refuses to submit a sample for testing when asked to do so, he/she will be subject to immediate dismissal, or removal from the project.

The following conditions will be considered a basis for any employee of the Owner, other contractor/subcontractor, or vendor to be tested for use of a controlled substance:

A.    Involvement in an avoidable accident which results in injury to the employee or a fellow employee or that causes property damage.

B.    Involvement in a safety threatening situation that could cause injury or property damage.

C.    Regular or recurrent violation of the applicable employer's attendance and tardiness control policies.

D.    Conviction of the employee for violation of state or federal criminal laws prohibiting the possession, use or sale of controlled substances.

E.    Circumstances which give rise to a reasonable suspicion that the employee:

    1.    Is under the influence of controlled substances or alcohol while present on the Owner's premises, or during working hours;

    2.    Has sold or transferred a controlled substance on Owner property; or

    3.    Has possessed a controlled substance or alcohol on Owner property without proper authorization.

## RANDOM TESTING

To provide added assurance of a safe, drug-free workplace, all persons employed on the project, including any employee of the Owner, other contractor/subcontractor, or vendor will be required to submit appropriate samples for random testing, subject to applicable state and local laws. A testing organization and random selection procedure designated by the Owner will be employed to ensure the integrity of the results and the nondiscriminatory selection of persons tested.

Owner or other contractor/subcontractor or vendor employees who are unavailable for random testing, due to sick leave or other pre-scheduled events, will not be tested. Rather, the names and random selection of such persons shall be kept confidential, and they will be tested immediately upon returning to the project site. Random tests are unannounced and subject to be given as determined necessary.

## RIGHT OF SEARCH

A.    As a condition of employment, any employee of the Owner, other contractor/subcontractor or vendor recognizes and agrees that entry into a controlled project site and presence on our property constitutes consent to the inspection of any employee's vehicle and personal effects while entering, leaving, or on the project site.

B.    As a result of such search, any site employee who is in violation of the drug and alcohol policy will be subject to immediate dismissal.

C.    Any employee refusing to permit such an inspection will also be subject to immediate dismissal.

D.    Non-Owner employees working on our job sites who, as a result of a search, are in violation of the drug and alcohol policy, or refuse to permit an inspection, will be asked to immediately leave the site and will be refused admittance to the site.

## DRUG PANELS AND LEVELS

| DRUG | SCREENING LIMIT | CONFIRMATION LIMIT |
|------|-----------------|--------------------|
| Amphetamines | 1000 ng/ml | 500 ng/ml |
| Barbiturates | 300 ng/ml | 300 ng/ml |
| Cocaine Metabolite | 300 ng/ml | 150 ng/ml |
| Opiates | 300 ng/ml | 300 ng/ml |
| Phencyclidine | 25 ng/ml | 25 ng/ml |
| THC | 20 ng/ml | 15 ng/ml |

1071308 v3

## CONSENT AND RELEASE AGREEMENT
## FOR SUBSTANCE SCREENS AND SEARCHES

In order to be eligible for employment on the Owner Project (or project of the Owner's subsidiary or affiliate), I understand that I must submit appropriate specimens (urine, blood, or other) for drug screening and pass such screening (indicating an absence of any prohibited substance). I further understand that, if employed by the Owner, other contractor, subcontractor or vendor, I may be required to submit to additional drug screens as a condition of continued employment.

I understand that, if employed on the project, I may be subjected to searches of my person and property (i.e., lunch box, vehicle, and toolbox), and agree to cooperate fully in any such search or investigation. By signing this form, I acknowledge my consent to submit to any requested substance screen or search, and to the release of the results of such screen or search to representatives of the Owner and other persons who have a legitimate need to know such information.

I agree to hold harmless and not to sue the Owner or its subsidiaries or affiliates, the owner or my employer for any and all claims or causes of action arising from the administration of any substance screen or search, and from the release of information regarding the screen or search results.

_____
(Name of Applicant/Employee)

_____
(Signature of Applicant/Employee)

_____
(Social Security Number)

_____
(Date)

Witness:

_____
(Date/Time)

1071308 v3

STATE OF_____ )

COUNTY OF _____ )

**AUTHORIZATION FOR THE
PROCUREMENT AND TESTING
OF SPECIMEN(S) AND
SEARCH(ES); CONSENT TO
RELEASE OF MEDICAL
INFORMATION; AND RELEASE
OF ALL CLAIMS**

I,_____, authorize such physicians, medical technicians, or other qualified persons who are appointed by the Owner, to obtain from me a suitable specimen(s) of vinous blood and/or urine for the purposes of chemical analysis to determine the presence and the amount of alcohol and/or any other drug or foreign substance. If necessary, I further authorize the reference of said specimen(s) to any licensed medical laboratory.

I authorize the Owner, or its subsidiaries or affiliates, and any of their appointed representatives to search my person and property (including lunch box, garments, car, etc.) for illegal or stolen goods.

I consent to the release of the results of this screen or search to the Owner or its subsidiaries and affiliates and any person who has a need for such information.

I hereby release, jointly and severally, the Owner (including its subsidiaries and affiliates), the Construction Manager, my employer (if contractor/subcontractor employee) and any other person mentioned above, and any and all of their agents or employees, from any and all claims or causes of action resulting from the administration of this test or search, and the release of the information regarding the results thereof.

Witness_____        Signed_____

Date_____Time_____ -       Date_____Time_____

1071308 v3

## REASONABLE SUSPICION REFERRAL FORM

For the following stated reason(s), observation(s), or cause(s) the named individual is referred to the Owner Safety Office or office of a designated management person for observation and/or evaluation. We are fully aware that the individual will be tested for Drug and/or Alcohol Abuse in accordance with the Owner Substance Abuse Program and that the individual is subject to the provisions contained therein. We accept responsibility for referring the individual.

Individual's Name:_____ S.S. No.:_____

### OBSERVATION/FOR CAUSE REASON

_____
_____
_____
_____
_____

Date and Time               Observed/Reported By              Witnessed By

*********************************************************************

### OBSERVATION/FOR CAUSE REASON

_____
_____
_____
_____
_____

Date and Time               Observed/Reported By              Witnessed By

*********************************************************************

### OBSERVATION/FOR CAUSE REASON

_____
_____
_____
_____

Date and Time               Observed/Reported By              Witnessed By

Approved:                    _____

                             Requesting Individual

Resident Manager             _____

**ATTACHMENT 16.8(1)**

**Hazardous and Toxic Substances Disclosure Requirements**

## "Hazardous and Toxic Substances Disclosure Requirements"

The Occupational Safety and Health Act of 1970 (OSHA), and OSHA regulations (29 CFR 1910.20) contain hazardous and toxic substance reporting requirements. Contractor shall be required to provide the following documents, as applicable, to Owner at time of Contract award, if possible, but not later than ten (10) days thereafter. These documents/letters alternatively may be required for more than one item within the Contract.

### Document No. 1 – Form OSHA 174 – Material Safety Data Sheet

The Material Safety Data Sheet (Form OSHA-174), copy attached to this Contract), or equivalent, for each material containing a chemical substance which: (i) is regulated by any Federal law or rule, (ii) is listed in the latest edition of the National Institute for Occupational Safety and Health Registry or Toxic Effects of Chemical Substances, (iii) testing has yielded positive evidence of an acute or chronic health hazard, or (iv) has a Material Safety Data Sheet available to Contractor indicating that the material may pose a hazard to human health;

– and/or –

### Document No. 2 – Contractor Disclaimer Statement

Contractor may alternatively submit a disclaimer statement set forth in the following paragraph:

### HAZARDOUS AND TOXIC SUBSTANCE DISCLAIMER

Contractor hereby swears and affirms that the material furnished in this Contract does not, to its best knowledge, contain any toxic substances or harmful physical agents as defined under 29 CFR 1910.20. In the event Contractor discovers that such substances or agents are to be supplied, an appropriate Material Safety Data Sheet (Form OSHA – 174), or equivalent, shall be immediately supplied to Owner.

_____
Signature of Company Officer

_____
Printed Name

_____
Title

_____
Date

### Hazardous and Toxic Substances – Contract Changes

Contract changes which increase or decrease quantities of cancel items do not require Contractor to submit additional Material Safety Data Sheets (Form OSHA-174), or equivalent, or Disclaimer Letters. However, Contractor shall submit a new Material Safety Data Sheet (Form OSHA-174), or equivalent, or a new Disclaimer Letter for all items which are revised or added by a Contract change within ten days after receipt of the Contract Modification unless waived in writing by Owner.

### Noncompliance

Contractor assumes all responsibility for its failure to supply Owner a completed Material Safety Data Sheet (Form OSHA-174), or equivalent, or a Disclaimer Letter from Contractor, as applicable.

**ATTACHMENT 16.8(2)**

**Material Safety Data Sheet**

**Material Safety Data Sheet**
May be used to comply with OSHA's Hazard Communication
Standard, 29 CFR 1910 1200. Standard must be consulted for
specific requirements.

**U.S. Department of Labor**
Occupational Safety and Health Administration
(Non-Mandatory Form)
Form Approved
OMB No. 1218-0072

| IDENTITY (as Used on Label and List) | Note: Blank spaces are not permitted. If any item is not applicable or no information is available, the space must be marked to indicate that. |
|---|---|

**Section I**

| | |
|---|---|
| Manufacturer's name | Emergency Telephone Number |
| Address (Number, Street, City, State and ZIP Code) | Telephone Number for Information |
| | Date Prepared |
| | Signature of Preparer (optional) |

**Section II—Hazardous Ingredients/Identity Information**

| Hazardous Components (Specific Chemical Identity, Common Name(s)) | OSHA PEL | ACGIH TLV | Other Limits Recommended | % (optional) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Section III—Physical/Chemical Characteristics**

| | | |
|---|---|---|
| Boiling Point | | Specific Gravity (H₂0 = 1) |
| Vapor Pressure (mm Hg) | | Melting Point |
| Vapor Density (AIR = 1) | | Evaporation Rate (Butyl Acetate = 1) |
| Solubility in Water | | |
| Appearance and Odor | | |

**Section IV—Fire and Explosion Hazard Data**

| | | | |
|---|---|---|---|
| Flash Point (Method Used) | Flammable Limits | LEL | UEL |
| Extinguishing Media | | | |
| Special Fire Fighting Procedures | | | |
| Unusual Fire and Explosion Hazards | | | |

(Reproduce locally)                                    OSHA 174 Sept. 1985

1071308 v3

**Section V—Reactivity Data**

| Stability | Unstable | | Conditions to Avoid |
|---|---|---|---|
| | Stable | | |

| Incompatibility *(Materials to Avoid)* |
|---|

| Hazardous Decomposition or Byproducts |
|---|

| Hazardous Polymerization | May Occur | | Conditions to Avoid |
|---|---|---|---|
| | Will Not Occur | | |

