# Vereinbarung

zwischen

Eisenmann Fördertechnik GmbH & Co KG
Daimlerstr. 5,
71088 Holzgerlingen
Deutschland

und

Eisenmann Corporation
150 E. Dartmoor Drive
Crystal Lake Illinois 60014
USA

Die Eisenmann Fördertechnik GmbH & Co KG tritt hiermit folgenden Forderungen
gegen die IndustriePlanung Fischer AG, Hugenottenstraße 123 b, 61381 Friedrichsdorf an die
diese Abtretungen annehmende Eisenmann Corporation ab:

| Rechnungsnummer | Rechnungsdatum | Rechnungsbetrag |
|---|---|---|
| 87366 | 25.05.2005 | USD 178.898,35 |
| 87367 | 25.05.2005 | USD 330.220,00 |
| 87368 | 25.05.2005 | EUR 38.640,00 |
| 34-06105/45 | 24.03.2005 | EUR 305.760,92 |
| 34-06105/44 | 24.03.2005 | EUR 639.102,00 |
| 34-06105/37 | 24.03.2005 | EUR 808.752,00 |

Holzgerlingen, den 29. Juni 2006          Crystal Lake, den 29. Juni 2006

.......................................          .......................................
Eisenmann Fördertechnik                  Eisenmann Corporation
GmbH & Co KG

# Vereinbarung

zwischen

Eisenmann Fördertechnik GmbH & Co KG
Daimlerstr. 5,
71088 Holzgerlingen
Deutschland

und

Eisenmann Corporation
150 E. Dartmoor Drive
Crystal Lake Illinois 60014
USA

Die Eisenmann Fördertechnik GmbH & Co KG tritt hiermit folgenden Forderungen gegen die IndustriePlanung Fischer AG, Hugenottenstraße 123 b, 61381 Friedrichsdorf an die diese Abtretungen annehmende Eisenmann Corporation ab:

| Rechnungsnummer | Rechnungsdatum | Rechnungsbetrag |
|---|---|---|
| 87366 | 25.05.2005 | USD 178.898,35 |
| 87367 | 25.05.2005 | USD 330.220,00 |
| 87368 | 25.05.2005 | EUR 38.640,00 |
| 34-06105/45 | 24.03.2005 | EUR 305.760,92 |
| 34-06105/44 | 24.03.2005 | EUR 639.102,00 |
| 34-06105/37 | 24.03.2005 | EUR 808.752,00 |

Holzgerlingen, den 29. Juni 2006

Crystal Lake, den 29. Juni 2006

Eisenmann Corporation

Eisenmann Fördertechnik
GmbH & Co KG

OFFICIAL SEAL
ALFRED J LESCHER
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES:9405/08

 **Urkundenrolle 2 UR 643 / 2006**
Notariat Böblingen II*Tel. 07031/4980-21*Fax 07031/4980-50                    2 UZ 680 / 2006

## Notarielle Beglaubigung

Vorstehende, vor mir vollzogene Unterschriften von

1. Herrn Klaus Duda,
   geboren am 01.12.1953,
   geschäftsansässig in 71032 Böblingen, Tübinger Straße 81,

   - persönlich bekannt -

2. Herrn Thomas Franz Dehm,
   geboren am 27.11.1959,
   wohnhaft in 72793 Pfullingen, Altenburgstraße 12,

   - ausgewiesen durch Personalausweis -

beglaubige ich hiermit öffentlich.