**Section VI—Health Hazard Data**

| Route(s) of Entry | Inhalation? | Skin? | Ingestion? |
|---|---|---|---|

| Health Hazards *(Acute and Chronic)* |
|---|

| Carcinogenicity | NTP? | IARC Monographs? | OSHA Regulated? |
|---|---|---|---|

Signs and Symptoms of Exposure

| Medical Generally Aggravated by Exposure | Conditions |
|---|---|

Emergency and First Aid Procedures

**Section VII—Precautions for Safe Handling and Use**

Steps to Be Taken in Case Material Is Released or Spilled

Waste Disposal Method

Precautions to Be Taken in Handling and Storing

Other Precautions

**Section VII—Control Measures**

Respiratory Protection *(Specify Type)*

| Ventilation | Local Exhaust | | Special |
|---|---|---|---|
| | Mechanical *(General)* | | Other |

| Protective Gloves | Eye Protection |
|---|---|

Other Protective Clothing or Equipment

Work/Hygienic Practices

# ATTACHMENT 19

**Lump Sum Contract Price Summary / Breakdown, and Schedule of Values**

*Need to Detail*

1071308 v3

# LUMP SUM PRICE SUMMARY

## 1. PRICE

The Lump Sum Price for General Assembly Line is composed of :

A. 1) Conveyors

2) Automation

3) Test Equipment

4) Filling Equipment

5) Booth

6) Repair Area

7) Auxiliary Facilities

8) Production & Quality Control

9) Utilities

10) Tools

11) Logistics Equipment

12) Robots (FANUC)     U$ 330,982

13) Others

FOB TOTAL

B. Import Duties

C. 1) Ocean Freight

2) Inland Freight at HMMA

D. Installation and others

1) Supervising Fee (M/D)

2) Installation Fee (M/D)

3) Training Fee (M/D)

SUB TOTAL

TOTAL     U$ 71,630,982

## 2. TAXES

Alabama noneducational state and local sales use taxes have been abated (See Commercial terms, General terms and conditions, Attachments) and shall NOT be included in Total Price.

## 3. INSURANCE

Cost of Insurance to be avoided if Contractor is admitted to the Owner Controlled Insurance Program (which amount IS included in the above price). Attach supporting information required by General Conditions.

## 4. OPTIONAL PRICING

Bidder to provide optional pricing if any     $

NOTE : THIS IS FOR BID EVALUATION AND ACCOUNTING PURPOSE ONLY.



Attachment 19
"Lump Sum Price Break down"

(Unit : U$)

| Classification | | # | Items | |
|---|---|---|---|---|
| Con'v | Main Con'v | 1 | Trim Line Conveyors | |
| | | 2 | Chassis Line Conveyors | |
| | | 3 | AGV Marriage Buck System | |
| | | 4 | Final(A) Line Conveyors | |
| | | 5 | Final(B) Line Conveyors | |
| | | 6 | Floor Conveyors(water,insp') | |
| | | | Sub Total | 0 |
| | Sub Con'v | 7 | Door Sub Assembly Line | |
| | | 8 | Engine Sub Assembly Line | |
| | | 9 | Front Suspension Sub Assembly | |
| | | 10 | Glass Feeding Conveyor | |
| | | | Sub Total | 0 |
| | Bulk Feeding Con'v | 11 | Wiring Harness Sequencing | |
| | | 12 | Cockpit Delivery System | |
| | | 13 | Seat Delivery System | |
| | | 14 | Front Suspension Delivery | |
| | | 15 | Rear Suspension Delivery | |
| | | 16 | Engine Delivery System | |
| | | 17 | Front End Module Delivery | |
| | | 18 | Tire Delivery System | |
| | | 19 | Automatic Loading System | |
| | | | Sub Total | 0 |
| | Electric | 20 | Main Conveyor Control | |
| | | 21 | HMI | |
| | | | Sub Total | 0 |
| Automation | | 22 | FANUC Robots | 330,982 |
| | | 23 | Auto Line Conveyor | |
| | | 24 | Cockpit Loading System | |
| | | 25 | Spare Tire Loading System | |
| | | 26 | Front Seat Loading System | |
| | | 27 | Direct Glazing System | |
| | | 28 | Battery Loading Sysem | |
| | | 29 | Tightening System | |
| | | 30 | Automatic Torque Check | |
| | | | Sub Total | 0 |
| Test | | 31 | Rattle Machine | |
| | | 32 | W/A & H/L | |
| | | 33 | R/B | |
| | | | Sub Total | 0 |
| Filling Equipment | | 34 | Oil Filling Equipment | |
| Booth | | 35 | Water Test System | |
| | | | Sub Total | 0 |
| Repair Area | | 36 | Paint Repair Aera | |
| | | 37 | Repair Area Equipment | |
| | | | Sub Total | 0 |
| Auxiliary Facilities | | 38 | Function Crib Equipment | |
| | | 39 | Audit Area Equipment | |
| | | 40 | Team Areas | |
| | | 41 | Maintenance Shop Equipment | |
| | | | Sub Total | 0 |
| | | 42 | General Control Configuration | |
| | | 43 | Production Control | |



Attachment 19

"Lump Sum Price Break down"

(Unit : U$)

| Classification | # | Items | |
|---|---|---|---|
| Production & Quality Control | 44 | Visual Management System | |
| | 45 | Plant Services & Infrastructure | |
| | 46 | ECOS | |
| | | Sub Total | 0 |
| Utility | 47 | Overall Steel Work & Fire Protection | |
| | 48 | Process Ventilation | |
| | 49 | Task Lighting | |
| | | Sub Total | 0 |
| Tools | 50 | Tools | |
| | 51 | Special Tools & Sub Assembly | |
| | | Sub Total | 0 |
| Logistics | 52 | Logistics & Line Side Equipment | |
| Others | 53 | Heating Box | |
| | 54 | Body Protection Covers | |
| | 55 | Catalogue Items | |
| | 56 | Car Wash Equipment | |
| | 57 | 12V DC Power Supply | |
| | 58 | VIN Label Printer | |
| | 59 | Paging System | |
| | 60 | Floor Marking(hazard) | |
| | 61 | Floor Matting | |
| | 62 | Working Seat Concept | |
| | 63 | Assist Device | |
| | | Sub Total | |
| Others 2 | 64 | Design | |
| | 65 | Warranty Fee | |
| | 66 | Bonds Fee | |
| | 67 | Packing Charge | |
| | 68 | FOB Charge | |
| | 69 | Sales, General & Administration & Profit | |
| | | Sub Total | |
| | | TOTAL FOB | |
| Customs Transportation | 70 | Import Duty | |
| | 71 | Sea Freight | |
| | 72 | Inland Freight to HMMA in USA | |
| | | Sub Total | |
| | 73 | Installation Fee (M/D) | |
| | 74 | OCIP Insurance | |
| | 75 | Supervision Fee (M/D) | |
| | 76 | Training Fee (M/D) | |
| | | Sub Total | 0 |
| | | GRAND TOTAL | |



## SCHEDULE OF VALUES

Owner shall pay Contractor for the Work as follows:

*das it
mir hoch;*

30% advance payment, (calculated against Contract Price) upon execution of this Contract, compliance with all insurance and licensing requirements and posting of all irrevocable stand-by letters of credit issued by the first-class USA bank, (including the advance payment bank stand-by letter of credit and performance bank stand-by letter of credit)for 30% of the Contract Price. The performance bank stand-by letter of credit shall remain in effect until the date of Final Acceptance. The advance payment bank stand-by letter of credit shall remain in effect until the date of Owner's written notice of receiving the Equipment in good order.

15% progress payment, (calculated against Contract Price), shall be paid after completion of the shipment at 40% of the total Contract Price against provisional Acceptance Test Report from Contractor, approved by Owner, shipping documents, Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

15% progress payment, (calculated against Contract Price), shall be paid after completion of the shipment at 80% of the total Contract Price against provisional Acceptance Test Report from Contractor, approved by Owner, shipping documents, Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

10% progress payment, (calculated against Contract Price), shall be paid after completion of the shipment at 100% of the total Contract Price against provisional Acceptance Test Report from Contractor, approved by Owner, shipping documents, Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

20% progress payment, (calculated against Contract Price), shall be paid after successful installation and Try out of the Equipment against Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

10% final payment, shall be paid after Final Completion in accordance with the terms of the Contract.

Owner agrees the foregoing values will be modified as a result of an authorized Change Order issued to Contractor. Owner further agrees that should a Change Order result in a Change in the Contract Price, the change will take effect immediately, and all prior payments will be recalculated based on the new Contract Price. Any additional monies owed by this recalculation shall be paid on the date of the next payment, and added to the payment due on that date.

Method of payment: Wire Transfer or Check

Bank
ABA#
Account#

1071308 v3

Upon acceptance and approval of Contractor's invoice, Owner shall make payment within thirty (30) days of such approval.

All pricing shall be in U.S. Dollars.  All payments shall be made in accordance with the payment terms found in the Contract.

**ATTACHMENT 19.4.2**

**Alabama Department of Revenue Sales Tax Exemption Procedures**

## Alabama Department of Revenue Sales Tax Exemption Procedures
## Hyundai Assembly Plant

1.  Each contractor will complete an Application For Sales and Use Tax Certificate of Exemption (Form ST: EX-A2) and submit the completed application with their bid.

2.  Owner or its Construction Manager, as the prime contractor / Construction Manager, will issue a letter to the State of Alabama Department of Revenue confirming that the successful contractor will be making purchases of tangible personal property to be incorporated into the Hyundai Assembly Plant. The letter will be forwarded to the state with the successful contractor's completed Application For Sales and Use Tax Certificate of Exemption (Form ST: EX-A2). A copy of the letter will be sent to the contractor. All applications for the unsuccessful contractors will be returned to each respective contractor.

3.  The Contractor must notify Owner or its Construction Manager in writing immediately upon the award of each subcontract. Each subcontractor (that will be purchasing materials on an abated basis) must complete an Application For Sales and Use Tax Certificate of Exemption (Form ST: EX-A2).

4.  Owner or its Construction Manager will issue a letter to the State of Alabama Department of Revenue confirming that the successful subcontractor will be making purchases of tangible personal property to be incorporated into the Hyundai Assembly Plant. The letter will be forwarded to the subcontractor for submittal to the State with the completed application form. A copy will be sent to the contractor. **This process must be repeated for each subcontractor that will be making purchases of tangible personal property to be incorporated into the Hyundai Assembly Plant. The Alabama Department of Revenue will only honor authorization letters from Owner or its Construction Manager. The contractor cannot issue the authorization letter to the Alabama Department of Revenue.**

5.  Each contractor or subcontractor must present a signed copy of their uniquely numbered Form STE-2 exemption certificate to each vendor from whom they purchase personal property which will become a part of the Hyundai Assembly Plant project for which the sales and use tax abatement has been granted.