Böblingen, den 29.06.2006



Notar

(Andrae)

| §§ KostO | Gegenstand | Geschäftswert | Anzahl | Betrag |
|----------|------------|---------------|--------|--------|
| §§ 45 I, 141 KostO | Unterschriftsbeglaubigung | 310.000,00 € | 0 | 130,00 € |
| §§ 58 I, 141 KostO | Auswärtsgebühr | 310.000,00 € | 0 | 30,00 € |
|  | Umsatzsteuer 16,00% aus | 160,00 € |  | 25,60 € |
| Summe: |  |  |  | 185,60 € |

# Vereinbarung

zwischen

Eisenmann Fördertechnik GmbH & Co KG
Daimlerstr. 5,
71088 Holzgerlingen
Deutschland

und

Eisenmann Corporation
150 E. Dartmoor Drive
Crystal Lake Illinois 60014
USA

Die Eisenmann Fördertechnik GmbH & Co KG tritt hiermit folgenden Forderungen gegen die IndustriePlanung Fischer AG, Hugenottenstraße 123 b, 61381 Friedrichsdorf an die diese Abtretungen annehmende Eisenmann Corporation ab:

| Rechnungsnummer | Rechnungsdatum | Rechnungsbetrag |
|---|---|---|
| 87366 | 25.05.2005 | USD 178.898,35 |
| 87367 | 25.05.2005 | USD 330.220,00 |
| 87368 | 25.05.2005 | EUR 38.640,00 |
| 34-06105/45 | 24.03.2005 | EUR 305.760,92 |
| 34-06105/44 | 24.03.2005 | EUR 639.102,00 |
| 34-06105/37 | 24.03.2005 | EUR 808.752,00 |

Holzgerlingen, den 29. Juni 2006

Crystal Lake, den 29. Juni 2006

Eisenmann Fördertechnik
GmbH & Co KG

Eisenmann Corporation

# Vereinbarung

zwischen

Eisenmann Fördertechnik GmbH & Co KG
Daimlerstr. 5,
71088 Holzgerlingen
Deutschland

und

Eisenmann Corporation
150 E. Dartmoor Drive
Crystal Lake Illinois 60014
USA

Die Eisenmann Fördertechnik GmbH & Co KG tritt hiermit folgenden Forderungen gegen die IndustriePlanung Fischer AG, Hugenottenstraße 123 b, 61381 Friedrichsdorf an die diese Abtretungen annehmende Eisenmann Corporation ab:

| Rechnungsnummer | Rechnungsdatum | Rechnungsbetrag |
|---|---|---|
| 87366 | 25.05.2005 | USD 178.898,35 |
| 87367 | 25.05.2005 | USD 330.220,00 |
| 87368 | 25.05.2005 | EUR 38.640,00 |
| 34-06105/45 | 24.03.2005 | EUR 305.760,92 |
| 34-06105/44 | 24.03.2005 | EUR 639.102,00 |
| 34-06105/37 | 24.03.2005 | EUR 808.752,00 |

Holzgerlingen, den 29. Juni 2006

Crystal Lake, den 29. Juni 2006

Eisenmann Corporation

Eisenmann Fördertechnik
GmbH & Co KG

OFFICIAL SEAL
ALFRED J LESCHER
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES:040508

 **Urkundenrolle 2 UR 643 / 2006**
Notariat Böblingen II*Tel. 07031/4980-21*Fax 07031/4980-60

2 UZ 680 / 2006

## Notarielle Beglaubigung

Vorstehende, vor mir vollzogene Unterschriften von

1. Herrn Klaus Duda,
   geboren am 01.12.1953,
   geschäftsansässig in 71032 Böblingen, Tübinger Straße 81,

   - persönlich bekannt -

2. Herrn Thomas Franz Dehm,
   geboren am 27.11.1959,
   wohnhaft in 72793 Pfullingen, Altenburgstraße 12,

   - ausgewiesen durch Personalausweis -

beglaubige ich hiermit öffentlich.

Böblingen, den 29.06.2006



Notar

(Andrae)

| §§ KostO | Gegenstand | Geschäftswert | Anzahl | Betrag |
|---|---|---|---|---|
| §§ 45 I, 141 KostO | Unterschriftsbeglaubigung | 310.000,00 € | 0 | 130,00 € |
| §§ 58 I, 141 KostO | Auswärtsgebühr | 310.000,00 € | 0 | 30,00 € |
| | Umsatzsteuer 16,00% aus | 160,00 € | | 25,60 € |
| Summe: | | | | 185,60 € |