6.  The burden of proof that a sale is entitled to an abatement is upon the person making the sale (the vendor) unless the seller (vendor) takes from the certificate holder a properly executed Form STE-2. The vendor should reference the Project Number shown on the Form STE-2 on the invoice or billing to the certificate holder.

7.  The sales tax exemption for the Hyundai project only applies to items that are delivered in the City of Montgomery. The burden of proof is the delivery address shown on each invoice. Certificate holders that purchase items outside of the City of Montgomery risk the complete or partial loss of the available state and local sales tax abatement.

8.  The Form STE-2 exemption certificate is not authorized for use for purchases that do not qualify for the abatement. The exemption does not apply to the following types of items:
    office supplies and expenses
    all rentals
    consumable construction supplies
    construction tools
    Gas, oil, and grease for construction equipment
    (This list is not intended to be all inclusive of the items that do not qualify for the abatement. It is provided to show the most common examples only.)

9.  The administration of the holders of the Form STE-2 and interpretation of the applicable sales and use tax rate(s) are responsibilities of the contractor or subcontractor. Owner or its Construction Manager accepts no responsibility for noncompliance, misuse, or incorrect interpretation on the part of the contractors or subcontractors.

10. The abatement covers ONLY the purchase of tangible personal property that is incorporated into the Hyundai Assembly Plant project for which the sales and use tax abatement has been granted. If the contractor or subcontractor erroneously uses the certificate to make an unqualified purchase, the contractor or subcontractor is required to report and pay the applicable state and local sales or use tax directly to the State of Alabama, Sales and Use Tax Division.

1071308 v3

11. The exemption certificate does not cover local sales and use tax that is earmarked for educational purposes. These taxes are referred to as local education sales and use taxes. **We have been advised by the County and the City that currently there are NO local sales and use tax earmarked for educational purposes.**

12. The contractor/subcontractor (certificate holder) is required to maintain a list of all vendors to whom he furnishes copies of the exemption certificate. The list must be retained in the purchaser's records available for inspection by the Alabama Department of Revenue and/or Montgomery County and the City of Montgomery, and must provide the name, address, and type of business of each vendor to whom a copy of the certificate has been furnished. It is recommended that the list also include the purchase order(s) assigned to each vendor and all paid invoices include clear reference to indicate that the materials were used specifically for the Hyundai Assembly Plant.

13. **The certificate holder must return the original certificate to the Alabama Department of Revenue upon completion of the Hyundai Assembly Plant.**

Nothing in this document is intended to conflict with the official rules and instructions that each certificate holder will receive from the Alabama Department of Revenue.

Questions concerning the State of Alabama Abatement program should be directed to:

> Alabama Department of Revenue
> P.O. Box 327001
> Montgomery, AL 36132-7001
>
> Attention:    John Paridise
>               Abatement Program Director
>               Telephone (334) 242-1175

1071308 v3

ALABAMA DEPARTMENT OF REVENUE
SALES, USE & BUSINESS TAX DIVISION

ST: EX-A2
4/01

# Application For
# Sales and Use Tax Certificate of Exemption

## For an Industrial or Research Enterprise Project

This Certificate of Exemption will be limited to purchases which qualify for an abatement of sales and use taxes pursuant to *Code of Alabama 1975*, Section 40-9B-1, et seq.

APPLICANT'S LEGAL NAME

FEDERAL EMPLOYER IDENTIFICATION NUMBER (FEIN)

MAILING ADDRESS

CITY, STATE, AND ZIP

ADDRESS OF THE PROJECT SITE

CONTACT PERSON

IF CONTRACTOR APPLICATION, NAME OF PRIVATE USER

BUSINESS PHONE NUMBER
(     )

DATE ABATEMENT WAS GRANTED

ESTIMATED PROJECT COMPLETION DATE PER ABATEMENT AGREEMENT

A **prime contractor** must attach written confirmation from the private user that it will be making purchases of tangible personal property to be incorporated into the project referenced above. A **contractor or subcontractor** must attach written confirmation from the private user or the prime contractor that it will be making purchases of tangible personal property to be incorporated into the project referenced above.

The undersigned hereby makes application for a certificate of exemption (Form STE-2) in accordance with the provisions of Sales and Use Tax Rule 810-6-4-.24 and further agrees to abide by the procedures outlined in Sales and Use Tax Rule 810-6-4-.24.01.

Name _____
          (PLEASE PRINT)

Signature _____

Title _____

Date _____

Mail to:

Alabama Department of Revenue
Attn: Abatement Program Administrator
P. O. Box 327001
Montgomery, AL 36132-7001

(334) 242-1175

# ATTACHMENT 19.5

## Final Acceptance Procedures and Requirements

**REFER "BASIC REQUIREMENTS" set forth in "HMMA-GA-SP-C700-001A"**

**ATTACHMENT 19.5.1.1**

**Final Release and Waiver of Contractor**

1071308 v3

FINAL RELEASE AND WAIVER OF CONTRACTOR

STATE OF _____
COUNTY OF _____

TO: HYUNDAI MOTOR MANUFACTURING ALABAMA
    LLC ("Owner")
    7515 HALCYON SUMMIT DRIVE
    MONTGOMERY, ALABAMA 36117 USA

SUBJECT PROJECT: _____
JOB NO: _____
ADDRESS/LEGAL DESCRIPTION
OF PROJECT: _____
_____
_____

WORK PERFORMED: _____
_____

In consideration for the final payment of _____
_____ Dollars ($_____ ), the amount due the undersigned contractor for the final payment for labor, materials and services furnished by the undersigned for the above-described project, pursuant to that certain contract dated _____, 20____ with Owner, the undersigned, being first duly sworn, does hereby represent and certify to Owner, as an inducement to Owner to make final payment, and as representations upon which Owner may rely in making said payment, as follows: there are no additional costs or claims for any extras or additions for labor or material with respect to the above-described contract and project; all work performed or materials installed are in accordance with the approved plans and specifications for the above-described project; all bills, charges and expenses for labor, supervision, materials, supplies, equipment, utilities, overhead, rentals and for all other things furnished or caused to be furnished for the above-described project by the undersigned have been paid in full; there are no unpaid claims or demands of subcontractors, subsubcontractors, material suppliers, equipment suppliers, mechanics, laborers, lessors or others resulting from or arising out of any work done or materials or equipment supplied pursuant to said contract by the undersigned or by any other contractor, subcontractor, subsubcontractor, material supplier, equipment supplier, mechanic, laborer, lessor or other person or entity; all federal and state payroll taxes and contributions for unemployment insurance, old age pensions, annuities, retirement benefits and union dues, imposed or assessed under any provision of any law (state or federal) or contract (and measured by wages, salaries or other remunerations paid by the undersigned to its employees or to its subcontractors engaged in said work or in any other operation incidental thereto) have been paid in full; and all payments received by the undersigned for this project will be used exclusively for the benefit of this project.

In consideration of the final payment, the undersigned does hereby release Owner from all claims of any kind arising under or by virtue of said contract and work done and/or materials and/or equipment supplied by the undersigned for the above-described project, and does hereby waive and release all present and/or future liens, rights of lien and lien and/or payment or performance bond claims of any kind whatsoever for any work done or labor or materials furnished for the project.

The undersigned contractor and the undersigned individual signing on behalf of contractor do hereby jointly and severally agree to indemnify, defend and hold harmless Owner, against any loss or damage, including reasonable attorney's fees, which Owner may sustain by reason of the untruth or inaccuracy of any of the foregoing statements and representations, or by reason of the filing of any claim(s), lien(s) or other action(s) by any subcontractors, subsubcontractors, material suppliers, mechanics, laborers, lessors or others resulting from, or arising out of, any work done or materials or equipment supplied pursuant to, or in connection with, the work required by said subcontract.

WITNESS the hand and seal of the undersigned this _____ day of _____, 20____.

Witness/Attest:

_____

(AFFIX CORPORATE SEAL IF A CORPORATION)

_____
(Name of Contractor)

By: _____
                (Signature of Person Signing)
(Office of Person Signing ) Its: _____

* (This for Use by Corporation, LLC, Partnership)
STATE OF _____) * * * COUNTY OF _____)
I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____ as _____ of _____, whose name is signed to the foregoing instrument and who is know to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute same on behalf of said entity (s)he executed the same voluntarily on the day the same bears date.
Given under my hand and official seal, this _____ day of _____, 20____.

My Commission Expires: _____

_____, NOTARY PUBLIC

* (This for Use by Individual)
STATE OF _____) * * * COUNTY OF _____)
I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____, whose name is signed to the foregoing instrument and who is known to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute the same, (s)he executed the same voluntarily on the day the same bears date.
Given under my hand and official seal, this _____ day of _____, 20____.

My Commission Expires: _____

_____, NOTARY PUBLIC

1071308 v3

# CONTRACTOR'S AFFIDAVIT

**STATE OF**
**COUNTY OF**

**MUST BE NOTARIZED**

The undersigned, first being duly sworn, deposes and says that (s)he is officer/partner (title)_____ of (Firm Name) _____ referred to in the FINAL RELEASE AND WAIVER OF CONTRACTOR on the front hereof employed by Owner to furnish the Work the Contractor for Owner's premises and that the total amount of the Contract is $ _____ of which (s)he has received payment of $_____; and that the following statement includes the names of all parties who have furnished or who have been contracted with by affiant to furnish material or labor for the Work and the amounts furnished by, contracted for, paid or due and to become due each; and that the items mentioned include all labor and material required to complete said Work according to plans and specifications:

| Names and Addresses | Purpose | Subcontract/Vendor Price | Amount Paid | Amount Now Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total Labor and Material to Complete (If more, list on separate sheet)** |  |  |  |  |

All material (except as above listed) has been or will be furnished from my own stock and has been paid for in full.

The undersigned further states that there are no other contracts for said Work outstanding; that there are not any claims made or to be made by and that there is nothing due or to become due to any person for material, labor, or other work of any kind done or to be done upon or in connection with said Work other than above stated; that all releases and waivers are true, correct, and genuine and delivered unconditionally; and that there is no claim either legal or equitable to defeat the validity of said releases and waivers.

_____(Affiant)

Subscribed and sworn to before me this_____day of_____20___.

_____Notary Public

1071308 v5

HJ

**ATTACHMENT 19.5.1.2**

**Final Release and Waiver of Subcontractor/Supplier**

FINAL RELEASE AND WAIVER OF SUBCONTRACTOR/SUPPLIER

STATE OF _____
COUNTY OF _____

SUBJECT PROJECT: _____
JOB NO: _____
ADDRESS/LEGAL DESCRIPTION
OF PROJECT: _____
_____
_____

TO:  HYUNDAI MOTOR MANUFACTURING ALABAMA
     LLC ("OWNER")
     7515 HALCYON SUMMIT DRIVE
     MONTGOMERY, ALABAMA  36117 USA

WORK PERFORMED: _____
_____

In consideration for the final payment of _____
_____ Dollars ($___), the amount due the undersigned subcontractor/supplier for the final payment for labor, materials and services furnished by the undersigned for the above-described project, pursuant to subcontract/supply contract dated _____ 20___, with _____ ("Contractor"), the undersigned, being first duly sworn, does hereby represent and certify to Contractor, as an inducement to Contractor to make final payment, and as representations upon which Contractor may rely in making said payment, as follows: there are no additional costs or claims for any extras or additions for labor or material with respect to the above-described subcontract/supply contract and project; all work performed or materials installed are in accordance with the approved plans and specifications for the above-described project; all bills, charges and expenses for labor, supervision, materials, supplies, equipment, utilities, overhead, rentals and for all other things furnished or caused to be furnished for the above-described project by the undersigned have been paid in full; there are no unpaid claims or demands of subcontractors, subsubcontractors, material suppliers, equipment suppliers, mechanics, laborers, lessors or others resulting from or arising out of any work done or materials or equipment supplied pursuant to said subcontract/supply contract by the undersigned or by any other subcontractor, subsubcontractor, material supplier, equipment supplier, mechanic, laborer, lessor or other person or entity; all federal and state payroll taxes and contributions for unemployment insurance, old age pensions, annuities, retirement benefits and union dues, imposed or assessed under any provision of any law (state or federal) or contract (and measured by wages, salaries or other remunerations paid by the undersigned to its employees or to its subcontractors engaged in said work or in any other operation incidental thereto) have been paid in full; and all payments received by the undersigned for this project will be used exclusively for the benefit of this project.

In consideration of the final payment, the undersigned does hereby release Contractor and Owner from all claims of any kind arising under or by virtue of said subcontract/supply contract and work done and/or materials and/or equipment supplied by the undersigned for the above-described project, and does hereby waive and release all present and/or future liens, rights of lien and lien and/or payment or performance bond claims of any kind whatsoever for any work done or labor or materials furnished for the project.

The undersigned subcontractor/supplier and the undersigned individual signing on behalf of subcontractor/supplier do hereby jointly and severally agree to indemnify, defend and hold harmless Contractor and Owner, against any loss or damage, including reasonable attorney's fees, which the Contractor and/or the Owner of the project may sustain by reason of the untruth or inaccuracy of any of the foregoing statements and representations, or by reason of the filing of any claim(s), lien(s) or other action(s) by any subcontractors, subsubcontractors, material suppliers, mechanics, laborers, lessors or others resulting from, or arising out of, any work done or materials or equipment supplied pursuant to, or in connection with, the work required by said subcontract/supply contract.

WITNESS the hand and seal of the undersigned this _____ day of _____, 20_____.

Witness/Attest:

_____
(Name of Subcontractor/Supplier)

_____

By:_____
(Signature of Person Signing)

(AFFIX CORPORATE SEAL IF A CORPORATION)

(Office of Person Signing ) Its: _____

* (This for Use by Corporation, LLC, Partnership)
STATE OF _____ ) * * * COUNTY OF _____ )
I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____ as _____ of _____, whose name is signed to the foregoing instrument and who is know to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute same on behalf of said entity (s)he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this _____ day of _____, 20 ____.

My Commission Expires: _____

_____, NOTARY PUBLIC

* (This for Use by Individual)
STATE OF _____ ) * * * COUNTY OF _____ )
I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____, whose name is signed to the foregoing instrument and who is known to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute the same, (s)he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this _____ day of _____, 20 ____.

My Commission Expires: _____

_____, NOTARY PUBLIC

1071308 v3

**ATTACHMENT 19.10.3(1)**

**Partial Release and Waiver of Contractor**

PARTIAL RELEASE AND WAIVER OF CONTRACTOR

STATE OF _____

COUNTY OF _____

SUBJECT PROJECT: _____

JOB NO: _____

ADDRESS/LEGAL DESCRIPTION
　　OF PROJECT: _____
_____
_____

TO: HYUNDAI MOTOR MANUFACTURING ALABAMA
　　　LLC ("Owner")
　　　7515 Halcyon Summit Drive
　　　Montgomery, Alabama 36117 USA

WORK PERFORMED: _____
_____
_____

　　　In consideration for an interim payment in the amount due the undersigned contractor, through _____, 20_____, (hereinafter referred to herein as "DATE") for labor, materials and services furnished by the undersigned for the above-described project, pursuant to that certain contract dated _____, 20_____, with Owner, the undersigned, being first duly sworn does hereby represent and certify to Owner as an inducement to Owner to make an interim payment, and as representations upon which Owner may rely in making said payment, as follows: there are no additional costs or claims for any extras or additions for labor or material with respect to the above-described contract and project to DATE except as may be stated on the pay request submitted with this waiver; all work performed or materials installed to DATE are in accordance with the approved plans and specifications for the above-described project; all bills, charges and expenses for labor, supervision, materials, supplies, equipment, utilities, overhead, rentals and for all other things furnished or caused to be furnished for the above-described project by the undersigned through the date of the undersigned's previous pay request have been paid in full; there are no unpaid claims or demands of subcontractors, subsubcontractors, material suppliers, equipment suppliers, mechanics, laborers, lessors or others resulting from or arising out of any work done or materials or equipment supplied pursuant to said contract by the undersigned or by any other contractor, subcontractor, subsubcontractor, material supplier, equipment supplier, mechanic, laborer, lessor or other person or entity, through the date of the undersigned's previous pay request; all federal and state payroll taxes and contributions for unemployment insurance, old age pensions, annuities, retirement benefits and union dues, imposed or assessed under any provision of any law (state or federal) or contract (and measured by wages, salaries or other remunerations paid by the undersigned to its employees or to its subcontractors engaged in said work or in any other operation incidental thereto) have been paid in full to DATE; and all payments received by the undersigned for this project will be used exclusively for the benefit of this project.

　　　In consideration of the interim payment, the undersigned does hereby release Owner from all claims of any kind arising under or by virtue of said contract and work done and/or materials and/or equipment supplied by the undersigned for the above-described project to DATE, and does hereby waive and release all present and/or future liens, rights of lien and lien and/or payment or performance bond claims of any kind whatsoever for any work done or labor or materials furnished for the project to DATE.

　　　The undersigned contractor and the undersigned individual signing on behalf of contractor do hereby jointly and severally agree to indemnify, defend and hold harmless Owner against any loss or damage, including reasonable attorney's fees, which Owner may sustain by reason of the untruth or inaccuracy of any of the foregoing statements and representations, or by reason of the filing of any claim(s), lien(s) or other action(s) by any subcontractors, subsubcontractors, material suppliers, mechanics, laborers, lessors or others resulting from, or arising out of, any work done or materials or equipment supplied pursuant to, or in connection with, the work required by said contract.

　　　WITNESS the hand and seal of the undersigned this _____ day of _____, 20_____.

Witness/Attest:

_____

_____

(AFFIX CORPORATE SEAL IF A CORPORATION)

_____
(Name of Contractor)

By:_____
　　　　　　　(Signature of Person Signing)
(Office of Person Signing ) Its: _____

* (This for Use by Corporation, LLC, Partnership)
STATE OF _____ ) * * * COUNTY OF _____ )
　　　I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____ as _____ of _____, whose name is signed to the foregoing instrument and who is know to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute same on behalf of said entity (s)he executed the same voluntarily on the day the same bears date.
　　　Given under my hand and official seal, this _____ day of _____, 20 _____.

My Commission Expires: _____　　　_____, NOTARY PUBLIC

* (This for Use by Individual)
STATE OF _____ ) * * * COUNTY OF _____ )
　　　I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____, whose name is signed to the foregoing instrument and who is known to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute the same, (s)he executed the same voluntarily on the day the same bears date.
　　　Given under my hand and official seal, this _____ day of _____, 20 _____.

My Commission Expires: _____　　　_____, NOTARY PUBLIC

1071308 v3

# CONTRACTOR'S AFFIDAVIT

**STATE OF**
**COUNTY OF**

**MUST BE NOTARIZED**

The undersigned, first being duly sworn, deposes and says that (s)he is officer/partner (title)_____
of (Firm Name)_____
referred to in the PARTIAL RELEASE AND WAIVER OF CONTRACTOR on the front hereof employed by Owner to furnish the _____the Contractor
Work for Owner's premises and that the total amount of the Contract is $_____
of which (s)he has received payment of $_____; and that the following statement
includes the names of all parties who have furnished or who have been contracted with by affiant to furnish material or labor for the
Work and the amounts furnished by, contracted for, paid or due and to become due each; and that the items mentioned include all
labor and material required to complete said Work according to plans and specifications:

| Names and Addresses | Purpose | Subcontract/Vendor Price | Amount Paid | Amount Now Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total Labor and Material to Complete** **(If more, list on separate sheet)** |  |  |  |  |

All material (except as above listed) has been or will be furnished from my own stock and has been paid for in full.

The undersigned further states that there are no other contracts for said Work outstanding; that there are not any claims
made or to be made by and that there is nothing due or to become due to any person for material, labor, or other work of any kind
done or to be done upon or in connection with said Work other than above stated; that all releases and waivers are true, correct,
and genuine and delivered unconditionally; and that there is no claim either legal or equitable to defeat the validity of said releases
and waivers.

_____(Affiant)

Subscribed and sworn to before me this_____day of _____20___.

_____Notary Public

# ATTACHMENT 19.10.3(2)

## Partial Release and Waiver of Subcontractor/Supplier

PARTIAL WAIVER OF LIEN OF SUBCONTRACTOR/SUPPLIER

STATE OF _____
COUNTY OF _____

SUBJECT PROJECT: _____
JOB NO: _____
ADDRESS/LEGAL DESCRIPTION
OF PROJECT: _____
_____
_____

TO:  HYUNDAI MOTOR MANUFACTURING ALABAMA LLC
("OWNER")
7515 HALCYON SUMMIT DRIVE
MONTGOMERY, ALABAMA 36117 USA

WORK PERFORMED: _____
_____

In consideration for an interim payment in the amount due the undersigned subcontractor/supplier through furnished by the undersigned for the above-described project, _____, 20_____, (hereinafter referred to herein as "DATE") for labor, materials and services with _____ ("Contractor"), the undersigned, being first duly sworn does hereby represent and certify to Contractor as an inducement to Contractor to make an interim payment, and as representations upon which Contractor may rely in making said payment, as follows: there are no additional costs or claims for any extras or additions for labor or material with respect to the above-described subcontract/supply contract and project to DATE except as may be stated on the pay request submitted with this waiver; all work performed or materials installed to DATE are in accordance with the approved plans and specifications for the above-described project; all bills, charges and expenses for labor, supervision, materials, supplies, equipment, utilities, overhead, rentals and for all other things furnished or caused to be furnished for the above-described project by the undersigned through the date of the undersigned's previous pay request have been paid in full; there are no unpaid claims or demands of subcontractors, subsubcontractors, material suppliers, equipment suppliers, mechanics, laborers, lessors or others resulting from or arising out of any work done or materials or equipment supplied pursuant to said subcontract/supply contract by the undersigned or by any other subcontractor, subsubcontractor, material supplier, equipment supplier, mechanic, laborer, lessor or other person or entity, through the date of the undersigned's previous pay request; all federal and state payroll taxes and contributions for unemployment insurance, old age pensions, annuities, retirement benefits and union dues, imposed or assessed under any provision of any law (state or federal) or contract (and measured by wages, salaries or other remunerations paid by the undersigned to its employees or to its subcontractors engaged in said work or in any other operation incidental thereto) have been paid in full to DATE; and all payments received by the undersigned for this project will be used exclusively for the benefit of this project.

In consideration of the interim payment, the undersigned does hereby release Contractor and Owner from all claims of any kind arising under or by virtue of said subcontract/supply contract and work done and/or materials and/or equipment supplied by the undersigned for the above-described project to DATE, and does hereby waive and release all present and/or future liens, rights of lien and lien and/or payment or performance bond claims of any kind whatsoever for any work done or labor or materials furnished for the project to DATE.

The undersigned subcontractor/supplier and the undersigned individual signing on behalf of subcontractor/supplier do hereby jointly and severally agree to indemnify, defend and hold harmless Contractor and Owner, against any loss or damage, including reasonable attorney's fees, which Contractor, and/or the Owner of the project may sustain by reason of the untruth or inaccuracy of any of the foregoing statements and representations, or by reason of the filing of any claim(s), lien(s) or other action(s) by any subcontractors, subsubcontractors, material suppliers, mechanics, laborers, lessors or others resulting from, or arising out of, any work done or materials or equipment supplied pursuant to, or in connection with, the work required by said subcontract/supply contract.

WITNESS the hand and seal of the undersigned this _____ day of _____, 20_____.

Witness/Attest:

_____                                    _____
                                                            (Name of Subcontractor/Supplier)

_____                                    By: _____

(AFFIX CORPORATE SEAL IF A CORPORATION)                     _____
                                                            (Signature of Person Signing)
                                                            (Office of Person Signing ) Its: _____

* (This for Use by Corporation, LLC, Partnership)
STATE OF _____ ) * * * COUNTY OF _____
      I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____ as _____ of _____, whose name is signed to the foregoing instrument and who is know to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute same on behalf of said entity (s)he executed the same voluntarily on the day the same bears date.
      Given under my hand and official seal, this _____ day of _____, 20 _____.

My Commission Expires: _____
                                                            _____, NOTARY PUBLIC

* (This for Use by Individual)
STATE OF _____ ) * * * COUNTY OF _____
      I, the undersigned, a Notary Public in and for said County in said State, hereby certify that _____, whose name is signed to the foregoing instrument and who is known to me, being first duly sworn, acknowledged before me on this day that the statements and representations made therein are true, and being informed of the contents of the foregoing instrument, and being duly authorized to execute the same, (s)he executed the same voluntarily on the day the same bears date.
      Given under my hand and official seal, this _____ day of _____, 20 _____.

My Commission Expires: _____
                                                            _____, NOTARY PUBLIC

**ATTACHMENT 21.1**

**Change Notification**

## CHANGE NOTIFICATION

Contractor: _____ Contract No.: _____

Change Notification No.: _____ Date: _____

Project Name and Location: Hyundai Plant, Montgomery, Alabama

## ACTION

CONTRACTOR SHALL PROVIDE PRICING FOR WORK DESCRIBED BELOW IN FULL ACCORDANCE WITH THE TERMS AND CONDITIONS AS SET FORTH IN AFOREMENTIONED CONTRACT:

## ESTIMATE OF WORK

MANHOURS: _____

EQUIPMENT: _____

MATERIAL (Contractor Supplied): _____

UNITS OF WORK: _____

(e.g. Unit Rate such as #/dia. welds & cuts)

IMPACT ON SCHEDULE: _____

## BASIS FOR PROPOSAL

_____ Existing Unit Rates        _____ Cost Plus

_____ New Unit Rates             _____ Other (Specify) _____

## SIGNATURES

CONTRACTOR:                                OWNER:

_____                    _____

By: _____                      By: _____

Date: _____                      Date: _____

NOTE:

THIS CHANGE NOTIFICATION IS ISSUED WITH THE SOLE INTENT OF ESTABLISHING PROPOSED PRICING AND ANY APPLICABLE ADJUSTMENT(S) TO THE SCHEDULE FOR PERFORMANCE OF THE WORK, AND SHALL IN NO WAY BE CONSTRUED AS EITHER AUTHORIZATION TO PROCEED WITH THE WORK SET FORTH HEREIN, NOR AS AN AUTHORIZATION FOR PAYMENT.

1071308 v3

**ATTACHMENT 21.3**


**Change Order**

## CHANGE ORDER

Contractor _____     Date _____

Contract Number _____ Contract Modification Number _____ Attention _____

PROJECT: HYUNDAI PLANT IN MONTGOMERY, ALABAMA _____
EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, CONTRACTOR HEREBY AGREES TO PERFORM THE BELOW-DESCRIBED WORK IN ACCORDANCE WITH ALL OF THE TERMS AND CONDITIONS OF THE CONTRACT REFERENCED ABOVE. CONTRACTOR'S INVOICES MUST SHOW CHARGES FOR THIS WORK SEPARATELY, IDENTIFIED BY BOTH THE CONTRACT MODIFICATION NUMBER AND CONTRACT NUMBER. CONTRACTOR SHALL NOTIFY SURETY, IF APPLICABLE.

DESCRIPTION                                        PRICING

ORIGINAL CONTRACT PRICE                                        $_____

PREVIOUS CHANGE ORDER NUMBERS (_____ THRU _____)              $_____

AMOUNT THIS CHANGE ORDER __ EXTRA __CREDIT __ ESTIMATED ____FIRM $_____

CURRENT CONTRACT PRICE (EXCLUDING BONDING COSTS)             $_____

EFFECT ON CONTRACT SCHEDULE OR FINAL COMPLETION DATE:

1071508 v3

THIS CONTRACT MODIFICATION REPRESENTS FINAL ADJUSTMENT FOR ANY AND ALL AMOUNTS DUE OR TO BECOME DUE CONTRACTOR FOR CHANGES REFERRED TO HEREIN.  CONTRACTOR FURTHER RELEASES ALL OTHER CLAIMS, IF ANY (EXCEPT THOSE CLAIMS PREVIOUSLY SUBMITTED IN WRITING IN STRICT ACCORDANCE WITH THE CONTRACT), FOR ADDITIONAL COMPENSATION UNDER THIS CONTRACT, INCLUDING WITHOUT LIMITATION ANY RIGHTS CONTRACTOR MAY HAVE FOR ADDITIONAL COMPENSATION ARISING OUT OF DELAYS OR DISRUPTION OF CONTRACTOR'S SCHEDULE AS MAY HAVE ARISEN PRIOR TO THE DATE OF THIS MODIFICATION.  UNLESS OTHERWISE EXPRESSLY PROVIDED HEREIN, THE TIME OF COMPLETION AND ALL OTHER TERMS AND CONDITIONS OF CONTRACT REMAIN UNCHANGED.

SIGNATURES

_____

CONTRACTOR

BY:_____

_____

TITLE

_____

DATE

OWNER:

Hyundai Motor Manufacturing Alabama, LLC

By:_____
_____

Its:_____
_____

Date:_____

1071308 v3

**ATTACHMENT 26.4.1**

**Foreign Trade Zone Program Requirements**

## Foreign Trade Zone Program Requirements

HMMA is in the process of applying for FTZ (Foreign Trade Zone) for the purpose of enjoying benefits of duty deferral and others according to the Foreign-Trade Zones Acts (Production equipment shall not be subject to duty until such merchandise is completely assembled, installed, tested, and used in the production for which it was admitted. It means that HMMA could defer payment of duties till the mass-production starts.). In order to support Hyundai's efforts to save costs ,

1. Contractor shall insure that all shipments comply with all rules and regulations of the Foreign Trade Zone regulations.

2. Contractor is committed to provide a list of anticipated import commodities, quantity, unit price, expected time of delivery and import duties.

3. Contractor provide the above-mentioned information and documents within 4 (four) months after contract for HMMA review. Upon the review results, HMMA will let Contractor know of HMMA intention on whether HMMA will proceed with this programs based on substantial savings deliverable.

4. Contractor shall provide other documents if necessary requested by Customs at the time of HMMA seeking for FTZ benefits from FTZ operations.

5. The below words should be inserted into the shipping documents for HMMA to make those arrangement; "This merchandise is destined for the HMMA Foreign Trade Zone in Montgomery, Alabama. No duty paid consumption entry should be filed. The machinery and equipment will be moved in-bond from the port of entry to HMMA where Foreign Trade Zone Entry will be filed.

6. Contractor shall contact followings for customs clearance arrangements and in bond movements:

   J. W. Park/Manager, Logistics
   Hyundai Motor Manufacturing Alabama
   Phone; 334-387-8072
   e-mail; jwonpark@hmmausa.com

**ATTACHMENT 26.4.2**


**Environmental Protection Plan for the Work**

# TABLE OF CONTENTS

| **Section** | | | | **Page** |
|---|---|---|---|---|
| 1.0 | INTRODUCTION................................................................ | | | 1 |
| 2.0 | HAZARD ASSESSMENT..................................................... | | | 1 |
| | 2.1 | Hazardous Materials................................................ | | 1 |
| | 2.2 | Hazardous Waste..................................................... | | 1 |
| 3.0 | WASTE HANDLING............................................................ | | | 2 |
| | 3.1 | Hazardous Materials................................................ | | 2 |
| | 3.2 | Hazardous Waste..................................................... | | 2 |
| | | 3.2.1 | Storage Requirements.......................... | 3 |
| | | 3.2.2 | Transportation and Disposal.................. | 4 |
| | | 3.2.3 | Inspection........................................... | 4 |
| | | 3.2.4 | Empty Containers................................. | 4 |
| | | 3.2.5 | Emergency Response............................ | 5 |
| | 3.3 | Non-Hazardous Waste.............................................. | | 5 |
| APPENDIX A | | ......................................................Definitions and Terminology | | |
| APPENDIX B | | ......................................................HMMA Spill Procedure* | | |

\*       From time to time, this procedure may be changed.  Contractors will be advised      of any changes by way of a contract notification.  It shall be the responsibility of each contractor to maintain the most current version of the written procedures.

## 1.0    INTRODUCTION

The purpose of this document is to outline the procedures for identifying and handling hazardous materials, hazardous waste and non-hazardous waste during construction/installation activities at the HMMA site in Montgomery, Alabama.

Any changes in these procedures necessitated by changes in regulations or where the HMMA Environmental Contact believes changes are necessary to protect human health or the environment will be implemented immediately upon notification to the contractor by the HMMA Environmental Contact.

This document is provided for guidance only. The individual contractor is ultimately responsible for the proper handling, storage, use and disposal of all materials brought onto this site in accordance with regulations of, and not necessarily limited to, the United States Environmental Protection Agency ("EPA"), Department of Transportation ("DOT"), and the Alabama Department of Environmental Management ("ADEM"). With regard to the disposal of hazardous waste, all contractors are obligated to use the services of HMMA's waste contractor. This permits centralized control of waste management to ensure proper, environmentally sound treatment and/or disposal.

The Contractor is responsible for complying with all applicable State and Federal environmental statutes and regulations and the HMMA environmental policies as set forth herein.

The contractor is responsible for the activities of all contractor's personnel.

## 2.0    HAZARD ASSESSMENT

### 2.1    Hazardous Materials

Hazardous materials can be identified using the DOT labeling and identification system. Hazardous characteristics are also described by a material safety data sheet (MSDS).

It is the responsibility of the contractor to obtain prior approval from HMMA safety and environmental groups for all hazardous materials brought on-site.

### 2.2    Hazardous Waste

The definition of hazardous waste is outlined by the EPA in 40 CFR 261.3. In this definition, which contains some exemptions, a solid waste is defined as hazardous if it meets any one of the following criteria:

- The waste exhibits any of the characteristics of hazardous waste: ignitable, corrosive, reactive or toxic.

- The waste is listed in Subpart D of 40 CFR 261 as a hazardous waste.

- The waste is a mixture containing a defined hazardous waste.

- Hazardous materials are generally defined as hazardous waste when they include:

- Residuals from material used to clean up spills of hazardous materials.

- Containers which were used to hold hazardous materials.

- Hazardous material which has become contaminated through use.

- Off-specs hazardous material.

- Hazardous material which has been declared a waste.

## 3.0    WASTE HANDLING

Contractors are required to develop and implement, in cooperation with HMMA and HMMA's waste contractor, a hazardous waste management program which contains written procedures conforming with the requirements of 40 CFR 260 through 40 CFR 271, inclusive, and this document.

1071308 v3

### 3.1    Hazardous Materials

Regulations for handling hazardous materials are covered under OSHA and DOT and will therefore not be discussed in this document. The following paragraphs describe procedures for disposition of hazardous materials.

No material is to be abandoned on the site. If material is found on the site and can be traced to a contractor, that contractor will be responsible for all costs involved in collecting and moving the waste as well as cleaning the area where the material was abandoned.

### 3.2    Hazardous Waste

Requirements for handling hazardous waste are defined in 40 CFR Parts 260 through 271, inclusive. These regulations describe requirements for labeling, storage, generation and disposal of hazardous waste.

Contractors are responsible for complying with those regulations and requirements and for notifying the HMMA Environmental Contact as to the types and quantities of hazardous waste which could be produced at the Jobsite as an occurrence of the contractor's activities.

The contractor will provide personnel who are trained in the handling of the contactor's own waste material and will inform the HMMA Environmental Contact if there are any unique methods of handling the anticipated waste streams. Any protective equipment which the contractor requires while handling this material shall be made available to the Emergency Response Team in the event of an emergency involving this material.

### 3.2.1    Storage Requirements

Each contractor shall be responsible to provide suitable buildings, trailers, enclosures, fencing, and all other requirements for storage of hazardous materials/waste in accordance with federal, state and/or local regulations.

Each contractor will keep his hazardous materials/waste segregated in a mutually agreed-upon satellite storage area and will be responsible for the requirements in 40 CFR Parts 260 through 271 regarding labeling, storage, generation and disposal of hazardous waste. Storage areas must be out of the way of construction/installation activities and secured by a fence or other means to prevent unauthorized use. All hazardous waste storage areas must have hazardous waste signs. **The contractor is responsible for notifying, in writing, HMMA Project Construction Contact and HMMA's Environmental Contact of any on-site hazardous waste storage. All storage areas need the prior written approval of HMMA's Environmental Contact.**

Incompatible waste types are not to be stored in the same area.

Containers which are to be used to hold hazardous waste must be designated and there must be assurance from the contractor that the waste material and the material in the container are fully compatible. All containers used for storage of hazardous waste must have appropriate, tightly fitting closures. No waste containers are to be stored open. All lids or covers must be in place and in good condition.

Waste shall not be allowed to accumulate outside of the agreed-upon satellite storage area described above. At the end of every shift, all hazardous material shall be returned to the appropriate storage area by the user of the material. Accumulation labels which include the date and type of waste must be placed on the waste containers.

When a hazardous waste container is full, the generator shall immediately notify HMMA's Waste Manager. The Waste Manager will arrange to have the container moved to the Hazardous Material Storage building in preparation for disposition.

Missing containers are the responsibility of the contractor who had the material brought to the site or who created the waste material. The contractor must secure his assigned area when no one is present.

### 3.2.2    Transportation and Disposal

**The HMMA waste contractor has the sole responsibility for the removal of hazardous waste from the construction site. No individual contractor is permitted to remove any hazardous waste from the site. If a contractor generates hazardous waste, the contractor must notify HMMA's waste contractor for the need of disposal and the contractor must pay the resulting costs for disposal.**

### 3.2.3    Inspection

The HMMA Construction Manager, HMMA or HMMA's waste contractor or their representatives will inspect all areas for compliance with this document and with relevant regulations. Such inspections shall not relieve the contractor of any responsibility for compliance with procedures and applicable law. Actions by the HMMA Construction Manager, HMMA or HMMA's waste contractor to correct problems after the contractor has been notified will be at the expense of the contractor.

### 3.2.4    Empty Containers

Any container which held a hazardous material and is being discarded must be stored in an approved storage area. No other waste material is to be placed in any discarded container which is considered empty unless the container is so designated and the contractor provides assurance that the waste material and the material in the container are fully compatible.

Empty containers which can be refilled from bulk carriers on-site must be registered through the HMMA Construction Manager at the time the refillable container first arrives.

Containers which are empty and may be returned to the vendor for credit must be so designated when they are cleared onto the site. Empty reusable containers are to be stored in the appropriate areas. The containers must be inspected by the HMMA Construction Manager or his representative before they are allowed to leave the site. Proper documentation is required.

### 3.2.5    Emergency Response

In the event of a hazardous material, chemical, or oil spill on the site, the contractor must follow the HMMA Spill Procedure immediately. If the contractor can _safely_ stop the leak and contain the spill, he should do so (i.e. only if no harm or threat to life and health is caused by doing so). Otherwise, clear the area and prevent access to the spill area until site security personnel arrive. **Each contractor is obligated to ensure that its employees who handle hazardous materials or generate hazardous waste are familiar with the HMMA Spill Procedures. From time to time, this procedure may be changed. Contractors will be advised of any changes by way of a contract bulletin. It shall be the responsibility of each contractor to maintain and be familiar with the most current version of the written procedures.**

The Safety Group will contact the appropriate emergency response group which will take all reasonable measures necessary to ensure that fires, explosions, and release do not occur, recur, or spread to other areas at the facility. Depending on the severity of the situation, the Emergency Coordinator will determine what action is to be taken. Actions will include, where applicable, stopping processes and operations, collecting and containing released waste, and removing or isolating containers.

Any hazardous substance, chemical, or oil that is spilled on site will be contained, cleaned up and disposed of by the appointed HMMA waste contractor at the expense of the responsible contractor or company owning, using or generating the substance. No additional cost shall be passed on to HMMA or its agents for the clean-up operations.

In the event of a hazardous material, chemical, or oil spill on the site, the contractor must cooperate with HMMA, HMMA's waste contractor or the HMMA Construction Manager to provide all information relative to the spill and countermeasures taken.

## 3.3    **Non-Hazardous Waste**

For the purpose of this plan, non-hazardous waste will include trash, rubbish, and other form of non-hazardous waste.

- Receptacles ("dumpsters") and storage areas will be provided around the site for collection of non-hazardous waste materials.

- Waste in the work area will be placed in appropriate containers for removal to large roll-off receptacles at the end of every shift.

- No waste material will be allowed to accumulate in the contractor work area.

- Waste must be removed daily and deposited in the appropriate container.

- Containers which previously contained a hazardous material will not be use for trash collection.

- The HMMA Waste Manager will provide for the placement and emptying of the dumpsters.

- Contractors have no rights to the disposition of the material in the waste containers.

- No waste may be removed from the site by any person without the prior written authorization of the HMMA Construction Manager and the HMMA Environmental Contact.

- No waste haulers, disposers, recyclers or scavengers will be allowed on site without the prior express written permission of the HMMA Environmental Contact.

- No waste may be brought onto the site and disposed of using the HMMA Construction Manager's systems of facilities.

- Open burning is prohibited; the only exception is vegetation from site clearing which may be burned according to Alabama regulations and with the appropriate permits. No construction/installation waste/material may be open-burned.

APPENDIX A

**SECTION A-HAZARDOUS WASTE**

**Acid Proofing Waste**

All acid proofing waste must be collected in the same manner as paint sludge.

**Disposal of Used Drums**

Disposal of used drums are to be handled by an approved HMMA Waste Manager.

**Empty Caulk Cartridges and Tubes**

Empty caulk cartridges and tubes can be disposed of with regular trash.

**Empty Paint and Thinner Cans**

RCRA defined empty paint and thinner cans containing minimal residue can be disposed of in regular trash.

**Empty Waste Solvent Buckets**

RCRA defined empty waste solvent buckets containing minimal residue can be disposed of with regular trash.

**Solvent Dampened Rags, Clothes and Used Roller Covers; Brushes, etc.**

All solvent dampened rags, cloths and used roller covers; brushers, etc., are to be placed in an appropriate waste container. Do not gather solvent rags and cloths in a plastic bag. This is a fire hazard.

**Ethylene Glycol**

Ethylene Glycol should be clearly labeled and handled under the same guidelines as other waste requiring special handling. Drums containing ethylene glycol for use are to be stored inside a building or maintenance shop within a secondary containment poly drum designated for the purpose.

**Oil Filters and Grease Cartridges**

Oil filters and grease cartridges must be drained a minimum of twenty-four (24) hours, placed in a cardboard drum with a plastic bag liner tied at the top.

**Paint, Coating Sludge, Thinners, and Cleaning Solvents**

All liquid paint, coating sludge, thinners, and cleaning solvents should be placed into approved metal fifty-five (55) gallon drums with lids. Minimize all splatter and spillage outside of the drums.

**Hazardous Waste Storage Areas**

An area will be designated by the HMMA Project Environmental Contact to temporarily hold waste designated as hazardous. A contractor may accumulate as much as fifty-five (55) gallons of hazardous waste or one (1) quart of acutely toxic "P" waste in containers at or near point of generation without a Hazardous Waste Storage permit providing that:

   a.    The waste is under the control of the contractor.

   b.    Containers are in good condition. If containers are not in good condition
          or begin to leak, the waste must be transferred into a container which is in good
          condition.

   c.    Containers are compatible with the waste.

   d.    Containers are kept closed except when waste is added or removed from

them.

e.   Containers are marker with the words "Hazardous Waste."

f.   When any container becomes full, the lid must be secured and the HMMA Waste Manager must be contacted immediately.

1071308 v3

## SECTION B-NON-HAZARDOUS WASTE

### Cardboard

Cardboard should be placed in a designated area for recycling. If the containers are of a hazardous nature, the cardboard must be treated as if it is also hazardous and must be handled accordingly.

### Drawings, Prints, and other Documents

Drawings, prints and other documents, after their use in the field, should be placed in trash containers and disposed of as non-hazardous waste.

### Paper

Small amounts of office paper that find its way to the field should be disposed of as non-hazardous waste.

### Glass

Glass containers or empty construction/equipment material containers should be disposed of as non-hazardous waste. These must be RCRA empty, with minimal residue.

### Paper Cups and Food Wrappers

Paper cups and food wrappers and other normal waste generated as a result of personnel eating lunch and snack breaks should be placed in the appropriate trash containers. These should be disposed of as a non-hazardous waste.

### Polyethylene Sheeting

Polyethylene sheeting is to be disposed of as non-hazardous waste.

### Plywood

Plywood (under one half sheet) and other small pieces of wood [under six (6) feet in length] are to be disposed of as non-hazardous waste.

### Polyethylene Pipe

Polyethylene pipe is considered construction debris and can be disposed of as non-hazardous waste if the pipe is uncontaminated (no odors or visible signs).

### Scrap Drywall Material (Sheetrock)

Scrap drywall material (sheetrock) is to be disposed of as non-hazardous waste.

### Ceiling Tile

Ceiling tile should be disposed of as non-hazardous waste.

### Concrete

Concrete is considered construction rubble and can be disposed of as non-hazardous waste.

### Concrete Block and Brick

Concrete block and brick are considered construction rubble and can be disposed of as non-hazardous waste.

### Cross Ties

Cross ties are to be disposed of as non-hazardous waste.

**Insulation**

Insulation materials (fiberglass, mineral wool, calcium silicate, etc.) must be double bagged and tagged. Then placed in identified insulation disposal dumpsters for disposal. Insulation covering should be treated as metal scrap and should be salvaged. It must be clean and uncontaminated.

# SECTION C-RECYCLE WASTE

## Batteries, Lead-Acid

Lead-acid batteries must be picked up by the vendor and recycled by him in a lawful manner.

## Cardboard, Clean

Clean cardboard is to be placed in a special dumpster designated for recycling. This dumpster will be handled and collected at contractor's expense.

## Motor Oil, Used

Used motor oil is to be collected in 55 gallon drums and collected at contractor's expense.

## Paper, Office

Office paper and large quantities of waste office paper generated is passed through the regular recycling system.

## Scrap Metal

Scrap Metal is to be placed in designated metal dumpsters and picked up by scrap metal recycling personnel.

## SECTION D-SPECIAL HANDLING WASTE

### Capacitors and Transformers

Small capacitors and transformers require special handling.  Contact HMMA Construction Manager.

### Fluorescent Tubes

Fluorescent tubes are considered to be a special waste and require special handling.  Contact HMMA waste manager for an approved container as to pick-up of any spent fluorescent tubes.

### Pipe Cleaning Solvents

Pipe cleaning solvents may be considered hazardous waste and require special disposal.  Pipe cleaning solvents will be handled by the HMMA Waste Manager.

### Tires, Used

Used tires should be disposed off-site by the tire vendor.  They should be shredded by him and disposed of in a lawful manner.

**APPENDIX B**

**HMMA SPILL PROCEDURES**

To be added and forwarded to Contractor

**ATTACHMENT 26.5**

**Confidentiality Agreement**

## CONFIDENTIALITY AGREEMENT

This CONFIDENTIALITY AGREEMENT is entered into this ___ day of _____, 2003, by and between HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, a Delaware limited liability company having its principal place of business at 7515 Halcyon Boulevard, Montgomery, Alabama 36117 (hereinafter referred to as "HMMA"), and _____ having its principal place of business at _____ (hereinafter referred to as the "Company"). In consideration of the mutual promises and obligations set forth in this document, the parties agree as follows:

1. Company agrees that a confidential relationship exists between Company and HMMA. In order to allow Company to submit a bid/proposal or response to a Request for Proposal sent to Company by HMMA for certain work to be performed by Company for HMMA in the equipping or construction of HMMA's automobile assembly plant to be located in Montgomery, Alabama, (hereinafter referred to as the "Project"), HMMA either will furnish or has furnished Company with confidential and proprietary information and documentation which is the property of HMMA and which is to be used by Company solely for the preparation of its bid/proposal on the Project (hereinafter collectively referred to as the "Confidential Information").

2. Company agrees to use the Confidential Information only for the purposes specified in paragraph 1 above, and to keep the Confidential Information strictly confidential. Company acknowledges that the Confidential Information is the sole property of HMMA, and that the Confidential Information is a valuable trade secret belonging to HMMA which is protected by copyrights, patents and applicable trade secrets law. Company acknowledges that the drawings, sketches, plans, pictures, specifications, diagrams, maps, schematics, notes, sepias, agreements and other documents included in the Confidential Information are the confidential and proprietary property of HMMA, and agrees not to disclose or copy these documents, or any subsets thereof, for any purpose, including use within its own organization. Company agrees: (i) to treat the Confidential Information as the confidential and proprietary property of HMMA, (ii) to hold the Confidential Information in strictest confidence, (iii) not to modify the Confidential Information in any manner without the prior written permission of HMMA, (iv) not to make copies of the Confidential Information, and (v) not to disclose, transfer or assign the Confidential Information to any third party without prior written permission from HMMA with regard to each such copy, transfer, assignment, or disclosure, as the case may be. In addition to, and not in lieu of the foregoing provisions, Company shall not disclose the Confidential Information to any employee, independent contractor, subcontractor, supplier or vendor employed by Company unless such person agrees to be bound by the terms and conditions of this Agreement. Further, no employee or agent of the Company, either directly or indirectly, acting alone, or on behalf of, or in conjunction with any third party, shall disclose or copy the Confidential Information, or any subsets thereof, for any purpose other than those authorized herein.

If Company determines not to submit a bid/proposal to perform work on the Project, Company will notify HMMA promptly of such decision and will immediately return to HMMA all of the Confidential Information together with all copies and other tangible expressions thereof as provided in paragraph 3 of this Agreement.

3. All the Confidential Information and other written information or physical materials furnished under this Agreement remain the sole property of HMMA, and shall be returned to HMMA

together with all copies thereof, immediately upon written request. Further, all tangible expressions of the Confidential Information, including but not limited to, drawings, sketches, plans, specifications, diagrams, maps, schematics, notes, sepias, computer disks or tapes, photographs or other documents or electronic or magnetic media, shall be returned immediately to HMMA upon written request to Company.

4.      The confidentiality obligations imposed by this Agreement shall be permanent.

5.      Company understands and agrees that disclosure of, use of, or other appropriation of the Confidential Information except to the limited extent allowed by this Agreement, may or will result in irreparable injury and damage to HMMA which will not be adequately compensable in money damages, that HMMA will have no adequate remedy at law and that HMMA may therefore obtain such equitable relief as may be necessary to protect HMMA against any such breach of this Agreement, included but not limited to, preliminary, temporary and permanent injunctions. The remedies provided for herein are cumulative and not exclusive. HMMA may exercise any remedies which it may have, at any time, or from time to time or at the same time, and the failure to exercise any remedy shall not be deemed to constitute a waiver thereof unless such waiver is specifically made in writing and signed by an officer of HMMA and is with specified reference to this Agreement.

6.      Notwithstanding anything contained herein to the contrary, Company shall not be forbidden or prohibited from making use of the Confidential Information or other information which is now available or becomes available to the public other than as a result of a disclosure by Company or its employees, subcontractors or suppliers, is lawfully obtained from a third party or parties not bound to hold the information confidential, such information is known to Company before having received such information pursuant to this Agreement as shown by Company's prior written records, or such information is at any time developed independently by Company without use of the Confidential Information.

7.      All notices given under this Agreement shall in writing, addressed to the party to whom directed at the addresses set forth above or at any other address specified in writing by such party. All notices shall be sent prepaid by registered or certified mail, courier service, facsimile, cablegram, or telegram. Notices by registered or certified mail shall be considered delivered and become effective upon the earlier of receipt or seven (7) days after mailing thereof. Notices by courier service, facsimile, cablegram and telegram shall be considered delivered and become effective immediately upon the receipt thereof.

8.      The failure of HMMA at any time to enforce any provision of this Agreement shall not constitute a waiver of such provision or any other provision hereof or of HMMA's right thereafter to enforce any provision hereof.

9.      This Agreement, together with exhibits, if any, embodies the entire understanding between the parties with regard to the subject matter hereof with any and all prior correspondence, conversation, or memoranda being merged herein and replaced hereby and being void with effect hereon. No prior agreement or understanding pertaining to the subject matter of this Agreement shall be valid or of any force or effect. No representation, inducement, understanding or anything of any nature whatsoever made, stated or represented, other than as set forth in this Agreement, has induced the parties to enter into this Agreement. This Agreement may not be changed or terminated orally, and no change, termination or attempted waiver of any of the provisions hereof shall be binding

1071308 v3

unless in writing and signed by all of the parties to this Agreement; any such change, termination or waiver, if made in accordance herewith shall be binding without any additional legal consideration.

10.   This Agreement shall not be assigned or otherwise transferred by the Company, either in whole or in part, without the prior written consent of HMMA.

11.   This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same Agreement.

12.   The parties acknowledge the substantial connection of Alabama with the business of the parties and with this Agreement and the need for predictability and uniformity in interpretation and enforcement of this Agreement. Accordingly, the parties agree that this Agreement, including its construction, enforcement and validity, shall be governed by the laws of Alabama (without giving effect to the choice of law or conflict of laws provisions thereof), irrespective of the fact that either of the parties now is or may become a resident of a different state. Any and all actions arising under or otherwise concerning this Agreement shall be brought in either a state or federal court in Alabama, and shall not be transferred to a court outside of Alabama, and the parties agree to submit to the jurisdiction of any such court in Alabama.

13.   In the event any provision or provisions of this Agreement are held to be invalid or unenforceable in any respect, the remaining provisions of this Agreement shall not be impaired or otherwise affected thereby.

14.   Each of the parties hereto, without further consideration, agrees to execute and deliver such other documents, and to take such other action, whether prior to or subsequent to the execution of this Agreement, as may be necessary to consummate more effectively the purposes or subject matter hereof.

15.   In the event that it becomes necessary for any party to initiate litigation for the purposes of enforcing any of its rights hereunder or for the purpose of seeking damages for any violation hereof, then, in addition to all other judicial remedies that may be granted, the prevailing party shall be entitled to recover reasonable attorneys' fees and all other costs that may be sustained by it in connection with such litigation.

16.   No provision of this Agreement shall be construed more harshly or disfavorably against any party hereto regardless of which party drafted the provision or for whose benefit the provision was included.

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, a Delaware limited liability company

By:_____

Its:_____

1071308 v3

(The Company)

By:_____

Its:_____

I071308 v3

STATE OF _____                )

COUNTY OF _____)


      I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that _____, whose name as _____of       HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, a Delaware limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, (s)he, as such officer and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said corporation.

      Given under my hand and official seal of office, this ____ day of _____, 2003.


_____
                              Notary Public

[NOTARIAL SEAL]

                        My Commission Expires:_____



STATE OF _____)

COUNTY OF _____)


      I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that _____, whose name as _____ of _____, a _____ corporation/partnership/limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he, as such officer and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said company.

      Given under my hand and official seal of office, this ____ day of _____, 2003.


_____
                              Notary Public

[NOTARIAL SEAL]

                        My Commission Expires:_____


1071308 v3

## SCHEDULE OF VALUES

Owner shall pay Contractor for the Work as follows:

*30%* 10% advance payment, (calculated against Contract Price) upon execution of this Contract, compliance with all insurance and licensing requirements and posting of all irrevocable stand-by letters of credit issued by the first-class USA bank, including the advance payment bank stand-by letter of credit and performance bank stand-by letter of credit for 10% of the Contract Price. The performance bank stand-by letter of credit shall remain in effect until the date of Final Acceptance. The advance payment bank stand-by letter of credit shall remain in effect until the date of Owner's written notice of receiving the Equipment in good order.

*40%* 50% progress payment, (calculated against Contract Price), shall be paid after completion of the entire shipment of the Equipment against provisional Acceptance Test Report from Contractor, approved by Owner, shipping documents, Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

*20%* 30% progress payment, (calculated against Contract Price), shall be paid after successful installation of the Equipment against Lien/Claim Waiver and other Contract Documents in accordance with the terms of the Contract.

*10%* 10% final payment, shall be paid after Final Completion in accordance with the terms of the Contract. *→ latest 1 month after SOP of NF-model.*

Owner agrees the foregoing values will be modified as a result of an authorized Change Order issued to Contractor. Owner further agrees that should a Change Order result in a Change in the Contract Price, the change will take effect immediately, and all prior payments will be recalculated based on the new Contract Price. Any additional monies owed by this recalculation shall be paid on the date of the next payment, and added to the payment due on that date.

Method of payment: Wire Transfer or Check

    {contractor}.
    Bank
    ABA#
    Account#

Upon acceptance and approval of Contractor's invoice, Owner shall make payment within thirty (30) days of such approval. *Such approval may not unduely be withheld.*

All pricing shall be in U.S. Dollars. All payments shall be made in accordance with the payment terms found in the Contract.



| | Equipment Standard Specifications | Std.no | A-0020 |
|---|---|---|---|

| DOCUMENTS | NO | Rev.Date | Rev.of name | Description |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |

# CONTENTS

1 -  **Mechanical part**

2 -   **Electrical part**

3 -  **Manual and Submission  Scope**

4 -  **Specification of  Documents**

| | **Equipment Standard Specifications** | | Std.no | A-0020 |
|---|---|---|---|---|

**DOCUMENTS**

| NO | Rev.Date | Rev.of name | Description |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## 1 Mechanical part ( for maintenance part)     Quantity is for maintenance only

| NO | CLASSIFICATION | Approval drawing | Quantity | Construction drawing | Quantity | Final drawing | Quantity | Remark |
|---|---|---|---|---|---|---|---|---|
| 1 | Equipment layout drawing | ○ | 2 copies | ○ | 2 copies | ○ | 3 copies | |
| 2 | Main & sub machinary layout | ○ | " | ○ | " | ○ | " | |
| 3 | Piping & duct drawing | ○ | " | ○ | " | ○ | " | |
| 4 | Equipment and installation drawing | ○ | " | ○ | " | ○ | " | |
| 5 | Equipment assembly drawing | ○ | " | ○ | " | ○ | " | |
| 6 | Component assembly drawing | ○ | " | ○ | " | ○ | " | |
| 7 | Component processing drawing | | | | | ○ | " | |
| 8 | Component list(BOM) | ○ | " | ○ | " | ○ | " | |
| 9 | Wear and tear part list | ○ | " | ○ | " | ○ | " | |
| 10 | Hydraulic,pneumatic drawing | ○ | " | ○ | " | ○ | " | |
| 11 | Name plate list | ○ | " | ○ | " | ○ | " | |
| 12 | Component catalog,manual | | | | | ○ | " | |

## 2 Electrical part (for maintenance part)

| NO | CLASSIFICATION | Approval drawing | Quantity | Construction drawing | Quantity | Final drawing | Quantity | Remark |
|---|---|---|---|---|---|---|---|---|
| 1 | Power circuit drawing | ○ | 2 copies | ○ | 2 copies | ○ | 3 copies | |
| 2 | Control system diagram | ○ | " | ○ | " | ○ | " | |
| 3 | Installation layout for main control panel, terminal box, motor,sensor, operation | ○ | " | ○ | " | ○ | " | |
| 4 | Electrical circuit(control part) - main control panel, operation panel, terminal box etc.. | ○ | " | ○ | " | ○ | " | |
| 5 | Duct ,piping lay-out,wire lay-out | ○ | " | ○ | " | ○ | " | |
| 6 | Interlock connecting drawing | ○ | " | ○ | " | ○ | " | |
| 7 | PLC/PCB configulation drawing | ○ | " | ○ | " | ○ | " | |
| 8 | PLC dip s/w setting list | ○ | " | ○ | " | ○ | " | |

| | Equipment Standard Specifications | | Std.no | A-0020 |
|---|---|---|---|---|

| | | NO | Rev.Date | Rev.of name | Description |
|---|---|---|---|---|---|
| **DOCUMENTS** | | 1 | | | |
| | | 2 | | | |
| | | 3 | | | |

| NO | CLASSIFICATION | Approval drawing | Quantity | Construction drawing | Quantity | Final drawing | Quantity | Remark |
|---|---|---|---|---|---|---|---|---|
| 9 | PLC I/O list (comment included) | o | 2 copies | o | 2 copies | o | 3 copies | |
| | - comment,dummy list included | | | | | | | |
| 10 | PLC circuit (comment included) | | " | o | " | o | " | |
| 11 | Electrical part setting parameters | | | | | o | " | |
| 12 | Electrical part list | o | " | o | " | o | " | |
| 13 | Electrical part catalog,manual | o | " | o | " | o | " | |
| 14 | Program diskettes | o | " | o | " | o | " | |
| | - plc,servo,nc, touch pnl ,etc | | | | | | | |
| 15 | Power consumption of each pnl. | o | " | o | " | o | " | |
| 16 | Special cable list,connecting drawing | o | " | o | " | o | " | |
| | - Manual included. | | | | | | | |

*No 3,4,6,7,8,9,10,11,12 should be vynil covered(engine factory)

## 3  Manual and Submission  Scope

| NO | CLASSIFICATION | Approval drawing | Quantity | Construction drawing | Quantity | Final drawing | Quantity | Remark |
|---|---|---|---|---|---|---|---|---|
| 1 | Install lay-out,processing draw`g | o | 2 copies | o | 2 copies | o | 3 copies | |
| 2 | Equipment classification | o | " | o | " | o | " | |
| 3 | Equipment summary sheet | o | " | o | " | o | " | |
| 4 | Equipment cycle/time chart | o | " | o | " | o | " | |
| 5 | Preparation perior to operating | o | " | o | " | o | " | |
| 6 | Operating sequence | o | " | o | " | o | " | |
| | - mnnual,individule,automatic, interlock . | | | | | | | |
| 7 | Trouble shooting sequence | o | " | o | " | o | " | |
| 8 | Inspection/repare manual | o | " | o | " | o | " | |
| 9 | Lubrication list,manual | o | " | o | " | o | " | |
| 10 | Inspection,control for quality assurance | o | " | o | " | o | " | |

| | Equipment Standard Specifications | | Std.no | A-0020 |

**DOCUMENTS**

| NO | Rev.Date | Rev.of name | Description |
|---|---|---|---|
| 1 | oct.30.2002 | G.M KIM | 4.1 - modified |
| 2 | | | |
| 3 | | | |

| NO | CLASSIFICATION | Approval drawing | Quantity | Construction drawing | Quantity | Final drawing | Quantity | Remark |
|---|---|---|---|---|---|---|---|---|
| 11 | Ware and tear part list,changing cycle | ○ | 2 copies | ○ | 2 copies | ○ | 3 copies | |
| 12 | Recommended spare part list - price,delivery included | ○ | " | ○ | " | ○ | " | |
| 13 | Tool list (special tool included) | ○ | " | ○ | " | ○ | " | |
| 14 | Utilities consumption | ○ | " | ○ | " | ○ | " | |
| 15 | Special unit test sheet | | | | | ○ | " | |

## 4 Specification of Documents

4.1 All drawings shall be made by AUTO CAD, and manual by MS-OFFICE software and *PDF file*.

4.2 The size of drawing shall be LETTER size . In case of mechanical drawing, the size A~E shall be available and shall be folded for making file.

4.3 All drawings shall have drawing number and contents with serial number.

4.4 All drawings shall have name of machine, drawing number, date, and name of designer.

4.5 All drawings shall be simple and easy to understand with detailed description.

4.6 Manual shall be copied by using both sides and drawing shall be one sided copy.

4.7 In case of electrical sequence circuit drawing ,I/O comments shall be described.

4.8 All drawing and manuals shall be shipped with equipment, and updated as final drawing after installation and tryout.

4.9 One set of electronics data for all drawings shall be submitted by CD.

4.10 Training manuals shall be provided timely for training based on the actual training schedule.